FILED
LOGGED
ENTERED
RECEIVED

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND   JUL 2 5 2014

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

UNITED STATES OF AMERICA

v.

VADIM MIKERIN

CHEVY CHASE, MARYLAND

**CRIMINAL COMPLAINT**

CASE NUMBER: 14 - 1649 WC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT ONE: Beginning no later than 2009 and continuing through at least in or about January 2012, in the District of Maryland and elsewhere, the defendant, Vadim Mikerin, did conspire with others known and unknown to obstruct, delay and affect commerce and the movement of articles and commodities in commerce by extortion, as those terms are defined in Title 18, United States Code, section 1951, that is, the defendant conspired to obtain the property of Victim 1 with Victim 1's consent induced by the wrongful use of force, violence, and fear, including fear of economic loss, in violation of 18 U.S.C. § 1951.

I further state that I am a <u>Special Agent with the Department of Energy Office of the Inspector General</u> and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   YES   NO

Special Agent David Gadren
DOE OIG
Signature of Complainant

Sworn to before me and subscribed in my presence, on

<u>July 24 2014</u> at Greenbelt, Maryland
Date
10:45 a.m.

William Connelly
Chief United States Magistrate Judge
Signature of Judicial Officer

