IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(GREENBELT)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>VADIM MIKERIN | Criminal No.: 8:14-CR-00529-TDC |

## DEFENDANT VADIM MIKERIN'S MOTION FOR A BILL OF PARTICULARS

Defendant Vadim Mikerin, through his undersigned counsel, hereby moves this Court pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure for entry of an Order directing the Government to file a bill of particulars. In support hereof, Mr. Mikerin submits the accompanying Memorandum of Law.

WHEREFORE, Mr. Mikerin respectfully requests that the Court direct the Government to file a bill of particulars.

Dated: March 13, 2015	Respectfully submitted,

         ORRICK, HERRINGTON & SUTCLIFFE LLP

By:	/s/ Jonathan E. Lopez
    Jonathan E. Lopez
    William B. Jacobson
    1152 15th Street, NW
    Washington, D.C. 20005-1706
    Phone: (202) 339 8456
    Fax: (202) 339 8500
    Email: jonathan.lopez@orrick.com
          wjacobson@orrick.com

    ATTORNEYS FOR DEFENDANT
    VADIM MIKERIN

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Maryland using the CM/ECF system on March 13, 2015.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: March 13, 2015                             Respectfully submitted,

                                                      ORRICK, HERRINGTON & SUTCLIFFE LLP

By:    /s/ Jonathan E. Lopez
       Jonathan E. Lopez
       William B. Jacobson
       1152 15th Street, NW
       Washington, D.C. 20005-1706
       Phone: (202) 339 8456
       Fax: (202) 339 8500
       Email:  jonathan.lopez@orrick.com
                 wjacobson@orrick.com

       ATTORNEYS FOR DEFENDANT
       VADIM MIKERIN