## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## (GREENBELT)

UNITED STATES OF AMERICA,

v.

VADIM MIKERIN

Criminal No.: 8:14-CR-00529-TDC

## DEFENDANT VADIM MIKERIN'S MOTION TO DISMISS
## THE INDICTMENT FOR PRE-INDICTMENT DELAY

Defendant Vadim Mikerin, through his undersigned counsel, hereby moves this Court pursuant to Rule 12(b) of the Federal Rules of Criminal Procedure for entry of an Order dismissing the Indictment for pre-indictment delay.   In support hereof, Mr. Mikerin submits the accompanying Memorandum of Law.

WHEREFORE, Mr. Mikerin respectfully requests that the Court dismiss the Indictment that is the subject of this action for pre-indictment delay.

Dated:  March 13, 2015                              Respectfully submitted,


ORRICK, HERRINGTON & SUTCLIFFE LLP

By:      /s/ Jonathan E. Lopez
         Jonathan E. Lopez
         William B. Jacobson
         1152 15th Street, NW
         Washington, D.C. 20005-1706
         Phone: (202) 339 8456
         Fax: (202) 339 8500
         Email: jonathan.lopez@orrick.com
                  wjacobson@orrick.com

         ATTORNEYS FOR DEFENDANT
         VADIM MIKERIN

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Maryland using the CM/ECF system on March 13, 2015.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated:  March 13, 2015                                Respectfully submitted,

                                                     ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                     By:      /s/ Jonathan E. Lopez_____
                                                              Jonathan E. Lopez
                                                              William B. Jacobson
                                                              1152 15th Street, NW
                                                              Washington, D.C. 20005-1706
                                                              Phone: (202) 339 8456
                                                              Fax: (202) 339 8500
                                                              Email:  jonathan.lopez@orrick.com
                                                                       wjacobson@orrick.com

                                                              ATTORNEYS FOR DEFENDANT
                                                              VADIM MIKERIN