UNITED STATES OF AMERICA

vs.

VADIM MIKERIN

Civil/Criminal Case No.: 8:14-CR-000529-TDC

Exhibits: Hearing on Defendant's Motion to Suppress

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| A | 4-17-2015 | 4-17-2015 | 10/29/2014 Interrogation Transcript with Certification - FILED UNDER SEAL |
| B | | | Documents shown to V. Mikerin during Interrogation (Produced 4/10/2015) |
| C | 4-17-2015 | 4-17-2015 | Motion to Recall Arrest Warrant [ECF No. 004] |
| D | | | Search Warrant & Search Warrant Affidavit In Support for Gmail Account |
| E | | | FD-302 Report from Mikerin Interrogation |

UNITED STATES OF AMERICA,

vs.

VADIM MIKERIN

**Civil/Criminal Case No.:** 8:14-CR-000529-TDC

**Exhibits:** Hearing on Defendant's Motion to Dismiss the Indictment for Pre-Indictment Delay

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| D | | | Printout of Sigma Website |
| G | | | KSVM0001430 |
| H | | | KSVM0001423 |
| I | | | KSVM0001586 |
| J | 4-17-2015 | 4-17-2015 | KSVM0001500 |
| M | | | 1154 |
| N | | | DF 0028-29 |
| O | 4-17-2015 | 4-17-2015 | KSVM0001469 |
| P | | | 1168 |
| Q | | | Affidavit in Support of Criminal Complaint [Dkt. No. 008] |
| R | | | Affidavit in Support of Criminal Complaint [Condrey et al.] |
| S | | | Affidavit in Support of Tenam Search Warrant [10/29/14] |
| T | | | Affidavit in Support of Tenam Search Warrant [2/1/14] |
| U | | | Affidavit in Support of Email Search Warrants |
| V | 4-17-2015 | 4-17-2015 | Transcript of 1/23/12 Video |