# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO. TDC-14-0529 |
| | * |
| **VADIM E. MIKERIN,** | * |
| | * |
| Defendants. | * |
| | ****** |

## SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through the undersigned counsel, hereby gives this second notice pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure of its intent to seek the forfeiture of certain additional property in the above-referenced case.

The Indictment in this matter seeks forfeiture pursuant to Title 21, United States Code, Section 853(a) "the forfeiture allegation"). In connection with the forfeiture allegation, the United States hereby gives notice that, in addition to property already listed in the forfeiture allegation, the United States is seeking forfeiture of the following additional property:

(1) $18,170 in U.S. Currency, seized from the Defendant's apartment on October 29, 2014.

Filed this 22nd day of May 2015.

                                         Respectfully submitted,

                                         Rod J. Rosenstein
                                         United States Attorney

                                         _____/s/_____
                                         David I. Salem
                                         Assistant United States Attorney
                                         6500 Cherrywood Lane, Suite 200
                                         Greenbelt, MD 20770

## **CERTIFICATE OF SERVICE**

This is to certify that on this 22nd day of May 2015, a copy of the foregoing Government's Second Bill of Particulars was electronically filed and delivered via ECF to:

    Jonathan E. Lopez
    William B. Jacobson
    Guy D. Singer
    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Orrick Building at Columbia Center
    1152 15th Street, NW Washington, D.C. 20005-1706

    *Counsel for Defendant Vadim Mikerin*

                             _____/s/_____
                             David I. Salem
                             Assistant United States Attorney