**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. TDC-14-0529** |
| | * | |
| **VADIM E. MIKERIN,** | * | |
| | * | |
| **Defendants.** | * | |
| | ****** | |

## MOTION FOR EXTENSION OF TIME

The United States of America, by and through the undersigned counsel, hereby respectfully requests an additional two days, through and including June 24, 2015 to respond to Defendant's Motion for Return of Property, and states as reasons the following:

(1) The Defendant's Motion for the return of $18,170 in U.S. Currency, seized from the Defendant's apartment on October 29, 2014, was filed on June 8, 2015. Any opposition thus is due on June 22, 2015.

(2) The Government needs additional time to compose and review its response to the Motion and believes its response can be filed on or before June 24, 2015.

(3) Defense counsel was contacted and has no objection to the extension.

**WHEREFORE,** the Government respectfully requests an additional two days, through and including June 24, 2015, to file any Opposition.

                                          Respectfully submitted,

                                          Rod J. Rosenstein
                                          United States Attorney

                                          _____/s/_____
                                          David I. Salem

Assistant United States Attorney
6500 Cherrywood Lane, Suite 200
Greenbelt, MD 20770

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. TDC-14-0529** |
| | * | |
| **VADIM E. MIKERIN,** | * | |
| | * | |
| **Defendants.** | * | |
| | ******* | |

## ORDER

Having considered the Governemnt's request for an extension to respond to/oppose Defendant's Motion for Return of Seized Property, and there being no objection thereto, it is this _____ day of June 2015,

HERE**BY ORDERED** that the deadline for any response/opposition to Defendant's Motion shall now be extended to June 24, 2015.

_____
Theodore D. Chuang
United States District Judge

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on June 22, 2015, a copy of the foregoing Government's Motion for Extension of Time was served by ECF on Defendant's Counsel:

William Jacobson, Esq.
Jonathan Lopez, Esq.
Orrick, Herrington, & Sutcliffe LLP
Orrick Building at Columbia Center
1152 15th St. NW
Washington, D.C. 20005

                                        /s/
                                    David I. Salem
                                    Assistant United States Attorney