1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MARYLAND

3                    SOUTHERN DIVISION

4  UNITED STATES OF AMERICA,    ) CRIMINAL
                                ) NO. TDC-14-529-1
5            Plaintiff,         )
                                )
6  v.                          )
                                )
7  VADIM MIKERIN,              )
                                )
8            Defendant.        )

9          TRANSCRIPT OF SENTENCING PROCEEDINGS
         BEFORE THE HONORABLE THEODORE D. CHUANG
10              UNITED STATES DISTRICT JUDGE
         TUESDAY, DECEMBER 15, 2015; 10:17 A.M.
11                  GREENBELT, MARYLAND

12 FOR THE PLAINTIFF:

13         OFFICE OF THE UNITED STATES ATTORNEY
           BY:  MICHAEL THOMAS PACKARD, ESQUIRE
14         BY:  DAVID I. SALEM, ESQUIRE
           BY:  MEGHAN A. LEIBOLD, ESQUIRE
15         6500 Cherrywood Lane, Suite 400
           Greenbelt, Maryland  20770
16              -and-
           UNITED STATES DEPARTMENT OF JUSTICE
17         BY:  EPHRAIM WERNICK, ESQUIRE
           BY:  CHRISTOPHER CESTARO, ESQUIRE
18         1400 New York Avenue NW
           Washington, DC  20005
19
   FOR THE DEFENDANT:
20
           ORRICK HERRINGTON AND SUTCLIFFE LLP
21         BY:  JONATHAN LOPEZ, ESQUIRE
           BY:  WILLIAM JACOBSON, ESQUIRE
22         1152 15th Street NW
           Washington, DC 20005
23
   OFFICIAL COURT REPORTER:
24 Renee A. Ewing, RPR, RMR, CRR - (301) 344-3227

25    ***COMPUTER-AIDED TRANSCRIPTION OF STENOTYPE NOTES***

1          THE COURT:  Good morning.  Please be seated.

2        (Counsel reply, "Good morning, Your Honor.")

3          THE DEPUTY CLERK:  The matter now pending

4   before the Court is criminal matter TDC-14-529, the

5   *United States of America vs. Vadim Mikerin*.

6          The matter now comes before the Court for the

7   purpose of a sentencing.

8          Will counsel please state your names for the

9   record, starting with the government.

10          MR. WERNICK:  Good morning, Your Honor.

11   Ephraim Wernick from the Department of Justice on behalf

12   of the United States.

13          Seated with me at counsel table, Michael Packard,

14   an Assistant U.S. Attorney here in Maryland, Jennifer

15   Kibier, an FBI Special Agent, Megan Leibold, a Special

16   Assistant U.S. Attorney in Maryland, Chris Cestaro, who

17   is also a trial attorney with the Department of Justice,

18   and David Salem, an Assistant U.S. Attorney in Maryland.

19          THE COURT:  Okay.  And the defense?

20          MR. LOPEZ:  Good morning, Your Honor.  Jonathan

21   Lopez on behalf of Vadim Mikerin from Orrick Herrington,

22   and with me is my colleague, William Jacobson.

23          We also have an interpreter here, and the defendant

24   is to the right of me and is present.

25          THE COURT:  Okay.  Let's start by swearing in

1    the interpreter.

2              ROMAN VOLSKY, INTERPRETER, SWORN

3              THE DEPUTY CLERK:  Thank you.  Please state

4    your full name for the record.

5              THE INTERPRETER:  Roman Volsky; "V," as in

6    "Victor," O-L-S-K-Y.

7              THE DEPUTY CLERK:  Thank you.

8              THE INTERPRETER:  You're welcome.

9              THE COURT:  Thank you.  We are here for the

10   sentencing in United States vs. Mikerin.

11        On August 31st, 2015, Mr. Mikerin pleaded guilty to

12   conspiracy to commit money laundering in violation of

13   18, U.S.C., Section 371.

14        I have received and reviewed the following

15   documents in connection with today's proceeding:  First,

16   the revised presentence report dated November 3rd, 2015;

17   the government's sentencing memorandum, with

18   attachments, dated December 1st, 2015; the defendant's

19   sentencing memorandum, with attachments, dated December

20   1st, 2015; the defendant's response to the government's

21   sentencing memorandum, with additional attachments,

22   dated December 8th, 2015.

23        I also have the consent order of forfeiture, which

24   I signed on December 3rd.  I also received a, just

25   recently, a letter dated December 9th from Mr. Schamoler

1    (phonetic).

2         Are there any other materials that I have been

3    given or that I should be considering other than the

4    ones I have already mentioned?

5         MR. WERNICK:  Your Honor, it just came to my

6    attention this morning from Ms. Carter, the presentence

7    report author, that there is an addendum on page 14 with

8    some modest changes.

9         THE COURT:  Yes.  I did receive that.  There is

10   a change to the guideline provision range for the fine

11   in paragraph 68.  I have that as well.

12        MR. WERNICK:  Aside from that, nothing else

13   from the government.

14        THE COURT:  Thank you.

15        MR. LOPEZ:  Nothing else from the defense

16   either, Your Honor.

17        THE COURT:  Okay.  So, Mr. Lopez, have you and

18   your client had the opportunity to read and review the

19   presentence report?

20        MR. LOPEZ:  Yes, Your Honor.

21        THE COURT:  And I believe that all of the

22   parties' objections were addressed and resolved with the

23   exception of the defense objection to paragraph 31.  Is

24   that correct?

25        MR. LOPEZ:  That's correct, Your Honor.  Role

1    is the only outstanding issue.

2          There is one other correction the defense would

3    like to make, and that's to the defendant's father's

4    age, his father's age.  His age is actually 87, and he

5    will be turning 88 in two weeks.  But I think the PSR

6    says 86 and our papers might say 89, but the actual age

7    is 87; in two weeks, 88.

8                THE COURT:  Thank you.

9          So, I think we should discuss first the objection

10   to paragraph 31, which provides for a four-level

11   enhancement based on the finding that the defendant was

12   an organizer or a leader of criminal activity involving

13   four or more participants under Guideline 3B1.1(a).

14         I know the parties have briefed this, but I will

15   hear from both sides on that issue.

16         Mr. Lopez, do you want to elaborate at all?

17               MR. LOPEZ:  Yes.  Thank you, Your Honor.  Thank

18   you for that opportunity.

19         The actions here show that Mr. Mikerin was involved

20   in illegal transactions under U.S. law.  No one is

21   disputing that.  That's why we are here.

22         A role enhancement, however, is not appropriate.

23   Everyone in this transaction had their own equal role to

24   play, if you will, and if anyone was a leader, it was

25   Rod Fisk.  My client didn't organize or direct anybody

1    to do anything.  The key component in a role analysis

2    is:   What is the control of other people?  And the folks

3    involved in this, Daren Condrey, Boris Rubizhevsky, Rod

4    Fisk, they are all sophisticated grown-ups and did

5    plenty of actions on their own voluntarily to get the

6    results that they were seeking.  This is all laid out in

7    the Statement of Facts.

8            Boris Rubizhevsky created sham contracts, act as a

9    middleman between the cylinder company, as well as with

10   TLI and my client, and he received a cut, he received

11   money in exchange for his actions.

12           Daren Condrey has been at TLI for an extended

13   amount of time.  He increased the price of the contract

14   for TENEX.  He created sham invoices.  He did all of

15   this on his own.  There is no evidence that my client

16   directed him to do anything.

17           My client played the role of an intermediary, and

18   that was his function here.  The intermediary role was

19   supplying, as the Statement of Facts indicates,

20   information as to time and location as to when the

21   payments were made.

22               THE COURT:  So none of this was his idea?

23               MR. LOPEZ:  What's that?

24               THE COURT:  None of this was his idea, to get

25   payments, kickbacks?

1          MR. LOPEZ:  Well, there is no evidence before

2    this Court in any way, shape, or form that that was his

3    idea.  And that is the -- the standard that the cases

4    dictate.  There needs to be evidence, not conclusory

5    statements, but evidence that this was his idea.

6          The idea is the brain child of --

7          THE COURT:  Well, it doesn't have to be his

8    idea, but, obviously, that would be one issue.

9          MR. LOPEZ:  Sure.

10         THE COURT:  What about the transcript -- I went

11   back and tried to look at everything we had, because I

12   recognize, you are right, there may be some -- well,

13   they certainly have conflicting theories on how all this

14   happened.  And so what about the statements made to the

15   investigators and the recording that led to the hearing

16   we had where he talked about, you know, this was a

17   personal commission; he indicated that he could then

18   spread the money between his friends; he acknowledged he

19   was getting the money from this; that it was a private

20   commission that the company didn't know about?

21         So, it certainly gives the impression, at least,

22   that he was actively involved in soliciting this money

23   and that he was directing where some of it would go,

24   spreading it among his friends, I think is what he said.

25         MR. LOPEZ:  Sure.  Sure.  So, I did the same

1   thing Your Honor did and reviewed that statement very

2   carefully.  And his statement is entirely consistent

3   with what I am telling you now, that his role was to

4   provide information in time.  His statement says that

5   this was actually borne out of a discussion with Rod

6   Fisk, and we went -- and I don't know if you read the

7   April 17th transcript as well, but there was a lot of

8   discussion about Rod Fisk's central role.

9           THE COURT:  How is Rod Fisk the leader after he

10  dies in 2011?

11          MR. LOPEZ:  Your Honor, so, there were no new

12  contracts after Rod Fisk died in 2011.  Absolutely no

13  new contracts.  Payments were being paid out on existing

14  contracts that, by the way, Rod Fisk was instrumental in

15  setting up each and every one of them, and that's borne

16  out in the Statement of Facts.  If you look at his role

17  as Coconspirator 1, it shows his connection between

18  everybody else.

19      Let me go one step further because it illustrates

20  the point very well.  If, in fact, this was my client's

21  brain child and he was the master mind, when Doug

22  Campbell, in August of 2012, comes to him and says, hey,

23  I'd like to keep doing this, my client doesn't take that

24  bait.  There are no new contracts with Doug Campbell.

25  That's the end of it.

1       And Doug Campbell even has a quote where he says,

2   And I dare to hope that I can get more work.  My client

3   doesn't get more work, and there are no more kickbacks

4   or anything, if there ever were, with Doug Campbell.

5       Similar with the cylinder company.  Similar with

6   TLI.  Nothing new is signed up.  There are no

7   furtherance of new deals to negotiate.  There are no --

8   you know, they just pay out what's remaining left on

9   those contracts.

10      And -- and Daren Condrey takes it upon himself to

11  keep making those payments.  And if you look at the

12  email that's part of the Government's Exhibit 3 -- it's

13  a pretty interesting exhibit in that it touches on every

14  one of these points -- that is the January 22nd, 2010

15  email, and it shows Rod Fisk's role as a leader and not

16  my client.

17      My client writes to Rod Fisk and says, with respect

18  to the cylinder company, Westerman -- I know it's

19  redacted in your copy -- but it's Rod Fisk is who he is

20  writing to, and if -- at the end, you can see where it

21  says, I need your advice.  You know, what are we going

22  to do here with respect to the, quote, unquote, cake?

23          THE COURT:  So, he says, "We can keep them as

24  it is or decrease slightly to create cake.  Need your

25  advice. "

1          MR. LOPEZ:   Yeah.

2          THE COURT:   So, first of all, it sounds to me,

3    from that, that he is not simply a ministerial

4    accountant go between.  He is actually actively involved

5    in the strategy of this.  Should we change pricing to

6    create cake?, as opposed to someone just saying, Hey,

7    send him these account numbers to send things to.  It

8    seems to me he is much more involved just from the

9    statement.

10          Then when he says, "Need your advice," you can

11   interpret this various ways, but if he is really taking

12   orders from Mr. Fisk, wouldn't it be, Tell us what the

13   decision is?  "Need your advice" implies that he is part

14   of the decision-making process, if not the decision

15   maker.

16          MR. LOPEZ:   As Your Honor said, there is

17   several interpretations here, but the one that is not

18   clear at all, certainly not by a preponderance when you

19   go through the various factors of what considers role,

20   is that he is the organizer or leader any more than

21   Daren Condrey or Boris Rubizhevsky or Rod Fisk.

22          Asking somebody:  Hey, what are we doing?; I need

23   your advice, indicates strongly, especially taken in

24   consideration with Rod Fisk's central role as recruiting

25   these individuals, introducing these individuals, and

1    being a part of it from the very beginning, you know,

2    what are we doing here?, Daren and Mark, No. 2, is --

3    and he is asking that of Rod Fisk because Rod Fisk is,

4    if anyone, and that's why I say "if anyone," it is Rod

5    Fisk.

6            And if you look at No. 2, he is asking:  What's the

7    new company policy?  What's the -- what's the

8    understanding?  This is now with TLI.  What's your role?

9            You have to understand, Daren has been working with

10   Rod Fisk for years at TLI.  Rod Fisk used to be the

11   president of TLI.

12           Daren and my client have limited contact.  It's --

13   the person that has the contact, that set this up, that

14   was able to ensure that the payments were made after he

15   died is Rod Fisk.

16           No. 3, Doug and Sigma, referring to Doug Campbell

17   again, and our gentleman agreement.  What's your role?

18   Vadim is trying to figure out what is happening.  All of

19   these decisions lie with Rod Fisk.

20           Now, look, you know, this is the government's

21   exhibit, you know, and it's not one that I was going to

22   say this is my strongest piece of evidence here, but I

23   am just showing you that their strongest piece of

24   evidence that they have provided to you doesn't do what

25   they want it to do and -- and -- in the least.

1              THE COURT:  So, let me ask you this.  You have

2    described Mr. Fisk's role in detail.  I did go back to

3    the testimony regarding the motion, the testimony of

4    Special Agent Gadren.  Other than his testimony, in

5    which he acknowledged a few things about what they knew,

6    but, frankly, indicated that they, at the time, didn't

7    know that much about Mr. Fisk's involvement and actually

8    took the view that they were not aware that Mr. Fisk was

9    involved in the transactions between Campbell and

10   Mikerin until later, what is the evidence in the record

11   of Mr. Fisk's involvement other than your

12   representations in your brief?

13              MR. LOPEZ:  That's -- that currently exist in

14   the record as we stand here today, sir, I --

15              THE COURT:  That's what I am going to go on.  I

16   am not going to go on either side simply representing

17   things.

18              MR. LOPEZ:  Yeah.  I think -- I think the

19   strongest thing that goes in the record is really what's

20   admitted to in the Statement of Facts given that the

21   record is obviously limited to these emails and what we

22   have here.

23         The Statement of Facts, in --

24              THE COURT:  I am not limiting it to that, per

25   se.  These transcripts from earlier hearings, I think

1  that's all fair game from either side, the suppression

2  hearing, the -- the motion hearing regarding the

3  exculpatory evidence issue.  I think that's all out

4  there.

5      Again, when I looked at it, Special Agent Gadren's

6  testimony largely said, Yes, we heard about Fisk, but we

7  didn't actually think he was much of a player at that

8  point in time.  There was a discussion about whether

9  they preserved the contents of the safe, but nothing in

10 there that really dealt with or identified the central

11 role that you have laid out.  I know, in many of your

12 papers, you have laid this theory out, but I don't know

13 what I have as far as evidence in that.

14      MR. LOPEZ:  So, in that April hearing, there --

15 I think it's on page 66, but I can get the exact quote

16 for you -- the attorney for the government, Mr. Ake, in

17 response to figuring out, Well, what would Rod Fisk say

18 if he actually came?; is he going to say anything that's

19 going to be helpful or not?, and -- and Ake says that

20 Rod Fisk would testify that he was involved in multiple

21 conspiracies of money laundering involving numerous

22 payment schemes.

23      And it's true, the government doesn't say much

24 about Rod Fisk's role because they don't know much about

25 Rod Fisk's role.  They actually don't know much about my

1  client's role.  They didn't find out about Rod Fisk,

2  according to that April 17th testimony, until 2014 when

3  they discovered the Schlyapa account.  Yet, their main

4  informant, working with them for years, was, when you

5  look at the email record and what we discussed at that

6  hearing with Exhibits J and O, was in close contacts

7  with Rod Fisk for a very long time; yet, they weren't

8  supposedly aware of his role.

9       Well, I wondered:  Did they ask Daren Condrey, as

10  he pled guilty, Well, what is Rod Fisk's role?  Where

11  does he fit in?  If Daren Condrey is answering honestly

12  to that question, Daren Condrey is saying, Rod Fisk is

13  the reason why I am here doing this; not because of

14  Vadim Mikerin.

15            THE COURT:  Well, what about the statements

16  they submit from the plea hearings of Condrey and

17  Rubizhevsky?

18            MR. LOPEZ:  That is a great question of Condrey

19  and Rubizhevsky.  What do they say?  They say -- both

20  those defendants say that, in their Statement of Facts,

21  says that Vadim Mikerin directed them to make payments.

22  That is a word choice issue.  It could say informed them

23  to make payments.  It is a word choice I am sure Condrey

24  and Boris didn't come up with, but I am sure the

25  government has a stock language as directed to payments.

1          If you look at his Statement of Facts, it doesn't

2     say directed, and it says --

3               THE COURT:  But --

4               MR. LOPEZ:  Hold on.  Let me finish this

5     thought.  I'm sorry for interrupting, but I want to get

6     this out because it goes to two points.  One is just the

7     impact of word choice, and we saw the impact of word

8     choice on an earlier motion here of extortion versus

9     bribery.  You know, what they choose has large

10    ramifications, but there is no evidence anywhere that he

11    directed it.

12         If you look at the Statement of facts, on all three

13    of them, it says, Mikerin and the coconspirators caused.

14    It's all together.  Mikerin assisted.

15              THE COURT:  I guess the word choice I am more

16    interested in is not directed versus ordered or

17    something else.

18         It's more of Mikerin versus Fisk.  My understanding

19    is there is not a lot of -- a lot of Condrey and

20    Rubizhevsky's activities postdate Mr. Fisk, so that's

21    not really a word choice.  That's who actually was the

22    person they were communicating with; was it Mikerin or

23    was it Fisk?  And so that seems to me not simply

24    semantics.

25              MR. LOPEZ:  I agree with you.  And Mr. Fisk is

1  not in there, and -- and if they had asked him and that

2  was part of the allocation and if he was alive today,

3  then exactly what Ake was arguing very strenuously

4  before would come to light, and you would see exactly

5  that Fisk was the leader of this organization.

6      But what -- what the real point is, not that it

7  doesn't say as much about Fisk, it says -- what does it

8  say about my client?  It says nothing about my client.

9  It says he directed them.  That's it.  There is nothing

10 else in there at all in any way, shape, or form that

11 goes to his role.  It just says he directed them.

12     Well, you know, I am curious, again, what the role

13 enhancement arguments look like for Condrey or Boris

14 because if the act of saying, Hey, here is where you

15 send the money, informing slash directing, what about

16 these guys that start, you know, sham consulting

17 agreements, fake invoices that agree to this situation

18 to get a benefit that they hope to see -- you know, to

19 hopefully get a benefit that they are seeking.

20     This is sophisticated people, each doing their own

21 part.  And the idea that -- that Vadim Mikerin is

22 somehow the organizer or leader because he, you know,

23 directed where the payments go, or asked, Where are the

24 payments? -- and, again, I would submit the right word

25 is "inform."  And I am not trying to be cute by that.  I

1  am saying that's exactly what he did.

2           THE COURT:  Okay.  Well, let me hear from the

3  government.  I have a lot of questions for them on this

4  stuff as well.

5           So, Mr. Wernick, I mean, I will tell you, I am not

6  convinced by Mr. Lopez that they have proven that

7  Mr. Mikerin was not an organizer or leader, but it's

8  your burden, so I am also acknowledging that I think the

9  evidence isn't completely straightforward on this issue.

10          So, what actually is the evidence that shows that

11  he was an organizer or leader and not -- even if I don't

12  accept the notion that he was simply doing Mr. Fisk's

13  bidding, one possible interpretation of all these facts

14  is that there are these executives and there was

15  Mr. Mikerin, and it's not clear to me who originally had

16  the idea, but regardless of who did, why aren't they all

17  equals each getting their own share of this, him getting

18  the payments, them getting their contracts?  It seems

19  like you need to have more than saying that he is the

20  one who has told them where the bank accounts were.

21          MR. WERNICK:  Yes, Your Honor, and there is

22  much more.  The simple answer is because the evidence

23  shows that he was the organizer and leader.  I will go

24  through some of that evidence.

25          First, let's just look at his role in the company.

1    He starts as a director of Pan American activities with

2    TENEX, then turns into being the president of TENAM, the

3    Russian state-owned entity in the United States.  So he

4    is on top of the food chain in that company.

5           He -- the evidence is showing him directing the

6    scheme over ten years through multiple individuals, not

7    just Coconspirator 1, but when Coconspirator 1 does die,

8    he immediately moves on to Boris Rubizhevsky.

9           When Rubizhevsky --

10          THE COURT:  So, when you say "the evidence,"

11   again, the evidence I have is the hearing transcripts

12   that we have had.  It's whatever either party submitted.

13   I am not taking the notion that Mr. Fisk was the ring

14   leader just because the defense says so, but I am not

15   going to take the view that he directed all these things

16   without you pointing to me some actual evidence on that.

17          So what are you referring to?

18          MR. WERNICK:  Thank you, Your Honor.  Let me

19   first start by saying, obviously, we did not put forward

20   the entire government case in evidence in all our

21   pleadings.  We have an ongoing investigation.

22          THE COURT:  But just to point you to this,

23   because I have had this issue with the government on a

24   lot of sentencings, okay, you can choose what to give

25   me, but you can't rely on stuff you don't give me, and I

1  have had a problem with that with your office on this

2  office on a number of occasions.  And just proffering

3  something that's out there is not going to do it.

4       So, point to specific facts that show me -- so, for

5  example, what is the evidence that he -- it was his

6  idea?  Or do you say it wasn't necessarily his idea?

7  And I don't think that's dispositive, but do we know

8  whose idea this whole scheme was?

9            MR. WERNICK:  I think if you look at the

10 totality of the evidence as taken by the proceedings

11 before Your Honor, as taken in the statements of

12 offense, as submitted in the Boris Rubizhevsky plea

13 hearing showing the timing of his events, when he was

14 called upon by the defendant to take part in his money

15 laundering conspiracy, if you look at the evidence as --

16 as set forth by Daren Condrey in his plea agreement and

17 the timing of his activities.

18      You -- Your Honor certainly is aware that

19 Coconspirator 1 died in 2011; yet, the conspiracy lived

20 on.

21      It is not dispositive that it is the defendant's

22 idea, but certainly the evidence that it was the

23 defendant telling each of these individuals which

24 accounts to send money to offshore, when, on specific

25 days, to send that money, the timing, the direction, the

1  -- the players involved, all who just rotate at the

2  defendant's whim to be used by the defendant, that's

3  what the evidence shows.  We did --

4          THE COURT:  What's the evidence on the

5  recruitment of others?  So who brought in Rubizhevsky?

6  Who brought in Condrey?  Who brought in the other

7  executives that are listed in the document?  And what's

8  the evidence that it was Mr. Mikerin as opposed to

9  Mr. Fisk or somebody else who brought them into this

10 operation?

11         MR. WERNICK:  I am looking first at Exhibit 1

12 to the sentencing memorandum, which is Mr. Rubizhevsky's

13 plea agreement, and it talks about Foreign Official

14 One -- obviously, that being Vadim Mikerin -- and how he

15 engaged intermediaries, including Rubizhevsky, to

16 transfer payments from Cylinder Corporation A into

17 foreign bank accounts.  It is in the active voice.  It

18 is talking about -- and it goes through, if you look at

19 his plea agreement, I think you can only take from that

20 that he was recruited by the defendant.

21         Mr. Condrey --

22         THE COURT:  Is that your understanding from

23 other evidence as well?  I mean, are you just going off

24 of this document --

25         MR. WERNICK:  No.  No.  Your Honor, I think --

1   it's in that document, but if I knew of any other

2   evidence to the contrary, I would certainly --

3          THE COURT:  Let's go back to Mr. Campbell, for

4   example.  I mean, did Mikerin approach Campbell or did

5   Campbell approach Mikerin, or -- or was Fisk involved?

6          MR. WERNICK:  Our understanding, Your Honor,

7   that, of course, that conduct is not part of the current

8   charge and it's not being asked that the Court recognize

9   that as relevant conduct for purposes of this plea.

10         THE COURT:  Well, this is a conspiracy.  We are

11   trying to figure out who is the leader of the

12   conspiracy, who is an organizer, if any.

13         MR. WERNICK:  And that being said, I think the

14   evidence would show that it was Mr. Campbell who was

15   recruited by the defendant as well.  I don't -- I don't

16   think I have to back away from that.

17      Now, there could be some suggestion, based on the

18   interaction between the two, that both sides would

19   benefit, certainly.  But it was Mr. Campbell who then

20   reported this interaction to the government, which

21   caused the government to start paying closer attention

22   to the defendant.

23      So, I -- I do think that I -- that would not be

24   contradictory, the evidence set forth before the Court

25   in this plea.

1    When you are looking at the multiple -- again, the

2    -- what we put before the Court, in addition to the plea

3    agreements, and -- was also to show the number of

4    players involved and to -- and I think the timing is

5    key, and the big thing that the defendant has had pains

6    to overcome is the fact that if Mr. Fisk were the

7    director of this scheme, then how do you explain

8    Mr. Rubizhevsky's involvement, who had nothing to do

9    with Mr. Fisk, who was recruited by Mr. -- by the

10   defendant?  How do you explain the conspiracy continuing

11   on with Daren Condrey and Executive B?

12   This is -- the evidence is before the Court to make

13   the finding that he was a leader and an organizer.

14   The sham company --

15   THE COURT:  So your evidence is the Plea

16   Agreement's Statements of Fact, which I am sure you

17   acknowledge were not -- I mean, I agree -- I mean, words

18   matter, and I don't think we can substitute in "inform"

19   for "directed" when it doesn't stay "inform," but at the

20   same time -- it would be a little more convincing if we

21   had an affidavit or live testimony about this actual

22   issue as opposed to a prosecutor's written Statement of

23   Facts that someone signs.

24   MR. WERNICK:  And, Your Honor, I mean, it was a

25   Statement of Facts sworn before this Court by two

1  individuals, both of whom said that the defendant

2  directed the conspiracy.

3          THE COURT:  Well, but the purpose of it was to

4  identify that individual's involvement.  The purpose was

5  not to catalog the involvement of others, which is what

6  you are trying to use it for.

7          MR. WERNICK:  I think it's --

8          THE COURT:  I just feel as if there is a little

9  bit of a disconnect there where, you know, if you were

10  -- if you wanted to offer his, you know, statements by

11  these two individuals as to what the role of Mr. Mikerin

12  was, this is a little bit of a questionable version of

13  that because he didn't have to say anything about

14  Mr. Mikerin's role to plead guilty, which is what the

15  purpose of that document was.

16          MR. WERNICK:  And the immediate purpose of that

17  document was to make out the elements of the offense for

18  sure, Your Honor, but it also was highlighting the

19  involvement of other coconspirators, and, in this case,

20  showing that this other coconspirator, namely, the

21  defendant, was in charge and directing them to do what

22  they needed to do.

23      It is an important detail that the bank accounts

24  were something that was wholly in the knowledge of the

25  defendant.  The timing of the payments were set forth by

1    the defendant.  Those are not something to be cast away.

2    Those are not insignificant details.  Those are

3    important details.  And in addition, I mean, it is TENEX

4    that has the contracts.

5         One thing also I would take note of, parent

6    Corporation A is an entirely new player in 2013, and

7    that is directed by the defendant.  That's not something

8    -- that was a new contract.  That was not something in

9    place when --

10            THE COURT:  Can you give me more details about

11   that?  Remind me, is there a name of a company or an

12   individual that you can disclose for that because it's

13   confusing to me as to which one you are referring to?

14            MR. WERNICK:  Mr. Rubizhevsky, in his plea

15   agreement, he is involved in money laundering scheme,

16   which involved money that originated with Parent

17   Corporation A.  I can't get into further detail about

18   that, Your Honor, because that name has not been made

19   publicly available and is part of an ongoing

20   investigation, but I can just point Your Honor to

21   Exhibit 1 to the government's memorandum.

22            THE COURT:  Okay.

23            MR. WERNICK:  The timing, though, was in 2013,

24   and it's a $39,000 kickback payment in 2013, that was

25   where Mr. Rubizhevsky was the middleman.  Daren (sic)

1  Fisk -- excuse me, Coconspirator 1 had long passed at

2  that point.  That's just one example of the conspiracy

3  moving on and of a new player being involved in terms of

4  that corporation in addition to Executive A, his

5  involvement in that.

6      One thing I would -- I would also mention is the

7  sham invoices and contracts.  Those are something also

8  directed by the defendant.  That's what the evidence

9  does show in this case.

10      THE COURT:  Where?  In the document?  Which

11  document?

12      MR. WERNICK:  I will -- Your Honor, I will just

13  have to submit on the record.  I can't point to a

14  particular page in a transcript or to this document.  If

15  it's not in the record, then, certainly, Your Honor

16  should not consider that.  I was responding just to that

17  one statement made by the defense a moment ago.

18      I would -- and if you look at Exhibit 1 again to

19  the sentencing memorandum, the language being used there

20  just points directly to the language by Coconspirator 1

21  on the second-to-the-last page, the email dated March

22  12, 2009, "Dear Vadim, I have given some additional

23  thought to the discussions I had with you and (sic)

24  yesterday and have some suggestions for your

25  consideration," and then he goes forward with some

1    suggestions.

2         This is not the words of a person directing

3    Mr. Mikerin to do anything.  These are the words of an

4    assistant reporting up to ladder to somebody to give him

5    suggestions to take into consideration; you decide.

6         Ultimately, the discussion that Mr. Lopez pointed

7    out a moment ago on the first page, talking about cake,

8    and Mr. Mikerin asking Coconspirator 1 for his advice.

9    And simply -- and what's happening there, Your Honor, is

10   he is talking about two things in this.  Number one, he

11   is talking about -- he is relying on Coconspirator 1 as

12   one of his men on the ground in the United States before

13   TENAM is opened up, essentially.  And he asks, Look, you

14   are leaving the company -- transportation company,

15   Corporation A, you are leaving.  The people left are

16   going to be Daren Condrey and Executive B.  Is, you

17   know, this is going to continue along the lines we have

18   already set forth.  Right?  This is his plan.  He is

19   just making confirmation that this plan that he has set

20   up will be continuing, or does he need to go out and do

21   additional exercises on his own?

22        But he goes on to -- just, basically, goes through,

23   what is the cake situation?  What is the story with the

24   kickbacks?  And also earlier in that, that discussion

25   above and included in this email is about Cylinder

1  Corporation A as well and the cake and kickback payments

2  that they are going to be setting up with that company

3  as well.

4       THE COURT:  Can I just ask, the $2 million that

5  are subject to the order of forfeiture, remind me what

6  -- the circumstances of how those were obtained by the

7  government.  Was it a bank account that Mr. Mikerin had?

8  Was it one of the ones that this money was being sent

9  to, or was it a different account?

10       MR. WERNICK:  These are all -- this is an

11  accounting for all of the bribe and kickback payments,

12  essentially, that were made through Transportation

13  Corporation A and through Cylinder Corporation 1 and

14  Parent Corporation A that were directed as part of this

15  scheme to the offshore accounts.

16       THE COURT:  It's a money judgment, if I am not

17  mistaken, so did Mr. Mikerin have that money lying

18  around when the government came knocking, or is it just

19  that you have calculated that and you are saying he owes

20  that money, but you actually don't know how much of it

21  originally went into his pockets?

22       MR. WERNICK:  We cannot tell you, Your Honor,

23  how much of that money ended up in his pockets.  We can

24  say only that -- the only evidence before the Court is

25  the $127,000 has already been seized as part of this

1  case.  There is money that went to offshore accounts,

2  and we cannot tell you that Mr. Mikerin himself withdrew

3  that money.

4      I would point to the language already discussed,

5  Your Honor, that is in the record, that -- where the

6  defendant explains that this is money that he was

7  sharing among him and others, you know, according to

8  him, that the company did not know about.  But it -- so,

9  certainly, I would not go further than that.

10         MR. LOPEZ:  Your Honor, can I be heard?

11         THE COURT:  Let me just finish with

12  Mr. Wernick.  I will give you a chance to respond.

13         MR. WERNICK:  And Your Honor, I would also

14  point just to Exhibit, I believe it's Exhibit 3.  When I

15  said "Exhibit 1" earlier, talking about that email, I

16  think that was Exhibit 3.

17      And then Exhibit 4 is the email from the Marvin

18  Jodel account on August 30, 2013.

19      If you are looking at that email, that is from the

20  defendant using an alias email account on August 29,

21  2013, and he is writing this to one of his

22  coconspirators here.

23      He says, "Hello.  Just wanted to kindly ask you to

24  synch with Daren" -- talking about Daren Condrey -- in

25  order to settle this $30,900.  That's talking about the

1  Parent Corporation A money.  "They know the ropes and

2  all we need is to proceed and get a final result."

3        This is also showing he has already set this up

4  with Daren Condrey.  They know the ropes.  I have

5  already put this in place.  Now it's your turn.  You go

6  and talk with him and you organize the payment.

7              THE COURT:  Who is this going to?

8              MR. WERNICK:  I am fairly certain I can refer

9  to this, but I am almost -- I am certain this is

10  Executive A.

11              THE COURT:  Okay.

12              MR. WERNICK:  And Executive A was a person who

13  worked for Cylinder Corporation One.  The parent

14  corporation of Cylinder Corporation One was Parent

15  Corporation A.  I know this is a little confusing, Your

16  Honor.  I apologize for the anatomization.

17        But this email is referring to the $30,900 that

18  ultimately Mr. Rubizhevsky helped to be the middleman

19  on.  Actually, Mr. Rubizhevsky had bowed out by then.

20  Excuse me.  And when Mr. Rubizhevsky was no longer

21  willing to participate, they moved on to Transportation

22  Corporation A, who then was run by Daren Condrey, to be

23  the middleman.

24        Transportation A not only acted at the defendant's

25  direction as directly paying corrupt payments, but, in

1  this circumstance, they even used them as the middleman

2  for corrupt payments by corporation -- Cylinder

3  Corporation A and Parent Corporation A.

4              THE COURT:   Okay.

5              MR. WERNICK:   Daren Fisk -- excuse me.

6  Coconspirator 1 had nothing to do with it.

7              THE COURT:   Okay.

8              MR. WERNICK:   One final thing.  Even if you

9  take the defendant's arguments as true, the law does not

10  require there be only one leader and organizer.  We

11  think, though, that certainly the defendant was that

12  leader and organizer, but even if you accept all of Mr.

13  Lopez's arguments, there could be two.

14              THE COURT:   Mr. Lopez, do you want to respond

15  to something?

16              MR. LOPEZ:   Your Honor, I have a few responses.

17  One is I think it's really important to make sure that

18  Your Honor's questions are answered with respect to

19  timing and with respect to who did what.

20        In particular, your first question was:  Whose idea

21  was this?  The government has absolutely no evidence

22  that it was my client's idea.  They have nothing to show

23  to that.

24        When you asked who -- did Doug Campbell come to my

25  client or did my client go to Doug Campbell, and where

1  was Rod Fisk?

2       The evidence shows, and this is Agent Gadren's

3  testimony at the April 17th hearing, specifically, page

4  49, lines 23 to 25, admits that Fisk introduced Doug

5  Campbell to Mikerin.  That's really not in dispute at

6  all.  It was Doug Campbell -- it was Fisk bringing Doug

7  Campbell to Mikerin.

8       The timeline on Barry -- I'm sorry, on Boris

9  Rubizhevsky and the government's arguments that it must

10 have been his conspiracy because Boris Rubizhevsky

11 became involved after Rod Fisk's death, not true.  Boris

12 Rubizhevsky was involved well before Rod Fisk's death,

13 and Rod Fisk is the one that introduced Boris to the

14 team.

15      Now, can I show that with something in the record?

16 Well, that hasn't come up in the record.  They can't

17 show if it was the other way around, I guarantee you

18 that, and it's their burden, as you said.

19      Parent Company A, there is no evidence whatsoever

20 that that was my client's idea.  None.  Zero.  Zilch.

21 Whatever TLI did or Westerman did or Boris Rubizhevsky

22 did or whoever was responsible for Parent Company A,

23 that's their evidence of role in this offense, not my

24 client's.

25      They are stringing together lots of words and lots

1  of phrases and saying it's my client.  He says, Boris

2  Rubizhevsky's Statement of Facts says my client directed

3  the conspiracy.  It does not say that.  It does not say

4  that anywhere.  So let's be very careful about this.

5       You asked a question about money.  There is not one

6  shred of evidence that my client has one dollar from

7  this event.  Yes, he's getting hit with the full two

8  million forfeiture, and we will talk about that when we

9  get to the 3553(a) factors, because guess how much Boris

10  is involved in, according to his plea agreement, is

11  being hit with?  26,000.  Guess how much he Daren

12  Condrey is?  Looks like nothing.  That's the way it

13  looks to me.  But my guy is taking it on the chin here

14  for the full amount with no evidence that he put a

15  dollar in his pocket.

16       The government said, Well, we can't show --

17       THE COURT:  Well, we have his statements to the

18  agents where he acknowledged he was getting private

19  commissions and he was -- I mean, you can't say he

20  didn't -- I mean, we don't know the exact numbers, but

21  --

22       MR. LOPEZ:  Hold on one second.  Hold on a

23  second on that because that -- statements to the agents,

24  taken without an interpreter, where he admits that he

25  hopes to get money, that's true.  And look, you know, if

1   the -- you have to be very careful about that because

2   that was without an interpreter.  But when you go to the

3   -- and he is not going to shy away that he hopes to get

4   money.  No one is going to dispute that.  But is there

5   any evidence that he got any?  No.

6        And the government can go a little bit further than

7   what they talked to you about a second ago.  We got an

8   email from the government last week that says that they

9   received the returns of some mutual legal assistant

10  treaty request, looking for the money that went

11  overseas, and they said that they have no evidence that

12  my client withdrew a dollar of that.

13       So there is zero evidence to talk about my client

14  getting any of the payments, and they can go a lot

15  further than what they discussed with the Court about

16  their lack of evidence.  They don't have it.

17       Payments.  Oh, well this is -- you know, it's a big

18  deal that my client talks about the payments.  Well,

19  guess who else had payment information in the safe that

20  came out in the April 17th hearing?  Rod Fisk.

21       Now, I am not going to sit here today and tell you

22  100 percent, you know, everything is all Rod Fisk across

23  the board and everybody else is a stooge, but I will say

24  this:  All of these players here had an equal role in

25  this event, and there is no reason for my client to be

1  -- to be tied with the organizer or leader.

2          When you look at the factors that you are supposed

3  to consider, exercise decision-making authority, there

4  is no evidence of him exercising decision-making

5  authority.

6          Nature of participation.  No different than anyone

7  else.  We talked about that.

8          Recruitment.  Zero evidence of recruitment.  Zero.

9  The government wants to come up here and tell you that

10 he recruited Boris Rubizhevsky.  No evidence on that

11 whatsoever.

12         Claimed/ranked to a larger share.  Again, he hoped

13 to get money.  No evidence that he got it.  But guess

14 where there is evidence of people getting money?  Boris

15 Rubizhevsky got a kickback.  Rod Fisk got kickbacks.

16 Daren Condrey, through TLI, got a -- TLI, through Daren

17 Condrey, got a kickback.  That's in the Statement of

18 Facts for Daren Condrey.  Last paragraph.

19         Degree of control over others.  Zero evidence.

20         Exercised, managed responsibility over assets.

21 There is no evidence that he touched any of these wire

22 transfers.

23         The $124,000 that they seized from his account,

24 they haven't tied that to anything.  They haven't tied

25 that to a thing.  They just took the money, and it's

1  part of our negotiated settlement and that's what it is,

2  and I can't explain about that.

3        But in the background section of the guidelines,

4  after the Application Notes, it talks about role, and it

5  talks about in terms of relative responsibility and

6  profit, as well as danger, you know, assigning a role

7  for greater danger to the public because they are likely

8  to recidivate.  You don't have those issues here.  You

9  don't have an issue of relative responsibility being

10 disproportionately netted out.  It's just not here.  You

11 definitely don't have a recidivism issue here.

12       Role doesn't apply, Your Honor.  And the government

13 has, you know, just made some accusations but can't

14 point to anything, and, in fact, confuses the issue more

15 than helps the issue.

16            THE COURT:  So, the government cites the *United*

17 *States vs. DeRiggi* from the Second Circuit.

18       Do you have anything to say about that case?

19            MR. LOPEZ:  Yes, Your Honor, I do.  One second.

20 Let me find that case.

21            THE COURT:  I mean, there is certainly some

22 factual distinctions, and I will not disagree with that.

23            MR. LOPEZ:  Yeah.

24            THE COURT:  The case does deal with this issue

25 of the top leader in the organization that's receiving

1    bribes without whom the whole operation cannot occur.

2         If Mr. Mikerin is not playing ball, there is no

3    game, so why isn't that an issue with respect to role?

4         MR. LOPEZ:  Because there is nothing in any

5    Application Note or any factor or anything that says,

6    just because you are on the top of the organization, you

7    automatically get a role enhancement.  That's not a role

8    enhancement at the top.

9         THE COURT:  Well, this case doesn't say it that

10   black and white, but it does indicate it's a significant

11   part of its decision-making process.

12        MR. LOPEZ:  But in that case, he recruited

13   subordinates.  There is no one else at TENEX, TENAM,

14   anywhere that has anything to do with this.  He didn't

15   recruit anybody.  He didn't do anything.

16        In that case, there was, you know, an issue of

17   recruiting coworkers and that that person didn't blow

18   the whistle.  And that's a Second Circuit case out of

19   1995.  This is not the case that's going to control

20   these set of facts.  You know, any one of these people

21   in any one of the schemes, if they are not there, they

22   are not, you know, it doesn't happen.

23        THE COURT:  Okay.  One last question for you,

24   Mr. Wernick, just on this question of Rubizhevsky.

25        So, you must know, one way or the other, whether it

1   was Mr. Mikerin or Mr. Fisk or someone else who brought

2   him into this.

3        Is there any evidence that shows, other than the

4   statement in the Plea Agreement Statement of Facts, that

5   Mr. Mikerin brought Mr. Rubizhevsky in as opposed to

6   somebody else bringing him into this conspiracy?

7               MR. WERNICK:  Your Honor, may I consult for one

8   moment on what has actually been placed in the record?

9        (Pause.)

10              MR. WERNICK:  We certainly know of evidence

11  from Mr. Rubizhevsky, himself, that he was recruited by

12  the defendant.

13       I don't know -- I can't tell Your Honor whether

14  that's in the record before this Court or not, so I

15  would have to just settle on what's in the record at the

16  moment.

17              THE COURT:  Okay.  Thank you.

18              MR. WERNICK:  May I point to two other things

19  just in brief rebuttal, Your Honor?

20              THE COURT:  Okay.  But I am going to give him

21  another chance.  It's his objection, so this is going to

22  go on forever if you keep raising issues.

23              MR. WERNICK:  The only thing I was going to

24  say, Your Honor, is it's been mentioned that money that

25  was in the safe, Coconspirator 1's safe, the money that

1   was in that safe was two envelopes -- and this is

2   information that's been provided to the defendant --

3   $10,000 cash and $5,000 in cash, both of which were

4   sealed and had the defendant's name signed on the back

5   over the seal.  That was his money, and it's the money

6   that he went to collect from Coconspirator 1 after

7   Coconspirator 1 died.

8           THE COURT:  Okay.  Thank you.

9           MR. LOPEZ:  Your Honor, I'd like to address

10  that.

11          THE COURT:  Only on this issue.  Nothing else.

12          MR. LOPEZ:  Only on that issue.  I promise.

13      There is no evidence anywhere as to what that money

14  was for that the government can point to at -- at -- at

15  all that had anything to do with this set of facts in

16  any way, shape, or form.

17      If the government is going to be proffering what

18  Boris Rubizhevsky might say, and then say, oh, but don't

19  consider it, but let me tell you what he would say, then

20  let me proffer what the explanation of that money is.

21      That money was seed money to start up TENAM, the

22  company here that Rod Fisk, the government is correct,

23  was helping to set up from the very beginning, and our

24  -- my client had money in cash to help make that happen.

25          He was living in Russia, by the way, on the

1  whole -- you know, just to go one second outside of what

2  we are talking about -- the majority of this time, my

3  client is in Russia.  Rod Fisk is the one here.  He

4  doesn't show up here until 2012.  He gives Rod Fisk the

5  seed money to hold onto it, and so, when he gets here,

6  he has money to start up TENAM.

7         That's the explanation of the money.  It has

8  nothing to do with this scheme.

9            THE COURT:  Okay.  So, I obviously heard a lot

10 from both sides.  I appreciate the additional

11 information and argument on this issue.

12        On the issue of the four-level increase for the

13 role adjustment here, let me just review what I

14 understand and what my conclusions are.

15        First, I do think the activity did involve five or

16 more participants, which is one of the requirements,

17 including Mr. Fisk, Mr. Mikerin, Mr. Condrey,

18 Mr. Rubizhevsky, and Executives A and B.

19        The factors to consider in terms of whether

20 Mr. Mikerin was a leader or organizer under Section

21 3B1.1(a) include: the nature of his participation; the

22 nature and scope of the illegal activity; whether he had

23 decision-making authority; his recruitment of others;

24 and the degree of control and authority that he

25 exercised.

1      It's clear that Mr. Mikerin did direct where the

2   kickback payment should be made, such as to what bank

3   account and some communications to ensure that the

4   payments were made, so he certainly asserted a certain

5   degree of control and authority over the operation.

6      But the defense argues that this role was more

7   ministerial than decision-making, that he was simply

8   facilitating the transfer of funds, and that the actual

9   organizer or leader was Mr. Fisk.

10      I do find that there is certainly some evidence of

11   the role of Mr. Mikerin as someone who had a degree of

12   control and authority and who had some decision-making

13   authority.

14      In particular, I point to the email of January

15   22nd, 2010, in which he indicated his analysis that this

16   is a perfect platform for very personal discussions; we

17   can keep them as it is or decrease slightly to create

18   cake, which indicates -- a need for your advice, which

19   indicates he is part of a decision-making process of how

20   to move this conspiracy forward.

21      He is asking for advice, so he is not simply taking

22   orders from someone else, but he is asking to have a

23   discussion about how to proceed with this.  So there is

24   evidence to that effect.

25      There are also the statements in the Statement of

1  Facts indicating that Mr. Mikerin directed the kickback

2  payments to be made, that they were for the benefit of

3  Mr. Mikerin, and also that he engaged intermediaries,

4  which, arguably, involves recruitment, but I find that

5  specific evidence relatively thin on the question of

6  exactly who brought people into the conspiracy since

7  engaging intermediaries is not exactly the same thing as

8  recruiting people.  It may just be talking to them about

9  particular transactions.

10         So, although there is evidence that supports the

11  idea that he is a, someone who is involved -- and I will

12  also add to that that he has spoken in his -- in the

13  transcript of the suppression hearing of the money as

14  personal commission for Mr. Mikerin; that he had the

15  opportunity to spread it among friends; that it was part

16  of making business.

17         So, I certainly don't find that he was a minor

18  player in this, who was simply exercising a ministerial

19  function, someone who was not benefitting from this,

20  but, at the same time, I am not in a position to find

21  that the government has met its burden of establishing

22  that he was an organizer or leader here.

23         First of all, I think it's a relatively unique

24  situation; very different from the standard arrangement

25  in this where you have a drug operation with a leader

1   and people with various roles below it.

2       On the one hand, there is no question that

3   Mr. Mikerin stood to benefit from this scheme, even

4   though it's unclear how much he got.  He made statements

5   to Special Agent Gadren indicating that this was a

6   personal commission; he was getting money from this.

7   The statements by Rubizhevsky and Condrey indicate that

8   he was benefitting from this.  But, at the same time,

9   everyone else was benefitting as well, perhaps more,

10  because the other executives were getting contracts for

11  their companies that were worth arguably much more than

12  Mr. Mikerin was getting.

13      So, even though he was getting the lion's share,

14  perhaps, certainly relative to the other coconspirators

15  as the money changing hands as part of this money

16  laundering, the scale of the operation was such that it

17  wasn't clear that that was the focus of it.  The focus

18  was getting companies and executives at those companies

19  to get the benefit of those companies receiving

20  contracts.  So it's not clear that he stood to benefit

21  more than anyone else in this conspiracy.

22      It's also not clear that he recruited others, as I

23  indicated.  I do accept that the Statements of Facts are

24  evidence to be considered, but I think they need to be

25  considered in the context of how they are prepared,

1  which is that they are prepared to acknowledge a

2  defendant's own individual role in the operation.

3      I don't think they were ever designed to provide

4  evidence for a sentencing of another defendant.  And

5  although they may be acceptable, I think if that's what

6  we have -- if that's what we are limited to on

7  recruitment, I don't think it's sufficient to show, by a

8  preponderance, that there was a recruitment of others

9  specifically to this operation.

10     As I indicated, there certainly is evidence that

11  Mr. Mikerin was part of discussions about how to move

12  forward with how this would work, that he was not an

13  underling, but that he was, at a minimum, equal to

14  others, but, again, it's not clear that he had ultimate

15  decision-making authority over how all of these

16  operations would work.  It seemed as if both sides

17  needed each other, the executives as well as the --

18  Mr. Mikerin.

19     So, on the one hand, he may have been directing

20  things, but at other times, perhaps, there were -- it's

21  unclear that he directed the other executives in the way

22  that a drug organizer or a leader directs underlings to

23  carry forth.

24     The best indication that I have that Mr. Mikerin is

25  clearly, or could be a leader in this is the theory

1   under *United States vs. DeRiggi* from the Second Circuit,

2   which indicates that the top official in an organization

3   where bribery was occurring could be deemed a leader or

4   organizer by virtue of that leadership position because

5   the scheme could not exist without its support or

6   participation.

7        I think those facts do apply -- or that scenario

8   does apply here, and I think that that's a theory that

9   one could use to apply this enhancement, and I think if

10  there were clear enough evidence that he had the -- the

11  most significant role in this operation, then I would

12  consider applying it here.  But it's not controlling

13  authority.

14       I do think it's persuasive as a concept, but I

15  would read it as requiring at least some clear evidence

16  that this person was at least at the top of the

17  organization.  And although I think he was at the top of

18  the organization, it's not clear to me that he was

19  sufficiently distinguishable from the others involved to

20  warrant the enhancement here.

21       It sounds as if the government may have had other

22  evidence that would have been more convincing on that

23  point, but it, of course, has to make its choices

24  regarding what to offer in a proceeding like this, and

25  given what it's offered, I am going to deny the

1   enhancement, or, in this case, grant the objection to

2   the PSR.  So, I will not apply the four-level

3   enhancement for role.

4       What that does is it means that the total offense

5   level is 25, the criminal history category is I, and so

6   I find that the guideline range is 57 to 71 months.

7       Because of the five-year mandatory minimum --

8   five-year maximum penalty on this offense, the actual

9   guideline range, technically, is 57 to 60 months.  And I

10  find, as indicated in paragraph 62, that the guideline

11  range for supervised release is one to three years.  I

12  believe the fine range is, under the 2014 guideline

13  book, which is what we are supposed to follow in a case

14  like this, it is $10,000 to $100,000.  The special

15  assessment would be $100.

16      Are there any objections to those calculations

17  other than the objection regarding the role enhancement?

18          MR. WERNICK:  Not from the government, Your

19  Honor.

20          MR. LOPEZ:  Your Honor, just with respect to

21  supervised release, the defense agrees with the

22  probation report, paragraph 63, that says, under the

23  guidelines, 5D1.1(c), the Court should not impose

24  supervised release when a defendant is likely to be

25  deported.

1     Government -- we have talked with the government,

2     and I don't think they are going to be asking for

3     supervised release, so --

4          THE COURT:   I understand.  I am just laying out

5     what the actual guidelines are on this issue.

6          So, what we have left, then, is just to discuss

7     what the appropriate sentence is.

8          What I'd like to do is start with anyone other than

9     counsel or the defendant who would like to speak, if

10    there is anyone, and then after that, I will hear from

11    the government on their recommendation, then the defense

12    counsel, and then Mr. Mikerin, if he would like to

13    speak.

14         So, is there anyone that either side knows about,

15    other than counsel and the defendant, who are interested

16    in speaking?

17         MR. WERNICK:   The government will not be

18    calling any witnesses.

19         MR. LOPEZ:   No, Your Honor.

20         THE COURT:   So why don't we start, then,

21    Mr. Wernick, with the government's argument on

22    sentencing.

23         MR. WERNICK:   Thank you, Your Honor.

24         Much of our argument is set forth in the briefing

25    before the Court.  I will say, Your Honor, I want to

1   point to some specific things.

2        This case involves a defendant who is a Russian

3   official, an employee of TENEX and TENAM in the United

4   States, both state-owned entities responsible for the

5   transportation of nuclear energy to America.  It's an

6   interesting program.  The program involved the

7   down-blending of nuclear weapons.  It initially involved

8   the down-blending of nuclear weapons from the former

9   Soviet Union to be used in civilian purposes here.

10  Obviously, a very sensitive area and one that could be

11  of great use.  Nobody wants nuclear weapons if they are

12  not needed, obviously, and civilian use of nuclear

13  technologies is a new thing.

14       The defendant, over the course of ten years,

15  corrupted that process.  He is initially from Russia,

16  visiting America frequently, and then opening up a post

17  in America, corrupted the process.

18       We believe -- the understanding of his role in the

19  offense involved coordinating and essentially

20  orchestrating people to pay him corrupt payments,

21  bribes, kickbacks to offshore entities that he knew

22  about and -- and -- and directed the payments to.  Over

23  the course of ten years, we are talking about over $2

24  million in corrupt payments that are before the Court.

25       This is done here with his promise to these

1   executives that he would help them obtain improper

2   benefits in gaining contracts with TENEX.  So, companies

3   in the United States that wanted a part of this process,

4   wanted to provide the logistical support in transporting

5   nuclear fuel, had to pay to play.  They had to pay the

6   defendant, at his direction, in order to be involved in

7   the process.

8         Now, we have gone through a lengthy discussion.

9   Obviously, Your Honor is familiar with the government's

10  position on what his role was in that scheme.

11        One thing, and I don't want to get into that any

12  further, but one thing I do want to talk about is this

13  idea of corruption in this circumstance.  Corruption is

14  always troubling.  It is something that erodes faith in

15  the system.  It is something that corrupts a belief in

16  the rule of law.

17        In this case, both here in the United States and

18  also back in the defendant's home in the Russian

19  Federation, and given his role as a Russian official, it

20  compromised the integrity of the process, subjects

21  people to compromise as well.

22        And this is particularly troubling in a

23  circumstance where the defendant is dealing with nuclear

24  technology and nuclear fuel.  It's an area that we don't

25  want compromised.  It's an area we don't want people to

1  be compromised as part of the process who would then

2  have their principles possibly compromised in other

3  ways.  There is a snowball effect here that we have to

4  recognize once people make the decision to make corrupt

5  payments and to solicit those corrupt payments.

6      Now, you have to ask why; why would a defendant do

7  this?  One answer obviously that comes up in these cases

8  typically is greed, that somebody wants the money.  And

9  certainly there is evidence in the record that he did

10  get some of this money, as the Court acknowledged a

11  moment ago.

12      The defendant has gone through some pains, however,

13  to say that he did not really benefit from this scheme,

14  and if that is the case, then why?  Why is a Russian

15  official coming to the United States, soliciting bribes

16  from U.S. companies and soliciting bribes from U.S.

17  executives, putting them in those compromised positions

18  in such a sensitive area?

19      I don't know the answer to that, and the

20  defendant's scheme was stopped before it went any

21  further, but these are very troubling issues to

22  consider.  And if it's not greed, then what was the

23  reason?  And people act for a reason.

24      The defendant has no excuse for his conduct.  He

25  came from, actually, a very stable family, a family --

1  his father is a man of great notoriety in his homeland.

2  This is not something that he needed to do.  It's

3  something that he did.  It's something that corrupted

4  the system.  It corrupted the process.

5      He's looking at a guideline range of 57 to 60

6  months.  We don't believe he has done anything to earn

7  mercy in any way here to get a below guideline sentence.

8  We are asking the Court to give a guideline sentence.

9      In this situation, he is looking at a maximum of

10 five years because he already received the benefit of a

11 conspiracy under 371, and we are asking, Your Honor,

12 that you impose a guideline range sentence.  We are

13 asking for 60 months, forfeiture to be announced today

14 as a part of the record.  I know Your Honor already

15 signed a consent order of forfeiture.  Please, we are

16 asking that forfeiture be made part of the judgment and

17 commitment order as well.  And we are not asking for

18 probation or supervised release under the circumstances

19 in this case.

20     THE COURT:  Can I just ask your view on the

21 argument by Mr. Lopez that because he is now effectively

22 deportable, he has no legal status, that he will be

23 classified differently at the Bureau of Prisons, and do

24 you share that understanding as to what happens in this

25 situation?

1            MR. WERNICK:  My limited understanding is --

2    and we don't oppose -- and we don't oppose the request

3    that he be sent to Allenwood; we would certainly defer

4    to Your Honor -- my limited understanding of this issue

5    is simply that there can be some bureaucratic red tape

6    paperwork.  That happens if he is sent to other

7    facilities, but I certainly defer to the Bureau of

8    Prisons on that if that's Your Honor's question.

9            THE COURT:  Well, the question is not about the

10   location.  But they are arguing that perhaps his

11   sentence should be lower because -- and this is my

12   reading of it; he can correct me if I am wrong -- is

13   that, presumably, a defendant in a fraud -- non-violent

14   fraud case, who has no record, would go to a relatively

15   low level of security.  And I am not sure exactly what

16   the names are, the classifications, but my guess is what

17   he is talking about is people in that situation often go

18   to what is affectionately known as club fed. or

19   something like that, and that he would be ineligible

20   because of his immigration status, and, therefore, he

21   would be disproportionately treated -- he would be

22   treated differently than others similarly situated

23   because of that factor, and that it should be taken into

24   account in terms of the actual sentence because he would

25   be at a higher level of security with less privileges

1    and/or more inconveniences because of the immigration

2    status, not because of the nature of the crime or who he

3    is as an individual.

4         MR. WERNICK:  And I don't know that that is

5    always the case.  I certainly know that that's not

6    always the case.

7         Where he ends up is a Bureau of Prisons decision,

8    often indicated based on location and just whether there

9    is space available at certain locations.

10        I don't want to weigh in.  I think that is

11   generally speculation on their part to seek that as a

12   reason to depart downward.

13        I don't believe, under the circumstances of this

14   very troubling case, frankly, that this is a money

15   laundering case that has real indicia of -- of troubling

16   issues here that a lot of money laundering cases don't

17   have.  The subject matter at issue here is highly

18   problematic, it's -- and it's something that the Court

19   should consider, and that should really utter against

20   that kind of mitigating discussion.

21        THE COURT:  Thank you.

22        Mr. Lopez.

23        MR. LOPEZ:  Yes, Your Honor.  Thank you.

24        Sitting before Your Honor today is a 57-year-old

25   man from Russia.  He lived his whole life there, worked

 1   very hard pretty much at the same company since he was

 2   25, and only came to the U.S. to live permanently -- not

 3   permanently, on a detail, if you will, on assignment at

 4   the closing chapter of his life.  It was going to be --

 5   kind of his last assignment was coming to the U.S.

 6        This is a man who spent his whole life in Russia.

 7   His whole life is in Russia currently.  He has two grown

 8   kids that are in Russia.  He's got -- thankfully, his

 9   parents are still alive, albeit very ill, as we have

10   submitted to the Court, and very elderly.  One is 87,

11   about to be turning 88, his father, and his mother is

12   84.  They both suffer from radiation-related illnesses

13   due to various radiation accidents that have happened in

14   Russia over the years, and are very infirm and can't

15   come to the United States.

16        He also has a brand new grandson that was three

17   before he was arrested, and now is four.

18        He has no criminal history.  He is a dedicated --

19   in addition to being a family man, he's been dedicated

20   to his country and his work.  He has a Bachelor's degree

21   from Moscow Aviation University, a Master's degree in

22   economics from the Academy of Foreign Trade.

23        He joined TENEX in 1990, when he was approximately

24   25, early 20s.  He rose within the company, receiving

25   promotions and accolades, and he fostered cooperation

1  between the U.S. and Russia, and that's reflected in

2  some of the letters that the Court has received.

3      He played a key role in major agreements between

4  Russia and the United States in reducing its nuclear

5  arsenal.  And he ultimately became president of TENAM in

6  2011 here in the U.S., as I said, his last chapter in

7  his professional career to move with his wife in 2011 to

8  come to Chevy Chase, Maryland.

9      The letters that the Court has received, in

10  addition to discussing my client as a man and a caring

11  and devoted family man, address a lot of the issues and

12  contradict a lot of the issues that the government has

13  just tried to say is the reason why he should be sent

14  away for a long time.

15      There is no evidence that he has corrupted the

16  nuclear industry on a whole.  In fact, many of the

17  letters you received are from people that he has worked

18  with in the nuclear energy that describe him as above

19  board; that these actions are out of character.  No one

20  is trying to back away from anything, but saying, this

21  is it out character here; that he is considerate; that

22  he is kind; that he is conscientious in making sure all

23  production needs are met; that they are of correct

24  quality; that he's handled complex and routine issues

25  appropriately and -- and -- and, you know, beyond that,

1  effectively.

2  You know, these are letters from people from big

3  companies, you know, General Electric, Florida Power &

4  Light.

5  There is no pay to play alleged in any of these

6  things.  There was a lapse in judgment that people in

7  the U.S. wanted to be a part of so they could get their

8  contracts, so they thought.  So, the government just

9  alleged that, you know, there is pay to play and he was

10  in charge of it.

11  Well, if you look at the Statement of Facts, of his

12  Statement of Facts, no doubt that Daren Condrey and

13  Boris Rubizhevsky and Rod Fisk paid money in the hopes

14  of receiving an improper business advantage.  There is

15  no actual evidence that this man here gave that improper

16  business advantage.  He doesn't admit to it.

17  Now, it is an FCPA crime in and of itself to do

18  exactly what they did, and they pled to that because

19  that was their crime.

20  What I am trying to say here is that if there is

21  corruption in the industry, they are still, despite the

22  role argument, putting the whole corruption on this

23  man's shoulders, and it doesn't belong on this man's

24  shoulders, it just doesn't, and the evidence doesn't

25  show that it does.  In fact, to the contrary.

1        As I said, he had a -- no question, there is a

2   lapse in judgment here.  He is a Russian national,

3   unfamiliar with U.S. laws and customs, and, you know,

4   has been in Russia his whole life.

5        Arrested October, 2014, and as of today, he's

6   already served over a year in jail.  Today.  Two

7   Thanksgivings in jail.  Again, it's not his holiday from

8   his country, but, obviously, he grasps that

9   significance.

10       The message has been received for his actions, both

11  with respect to my client, Vadim, and the general

12  public.  The goals of sentencing are served through what

13  has already happened and what we anticipate the Court

14  will give.

15       There is no question of whether he is going to

16  serve more time in jail.  We get that.  Everyone gets

17  that.  The question is how much?  How much is actually

18  necessary to achieve the goals of sentencing?

19       This has been publicly followed both in the United

20  States and in Russia, and if there is any doubt in

21  Russia as to what the U.S. laws are or the consequences

22  of breaking them, there is no doubt now.  That

23  deterrence message has been received.

24       He is taking the full brunt of the forfeiture, as

25  we talked about, the two million, despite any evidence

1    that he received any in his pocket.  The government

2    said, yeah, there is evidence in the record that he

3    received it.  There is some statements by --

4    uninterpreted, without the assistance of an interpreter,

5    pre-arrest, when the agents surprise him and he thinks

6    he is going about his every day.

7         There is no bank record or anything that ties money

8    from any of these schemes to this defendant; yet, he's

9    taken the full brunt of the forfeiture.  And as we

10   talked about earlier, Boris Rubizhevsky's plea agreement

11   talks about 26,000, and Condrey, it looks like he is

12   getting nothing.  It doesn't say anything.

13        The immigration status that -- the effect of his

14   immigration status that Your Honor referred to earlier,

15   I think the government said that they are aware of cases

16   where immigration status isn't taken into effect.  I am

17   not sure what those are.

18        The BOP statements are pretty clear.  We have cited

19   them for the Court to look at.  He is not going to be

20   eligible for education, vocational programs if he wanted

21   them.  If he had a substance abuse problem, which he

22   doesn't, thankfully, he wouldn't have been eligible to

23   receive time off for that.

24        He is not able to go to the club fed. or wherever

25   Martha Stewart was making cranberry jam.  He is not

1  going to be making cranberry jam.  That's not happening

2  for him.  He doesn't get any of these benefits.

3       Setting aside the severity of the crime is not the

4  same thing as -- or what you might think of the -- of

5  the specified unlawful activity to the money laundering.

6  It -- it's not the same thing as, you know, where is he

7  going to be sent by BOP and their rules of additional

8  punishment that's going to be netted upon him because he

9  won't be able to take advantage of the halfway houses or

10 furloughs or anything else that other people might be

11 eligible for.  He is off the board not eligible for

12 those things.

13      On top of it, he is going to be isolated from

14 everybody, except for Mr. Jacobson and the Consulate.

15      His whole life is not here.  It's all in Russia.

16 His parents can't come visit.  They are physically

17 unable to make that trip.  They were supposed to come

18 for an event here and they couldn't because of their

19 infirmity illness.

20      The amount of time that you ultimately sentence

21 this defendant has a direct impact on his possibility,

22 and I am purposefully pulling at your heartstrings here

23 and I am purposefully saying this is an extraordinary

24 circumstance, an extraordinary case for family

25 relationships because the amount of time you sentence

1   has a direct impact on the likelihood that he will ever
2   see his parents again.

3       He is very close with his parents.  His father is
4   someone of notoriety in Russia.  You know, he basically
5   followed in his father's footsteps in a lot of ways, and
6   his father is going to be 88 next week -- two weeks.  As
7   I said, I mentioned that on purpose to pull at your
8   heartstrings because they should be pulled at.  And not
9   to mention his kids and his grandson that -- that he is
10  missing.

11      I am going to tell you what we are asking for, and
12  it's in our papers.  We are not asking for anything
13  extraordinary.  We are not saying let him out tomorrow.
14  We are not saying let him out today, for that matter.

15      We are asking for a sentence that is in line with
16  what statistics show that other defendants that have
17  pled guilty to money laundering, 371 conspiracy in
18  particular, that does not receive the benefit of a 5K,
19  have received.  And the analysis that we have put
20  forward for your consideration, put together by a
21  nonprofit organization, the National Center on
22  Institutions and Alternatives (sic), analyzed the
23  statistical data that's generated by this Court and
24  every other Court from 2005, post *Booker*, to 2014, and
25  came up with a total number of approximately 4400

1   defendants sentenced from memory.

2        And then they do a number for conspiracy, for 371

3   conspiracies.  Then they do a number of filtering down.

4   How many were money laundering conspiracy?  How many

5   money laundering with no 5K?  Ultimately, you get to 68

6   defendants.  And then it has the loss amounts there.

7   And the average for those 68 defendants over a ten-year

8   period, and I don't know their names, I don't know their

9   backgrounds, every case is different, and we all know

10  that and have been through that in the bond motion and

11  other hearings, is 14-and-a-half months.

12       If you look at the statistical analysis for a loss

13  of over 9 million, which, by the way, is not here,

14  right, we have 2 million, it's an average of 30 months.

15            THE COURT:  Do your stats give any indication

16  where the sentences were relative to the guidelines?

17  Were they all downward variances, or were these cases in

18  which there was a general sentence that got them to that

19  general area?

20            MR. LOPEZ:  I don't know the answer to that

21  question.  I can get the answer to that question during

22  this hearing.  But let me -- so I don't know the answer

23  to that question.

24       But to speak on the guidelines for a minute, the

25  guidelines is obviously something the government wants

1   you to focus on.  It is but one factor of many, as this

2   Court knows.  I don't have to tell this Court the

3   sentencing -- how to sentence.  They are not

4   presumptively reasonable.

5        The Supreme Court, in three different cases, a line

6   of three cases, have established pretty clear

7   instruction, if you will, or parameters around what the

8   guidelines mean to a sentencing Court.  To a sentencing

9   District Court, they are not presumptively reasonable.

10  They are a rough approximation of what the Sentencing

11  Commission thinks is reflected by the 3553(a) factors,

12  understanding that they have no ability to really

13  analyze the individual characteristics of a defendant,

14  which is what you have the ability to do.

15       The Supreme Court case of *U.S. v. Rita* goes a step

16  further, and, really, it's very interesting

17  academically, if nothing else, says, The Commission's

18  guidelines are organic.  I mean, they are -- they are --

19  they were just revised.  We had a correction to the

20  presentence investigation report.  There was a fine

21  change from 2014 to 2015.  They get changed.  They get

22  changed based on what courts decide, what -- input from

23  prosecutors, input from defense counsel.

24       I have no idea if they seek the input from this

25  National Center on Institutions and Alternatives (sic)

1  or not, I don't know the answer, but there is a whole

2  body centered around evaluating and deciding what are

3  courts doing and where should it be?

4       And so that's not -- my point is, it's not

5  concrete.  It's not like these guidelines, 57 to 60

6  months, that's it, that's what everyone has said is

7  correct, and that's the way you need to go.  Not true.

8       You know, if anything, the statistical analysis

9  shows post *Booker* Courts aren't doing that.  They are

10 about half of what these guidelines are.  And who knows,

11 of 9 million, that loss table kicks up pretty quick, as

12 we all know, so it's a major -- whether it's a variance,

13 whether it's a departure, whether it's a deviation, it's

14 nowhere near there.

15      It's 50 to -- 15 to 30 months, and that's all we

16 are asking here, Your Honor.  We are asking that our

17 client be put in the position of everyone else for the

18 past ten years.  Obviously, there is, you know,

19 outliers, and you can take the statistics and I am sure

20 figure something else out, that it says something

21 different, but this is what we have.

22      And what we have is 15 to 30 months.  And what we

23 have is a defendant who has already spent a year in

24 jail, with his family nowhere near here, who has

25 accepted responsibility for his crimes, and is before

1  the mercy of the Court hoping to see his parents again

2  before -- before they die.

3       The Supreme Court is clear that the sentencing

4  judge is in the best place to find the facts and

5  circumstances of -- to -- to decide what is the most

6  effective sentence that's not greater than necessary to

7  achieve those goals, and we submit, putting him where

8  everyone else seems to be, is the right way to go.

9       Now, the government talks a lot about, you know,

10 that he put people in a situation.  He didn't put

11 anybody in any situation.  They put themselves in that

12 situation.

13      So, again, another example of just piling on him

14 the -- the weight of the world in this case.  It's not

15 -- it's not -- it's not true.  And you will sentence

16 them, and you will look at their factors individually

17 and decide what's appropriate for them.  But what's

18 appropriate for our client is a sentence in the range

19 that -- that we discussed.

20      I ask the Court to look through all the factors,

21 and I can go through each and every one of the 3553

22 factors to talk about the circumstances.  I have already

23 blended them into my response of the offense.

24      His role, as the Court had found, at least on the

25 evidence that we have seen and we know about, and we

1  submit that the Court came to the correct finding, is no

2  greater than anybody else.

3        The need for sentencing to reflect the deterrence

4  and the recidivism, that's accomplished by what's

5  happened already.

6        Protect the public from other crimes, that's not an

7  issue here.

8        The range suggested by the advisory guidelines, not

9  presumptive.  The ranges set forth in statistical

10  analysis are well below the guidelines for this.  And if

11  you talk about 9 million, well below whatever that might

12  be.

13        And we ask the Court to do two main things here:

14  One, to look at the Vadim as I have described him; and

15  to also really take to heart this idea of unwarranted

16  sentencing disparities because that's, you know, that's

17  important.  Why should this man, who the government has

18  been investigating, as it came out in the April hearing,

19  since 2007, arrested in 2014, hasn't seen his family

20  since, why should we be spending more and more resources

21  to hold him in longer than 15 to 30 months?  And we, by

22  the way, recommend that you go on the low end of that

23  range.  What are we serving?  What purpose?  What

24  message are we giving that isn't -- that hasn't been

25  given?

1        You know, they -- the government's memo talks about

2   the FCPA at great length.  He didn't commit an FCPA

3   violation.  Daren Condrey committed an FCPA violation.

4   You can take that into consideration in his sentence.

5        He committed a money laundering violation.  He

6   tainted our financial system with promoting an offense,

7   and, as is specified, unlawful activity.

8        One last thing I want to address, and that is that

9   he's already received -- the government's contention

10  that he's already received a benefit because of this

11  five-year cap.  I don't think the Court can read that --

12  take that to heart or read into that too much, and I

13  submit it's not really worth anything.

14       I have no idea what motivated the Court -- the

15  government.  I am happy they did, but I have no idea

16  what motivated the government to give a five-year cap.

17  Perhaps their case wasn't as good as they thought it

18  would be, perhaps their witnesses didn't work out, but

19  to say that now he's gotten a benefit, look, we all know

20  what goes into those processes, and that was a deal that

21  was struck on both sides.  That's not a benefit to be

22  taken into consideration here.

23       Your Honor, I ask that you let my client return

24  home, return to his family, and see his parents before

25  they pass, and put him at the mercy of this Court, to

1  take those 3553(a) factors into account, into heart,

2  making an individualized assessment, and just treat him

3  fairly, between 15 and 30 months that those other 68

4  defendants were treated.

5      Thank you, Your Honor.

6          THE COURT:  Thank you.

7      Mr. Mikerin, under our system, if you would like to

8  address the Court, address me, on the issue of

9  sentencing, you have the opportunity to do that now.

10  You are not required to, but you do have that

11  opportunity and that right.

12          THE DEFENDANT:  Your Honor, for 25 years, I

13  worked in the area with my firm belief that the business

14  relations between the Russian and American companies

15  would promote better relationships between the Russia --

16  Russian and American people.

17      All these years, I like this country, I like the

18  traditions, and I have respected the traditions, and I

19  like the people of the country.

20      Regrettably, after 25 years of this work, I am

21  standing here in an American courtroom, and I am very

22  regretful about it.

23      Now I want just one thing:  As soon as possible, to

24  come back home to my parents, my old parents, my

25  grandson, my children, return home.  I also hope that my

1   -- the people that are close to me and my relatives

2   would be able to live through this.

3        Thank you.

4        THE COURT:  Okay.  I'd like to take a brief

5   recess to consider everything I have heard, and I will

6   be back in about ten minutes.

7        (Recess taken from 11:42 a.m. until 11:56 a.m.)

8        (It is the policy of this court that every

9   guilty plea and sentencing proceeding include a bench

10  conference concerning whether the defendant is or is not

11  cooperating.)

12       THE COURT:  Please be seated.  Thank you for

13  waiting.

14       So, I am prepared to issue a sentence on this case

15  today.  In considering the appropriate sentence for

16  Mr. Mikerin, I have considered the advisory guideline

17  range, which is 57 to 60 months.  I have also considered

18  all of the factors in 18, United States Code, Section

19  3553(a), including, the nature and circumstances of the

20  offense; the history and characteristics of the

21  defendant; the need to meet the purposes of sentencing

22  and the need to avoid unwarranted sentencing disparities

23  among similarly-situated defendants.  I have also

24  considered Congress's direction that the sentence

25  imposed be sufficient, but not greater than necessary,

1   to comply with the purposes of sentencing.

2       And I will discuss some of the -- some, but not all

3   of those factors, although I have considered all of the

4   factors, and I will discuss them, to some degree, in

5   light of the defense's request for a variance and to

6   what extent different factors may or may not affect that

7   analysis.

8       First, on the nature of the crime, this was a

9   fairly elaborate scheme of money laundering involving

10  offshore bank accounts and multiple companies.

11      What makes it stand out to me, which the government

12  echoed in their discussions today, is that the product

13  involved in these transactions was nuclear material that

14  needed to be transported safely, and so this is not just

15  an academic exercise.  It is serious business.  If not

16  handled properly, the safety of Americans and others

17  could be at substantial risk.

18      And although there is no indication that there was

19  any such risk, one of the reasons that we have laws

20  against corruption is to ensure that all decisions are

21  made free of those types of influences, and that, for

22  example, when one is looking to find contractors to be

23  involved in the transportation of nuclear material or

24  other dangerous materials, we would like to think that

25  the decisions are made clearly on the merits of the

1   economics and also the considerations of -- of safety
2   and protecting the community.

3        So, an activity or a scheme in which the defendant
4   and coconspirators would allow the process of selecting
5   companies to carry out this highly sensitive activity to
6   be corrupted by graft and bribery is very troubling, and
7   does indicate that, relative to other crimes, this is
8   perhaps more serious in terms of the types of money
9   laundering we have at issue.

10       As for the history and characteristics of the
11  defendant, it's undisputed that Mr. Mikerin had no prior
12  convictions.  He generally has lived a law-abiding life,
13  at least with respect to his time in the United States.

14       Although his time in the United States was limited,
15  he has developed good professional and personal
16  relationships with Americans, as reflected by the
17  various letters of support that I have received and
18  read.

19       At the same time, I did not find, in the materials
20  submitted, any circumstances that would justify this
21  crime.  As a business executive, he did not have a
22  compelling financial need.

23       The government has indicated or intimated that
24  there may be some other motive other than financial
25  gain.  I am not going to go down the road of speculating

1   of whether there is some sort of other motivation that

2   relates to his being from a -- a Russian national from a

3   Russian company.  I don't think that's appropriate.  I

4   don't think there is any evidence to support that.

5        So, the best conclusion I can come to is that this

6   is a crime motivated by greed both by Mr. Mikerin, on

7   his part, and the economic motivations of his

8   coconspirators.  And, as indicated, there is no -- has

9   been no indication that there is any other more

10  justifiable basis for the activity.

11       Now, one issue with respect to Mr. Mikerin's

12  characteristics that has been raised is the health of

13  his parents.  It is troubling and unfortunate, as a

14  reality, that this situation arises.  It is not unusual

15  in this Court to have requests for leniency based on

16  either the health of elderly parents, particularly if

17  there is a lengthy sentence at issue.  In fact, I have

18  also had cases in which -- one case in which a defendant

19  sentenced was likely to cause him to outlive the life

20  expectancy of his child who had a disability.

21       And, so, these are very difficult issues to

22  address, and as an individual, as a person, of course,

23  anyone in a decision-making position on this would be

24  loathe to separate families from their relatives under

25  these circumstances, but the track record we have

1   developed, and I think the system we have here, is such
2   that in these many other cases with elderly parents, and
3   including the one with the disabled child, there may be
4   some small consideration given, but it is by no means a
5   basis that has been used, at least in my Court, to grant
6   any significant variance, and I cannot make exceptions
7   for one case when we have not in other cases.

8        Unfortunately, the nature of these offenses are
9   such that if exceptions were made for these types of
10  situations in every case, as they should be if we are
11  going to do it in any case, it would lead to results
12  that really aren't appropriate given the criminal
13  justice system.  It is the kind of thing that someone
14  who commits a crime should probably factor in before
15  they engage in that activity.

16       So, although I am very sympathetic to the issue, I
17  don't see it as a basis for a significant change in a
18  defendant's sentence.

19       On other -- some of the purposes of sentencing in
20  the guidelines, I don't have a concern about specific
21  deterrence, that is, whether Mr. Mikerin will re-offend.
22  The expectation is he will return back to Russia, and
23  that, from this example, he is not likely to re-offend.

24       But there a significant need for a general
25  deterrence.  White collar crime by companies and

1    executives are difficult cases to build, especially when

2    the evidence is overseas, as some of the evidence in

3    this case is.  These cases are usually met by stiff

4    resistance that require, because the defendants have

5    significant resources, that too often, in my view, are

6    punished leniently because executives are not viewed as

7    traditional criminals.

8         Given these factors, it's unclear whether potential

9    defendants of this type of offense would be adequately

10   deterred if the sentence were not significant.

11        That concern I think is even greater for this

12   specific crime relating to bribery of foreign officials

13   not only because of legitimate businesses are

14   disadvantaged by these types of kickbacks, but because

15   these kinds of crimes are an affront to American values

16   of free and open economic competition and fundamental

17   fairness in all of our processes.

18        So, general deterrence is an important factor in a

19   crime such as this and weighs against leniency.

20        For the same reason, the need for the sentence to

21   reflect the seriousness of the crime and to promote

22   respect for the law also do not support leniency.

23        One of the most significant factors raised by the

24   defense is the importance of addressing potential

25   sentencing disparities with other defendants.

1          I agree this is an important factor to consider,

2      but I disagree with the conclusion that the defense has

3      raised.   The data the defense has provided doesn't

4      provide enough detail or enough of the sample facts to

5      draw meaningful conclusions about how to sentence in a

6      case like this.   But, if anything, I believe what it

7      shows is there is a significant amount of leniency

8      generally given for white collar crime cases, and I

9      think the data, if anything, simply highlights that

10     problem rather than provides a guidance on how to

11     sentence in this particular case.

12         In my experience, we have a significant divide

13     between non-violent street type fraud cases involving

14     lower level schemes involving credit cards, checks, and

15     other monetary instruments perpetrated by individuals of

16     limited education and standing in society on the one

17     hand, and then corporate fraud perpetrated by high-level

18     executives on the other.   Both can lead to very high

19     guideline range sentences.

20         I, and I believe other judges in this district,

21     have correctly given significant sentences even to

22     first-time offenders in some of these lower level fraud

23     cases, and I think to depart from that approach here

24     because of the professional status, class, and resources

25     of the defendant would create an unacceptable sentencing

1  disparity among what I consider to be similarly-situated
2  defendants.

3       So I believe that this factor also does not weigh
4  in favor of leniency.

5       I will say, though, that I am prepared to give a
6  limited variance downward for one of the reasons raised
7  by the defense, but also with an additional factor which
8  I don't think the parties have raised.

9       It is true that as a deportable alien, Mr. Mikerin
10 will serve time -- or it is likely true that he will
11 serve time at a higher classification than an American
12 convicted of the same offense would.  The -- even in the
13 low level -- low security facilities that someone who is
14 a deportable alien would likely go to is at a higher
15 classification than many other financial fraud
16 defendants would go to in the absence of their status as
17 a deportable alien.  They also would be likely to be
18 eligible a -- let's say a white collar defendant who has
19 been convicted for a halfway house towards the end of
20 their sentence, which would not be available in the case
21 of Mr. Mikerin.

22       And an additional factor which I think is related
23 to that, which was probably implicit in the defense's
24 arguments, is that it's clear to me that Mr. Mikerin's
25 personal background is such that had he been an

1  American, or an even legal, permanent resident when this

2  offense occurred, there is no way he would have been

3  detained pretrial.

4       The only basis for that was the risk of flight, and

5  the risk that if he returned to Russia, he would not be

6  able to be brought back for prosecution.  And so,

7  although the time counts the same, whether he does it

8  pretrial or post-trial, the conditions of confinement

9  for pretrial detainees in this district, or anywhere in

10 the country, are more generic towards any offender.

11 And, in fact, because of the nature of the crime as we

12 have, it's a much more significant form of incarceration

13 I believe than what he would have served post sentence

14 or what an American executive charged with the same

15 crime would serve post sentence even if the number of

16 months is the same.

17      I do think it's important to make sure that

18 Mr. Mikerin and anyone else in this situation, wherever

19 they come from in the world or whatever their status, is

20 treated fairly and equally under our principle of equal

21 justice under law.

22      So, I do believe that it is appropriate to give a

23 limited variance because of those conditions that he has

24 endured because of his immigration status, which, by no

25 means, in his case in particular, having entered legally

1  on a business Visa, don't really provide a basis to

2  treat him differently.

3       If he had entered illegally, perhaps you can make

4  an argument of that type, but he entered legally, he was

5  here legally, and because of that circumstance of his

6  status as a foreign national with ties to another

7  country, he went through a set of conditions that others

8  would not have to go through.

9       So, I will give a limited variance on that point.

10  But, again, it will be limited in part because of all

11  the other factors I raised which indicate that because,

12  as a matter of general deterrence, as a matter of the

13  significance of this type of crime, and avoiding

14  sentencing disparities with other criminals or -- or

15  convicted defendants, it will be limited.

16       So, I am now prepared to impose the sentence, so

17  I'd ask Mr. Mikerin if you could please stand.

18       In the case of the *United States vs. Mikerin*, the

19  Court sentences the defendant as follows:

20       On Count One, conspiracy to commit money

21  laundering, the Court sentences you to a term of

22  imprisonment of 48 months.

23       I will recommend to the Bureau of Prisons that the

24  defendant be designated to FCI Allenwood if he is

25  eligible for that facility.

1          Pursuant to Sentencing Guideline 5D1.1(c), I will

2    not impose a term of supervised release because the

3    defendant will likely be deported following the

4    sentence.  I will impose no fine.  And you are required

5    to pay a special assessment of $100.

6          The judgment will also include the forfeiture order

7    consisting of a money judgment of $2,126,622.36, to

8    which the $127,843.72 seized from the defendant's bank

9    account will be credited.

10          I will note, for the record, that I would have

11    imposed the same sentence whether I gave the four-level

12    increase for the leader/organizer adjustment or not.

13          Mr. Mikerin, I just wanted to note for you

14    something.  Because of the situation we are in, as I

15    indicated, you being a Russian national from another

16    country, I have explained the reasons I imposed this

17    particular sentence.

18          Because it is a serious offense and there is a

19    compelling need to make clear that executives and others

20    in similar positions are not engaged in corruption of

21    this type under our laws and our values here in America,

22    but I want to assure you, as I think I hopefully have

23    from my description of the reasons for a lower sentence

24    than the guideline range, I want to state publicly that

25    the sentence is no higher than I would have imposed had

1   you been an American, and, for the reasons I stated, it
2   is lower in one sense.

3        Under the American Justice System, we live by the
4   principle of equal justice under law.  That applies to
5   foreign nationals from anywhere in the world, and we
6   should recall that the activities in this case came
7   about during the implementation of an agreement related
8   to nuclear material that represented a spirit of
9   cooperation between the United States and Russia.

10       As President Kennedy once said about our two
11  peoples:  Our most basic common link is that we all
12  inhabit this small planet, we all breathe the same air,
13  we all cherish our children's futures, and we are all
14  mortal.

15       So, you have my assurance that you have been
16  treated the same way that an American would have been
17  treated in this courtroom under the same circumstances,
18  with the exception of a small amount of reduction in
19  your sentence because of the circumstances I raised.

20       I just wanted to make sure that you heard that and
21  you understood that's how I have looked at this case.

22       Thank you very much.  You may be seated.

23       Mr. Mikerin, you generally have the right to appeal
24  your conviction and sentence subject to the way which
25  you made in your plea agreement.

1    If there is a basis to appeal and you wish to do

2   so, you must file a notice of appeal within 14 days of

3   the entry the judgment.  If you request, the clerk

4   will prepare and file a notice of appeal on your behalf.

5   If you cannot afford to pay the cost of an appeal or for

6   appellate counsel, you can apply to have the court waive

7   the filing fee and appoint counsel to represent you on

8   the appeal.

9    Is the government now prepared to dismiss the

10  original indictment?

11          MR. WERNICK:  Yes, Your Honor.  The government

12  will now dismiss the indictment at Docket No. 11.

13          THE COURT:  Is there anything else I need to

14  address today?

15          MR. LOPEZ:  Your Honor, one thing.  If you

16  could please include in your order, along with your

17  recommendation for Allenwood, a notation that the

18  government does not oppose such request, it might short

19  circuit some questions that the BOP has.  They do view

20  the government's opinion on these matters sometimes.

21          THE COURT:  Okay.

22          MR. LOPEZ:  So it would be helpful from our

23  perspective.

24          THE COURT:  I will do that.  Any objection to

25  that, Mr. Wernick?

1          MR. WERNICK:  No, Your Honor.

2          THE COURT:  Thank you very much.  Have a good

3  afternoon.

4          (The proceedings were concluded at 12:11 p.m.)

1                          C E R T I F I C A T E

2

3              I, Renee A. Ewing, an Official Court Reporter for

4    the United States District Court for the District of Maryland,

5    do hereby certify that the foregoing is a true and correct

6    transcript of the stenographically reported proceedings taken

7    on the date and time previously stated in the above matter;

8    that the testimony of witnesses and statements of the parties

9    were correctly recorded in machine shorthand by me and

10   thereafter transcribed under my supervision with computer-aided

11   transcription to the best of my ability; and that I am neither

12   of counsel nor kin to any party in said action, nor interested

13   in the outcome thereof.

14

15                  *Renee A. Ewing*

16
                     Renee A. Ewing, RPR, RMR, CRR
17                   Official Court Reporter
                     December 30, 2015
18

19

20

21

22

23

24

25

## $

**$10,000** [2] - 38:3, 45:14
**$100** [2] - 45:15, 77:5
**$100,000** [1] - 45:14
**$124,000** [1] - 34:23
**$127,000** [1] - 27:25
**$127,843.72** [1] - 77:8
**$2,126,622.36** [1] - 77:7
**$30,900** [2] - 28:25, 29:17
**$39,000** [1] - 24:24
**$5,000** [1] - 38:3

## 1

**1** [16] - 8:17, 18:7, 19:19, 20:11, 24:21, 25:1, 25:18, 25:20, 26:8, 26:11, 27:13, 28:15, 30:6, 38:6, 38:7
**1's** [1] - 37:25
**100** [1] - 33:22
**10:17** [1] - 1:11
**11** [1] - 79:12
**1152** [1] - 1:22
**11:42** [1] - 67:7
**11:56** [1] - 67:7
**12** [1] - 25:22
**12:11** [1] - 80:4
**14** [2] - 4:7, 79:2
**14-and-a-half** [1] - 60:11
**1400** [1] - 1:18
**15** [5] - 1:11, 62:15, 62:22, 64:21, 66:3
**15th** [1] - 1:22
**17th** [4] - 8:7, 14:2, 31:3, 33:20
**18** [2] - 3:13, 67:18
**1990** [1] - 53:23
**1995** [1] - 36:19
**1st** [2] - 3:18, 3:20

## 2

**2** [5] - 11:2, 11:6, 27:4, 47:23, 60:14
**20005** [2] - 1:19, 1:23
**2005** [1] - 59:24
**2007** [1] - 64:19

**2009** [1] - 25:22
**2010** [2] - 9:14, 40:15
**2011** [5] - 8:10, 8:12, 19:19, 54:6, 54:7
**2012** [2] - 8:22, 39:4
**2013** [5] - 24:6, 24:23, 24:24, 28:18, 28:21
**2014** [6] - 14:2, 45:12, 56:5, 59:24, 61:21, 64:19
**2015** [8] - 1:11, 3:11, 3:16, 3:18, 3:20, 3:22, 61:21, 81:17
**20770** [1] - 1:16
**20s** [1] - 53:24
**22nd** [2] - 9:14, 40:15
**23** [1] - 31:4
**25** [6] - 31:4, 45:5, 53:2, 53:24, 66:12, 66:20
**26,000** [2] - 32:11, 57:11
**29** [1] - 28:20

## 3

**3** [4] - 9:12, 11:16, 28:14, 28:16
**30** [7] - 28:18, 60:14, 62:15, 62:22, 64:21, 66:3, 81:17
**301** [1] - 1:24
**31** [2] - 4:23, 5:10
**31st** [1] - 3:11
**344-3227** [1] - 1:24
**3553** [1] - 63:21
**3553(a** [4] - 32:9, 61:11, 66:1, 67:19
**371** [4] - 3:13, 50:11, 59:17, 60:2
**3B1.1(a** [1] - 39:21
**3B1.1(a)** [1] - 5:13
**3rd** [2] - 3:16, 3:24

## 4

**4** [1] - 28:17
**400** [1] - 1:15
**4400** [1] - 59:25
**48** [1] - 76:22
**49** [1] - 31:4

## 5

**50** [1] - 62:15
**57** [5] - 45:6, 45:9, 50:5, 62:5, 67:17
**57-year-old** [1] - 52:24
**5D1.1(c** [2] - 45:23, 77:1
**5K** [2] - 59:18, 60:5

## 6

**60** [5] - 45:9, 50:5, 50:13, 62:5, 67:17
**62** [1] - 45:10
**63** [1] - 45:22
**6500** [1] - 1:15
**66** [1] - 13:15
**68** [4] - 4:11, 60:5, 60:7, 66:3

## 7

**71** [1] - 45:6

## 8

**84** [1] - 53:12
**86** [1] - 5:6
**87** [3] - 5:4, 5:7, 53:10
**88** [4] - 5:5, 5:7, 53:11, 59:6
**89** [1] - 5:6
**8th** [1] - 3:22

## 9

**9** [3] - 60:13, 62:11, 64:11
**9th** [1] - 3:25

## A

**A.M** [1] - 1:11
**a.m** [2] - 67:7
**abiding** [1] - 69:12
**ability** [2] - 61:12, 61:14, 81:11
**able** [5] - 11:14, 57:24, 58:9, 67:2, 75:6
**absence** [1] - 74:16
**absolutely** [2] - 8:12, 30:21
**abuse** [1] - 57:21
**academic** [1] - 68:15

**academically** [1] - 61:17
**Academy** [1] - 53:22
**accept** [3] - 17:12, 30:12, 42:23
**acceptable** [1] - 43:5
**accepted** [1] - 62:25
**accidents** [1] - 53:13
**accolades** [1] - 53:25
**accomplished** [1] - 64:4
**according** [3] - 14:2, 28:7, 32:10
**account** [1] - 10:7, 14:3, 27:7, 27:9, 28:18, 28:20, 34:23, 40:3, 51:24, 66:1, 77:9
**accountant** [1] - 10:4
**accounting** [1] - 27:11
**accounts** [7] - 17:20, 19:24, 20:17, 23:23, 27:15, 28:1, 68:10
**accusations** [1] - 35:13
**achieve** [2] - 56:18, 63:7
**acknowledge** [2] - 22:17, 43:1
**acknowledged** [4] - 7:18, 12:5, 32:18, 49:10
**acknowledging** [1] - 17:8
**act** [3] - 6:8, 16:14, 49:23
**acted** [1] - 29:24
**action** [1] - 81:12
**actions** [5] - 5:19, 6:5, 6:11, 54:19, 56:10
**active** [1] - 20:17
**actively** [1] - 7:22, 10:4
**activities** [4] - 15:20, 18:1, 19:17, 78:6
**activity** [9] - 5:12, 39:15, 39:22, 58:5, 65:7, 69:3, 69:5, 70:10, 71:15
**actual** [8] - 5:6,

**18:16, 22:21, 40:8, 45:8, 46:5, 51:24, 55:15
**add** [1] - 41:12
**addendum** [1] - 4:7
**addition** [5] - 22:2, 24:3, 25:4, 53:19, 54:10
**additional** [7] - 3:21, 25:22, 26:21, 39:10, 58:7, 74:7, 74:22
**address** [7] - 38:9, 54:11, 65:8, 66:8, 70:22, 79:14
**addressed** [1] - 4:22
**addressing** [1] - 72:24
**adequately** [1] - 72:9
**adjustment** [2] - 39:13, 77:12
**admit** [1] - 55:16
**admits** [2] - 31:4, 32:24
**admitted** [1] - 12:20
**advantage** [3] - 55:14, 55:16, 58:9
**advice** [8] - 9:21, 9:25, 10:10, 10:13, 10:23, 26:8, 40:18, 40:21
**advisory** [2] - 64:8, 67:16
**affect** [1] - 68:6
**affectionately** [1] - 51:18
**affidavit** [1] - 22:21
**afford** [1] - 79:5
**affront** [1] - 72:15
**afternoon** [1] - 80:3
**age** [4] - 5:4, 5:6
**Agent** [5] - 2:15, 12:4, 13:5, 31:2, 42:5
**agents** [3] - 32:18, 32:23, 57:5
**ago** [4] - 25:17, 26:7, 33:7, 49:11
**agree** [4] - 15:25, 16:17, 22:17, 73:1
**Agreement** [1] - 37:4
**agreement** [9] - 11:17, 19:16, 20:13, 20:19, 24:15, 32:10,

57:10, 78:7, 78:25
**Agreement's** [1] -
22:16
**agreements** [3] -
16:17, 22:3, 54:3
**agrees** [1] - 45:21
**AIDED** [1] - 1:25
**aided** [1] - 81:10
**air** [1] - 78:12
**Ake** [3] - 13:16,
13:19, 16:3
**albeit** [1] - 53:9
**alias** [1] - 28:20
**alien** [3] - 74:9,
74:14, 74:17
**alive** [2] - 16:2,
53:9
**alleged** [2] - 55:5,
55:9
**Allenwood** [3] -
51:3, 76:24, 79:17
**allocution** [1] -
16:2
**allow** [1] - 69:4
**almost** [1] - 29:9
**Alternatives** [2] -
59:22, 61:25
**America** [5] - 2:5,
47:5, 47:16, 47:17,
77:21
**AMERICA** [1] - 1:4
**American** [11] -
18:1, 66:14, 66:16,
66:21, 72:15, 74:11,
75:1, 75:14, 78:1,
78:3, 78:16
**Americans** [2] -
68:16, 69:16
**amount** [6] - 6:13,
32:14, 58:20, 58:25,
73:7, 78:18
**amounts** [1] - 60:6
**analysis** [7] - 6:1,
40:15, 59:19, 60:12,
62:8, 64:10, 68:7
**analyze** [1] - 61:13
**analyzed** [1] -
59:22
**anatomization** [1]
- 29:16
**AND** [1] - 1:21
**announced** [1] -
50:13
**answer** [7] - 17:22,
49:7, 49:19, 60:20,
60:21, 60:22, 62:1
**answered** [1] -
30:18
**answering** [1] -
14:11

**anticipate** [1] -
56:13
**apologize** [1] -
29:16
**appeal** [6] - 78:23,
79:1, 79:2, 79:4,
79:5, 79:8
**appellate** [1] - 79:6
**Application** [2] -
35:4, 36:5
**applies** [1] - 78:4
**apply** [6] - 35:12,
44:7, 44:8, 44:9,
45:2, 79:6
**applying** [1] -
44:12
**appoint** [1] - 79:7
**appreciate** [1] -
39:10
**approach** [3] -
21:4, 21:5, 73:23
**appropriate** [8] -
5:22, 46:7, 63:17,
63:18, 67:15, 70:3,
71:12, 75:22
**appropriately** [1] -
54:25
**approximation** [1]
- 61:10
**April** [6] - 8:7,
13:14, 14:2, 31:3,
33:20, 64:18
**area** [6] - 47:10,
48:24, 48:25, 49:18,
60:19, 66:13
**arguably** [2] - 41:4,
42:11
**argues** [1] - 40:6
**arguing** [2] - 16:3,
51:10
**argument** [6] -
39:11, 46:21, 46:24,
50:21, 55:22, 76:4
**arguments** [5] -
16:13, 30:9, 30:13,
31:9, 74:24
**arises** [1] - 70:14
**arrangement** [1] -
41:24
**arrest** [1] - 57:5
**arrested** [3] -
53:17, 56:5, 64:19
**arsenal** [1] - 54:5
**aside** [2] - 4:12,
58:3
**asserted** [1] - 40:4
**assessment** [3] -
45:15, 66:2, 77:5
**assets** [1] - 34:20
**assigning** [1] -

35:6
**assignment** [2] -
53:3, 53:5
**assistance** [1] -
57:4
**Assistant** [3] -
2:14, 2:16, 2:18
**assistant** [2] -
26:4, 33:9
**assisted** [1] -
15:14
**assurance** [1] -
78:15
**assure** [1] - 77:22
**attachments** [3] -
3:18, 3:19, 3:21
**attention** [2] - 4:6,
21:21
**ATTORNEY** [1] -
1:13
**Attorney** [3] - 2:14,
2:16, 2:18
**attorney** [2] - 2:17,
13:16
**August** [4] - 3:11,
8:22, 28:18, 28:20
**author** [1] - 4:7
**authority** [9] -
34:3, 34:5, 39:23,
39:24, 40:5, 40:12,
40:13, 43:15, 44:13
**automatically** [1] -
36:7
**available** [3] -
24:19, 52:9, 74:20
**Avenue** [1] - 1:18
**average** [2] - 60:7,
60:14
**Aviation** [1] -
53:21
**avoid** [1] - 67:22
**avoiding** [1] -
76:13
**aware** [4] - 12:8,
14:8, 19:18, 57:15

## B

**Bachelor's** [1] -
53:20
**background** [2] -
35:3, 74:25
**backgrounds** [1] -
60:9
**bait** [1] - 8:24
**ball** [1] - 36:2
**bank** [8] - 17:20,
20:17, 23:23, 27:7,
40:2, 57:7, 68:10,
77:8

**Barry** [1] - 31:8
**based** [5] - 5:11,
21:17, 52:8, 61:22,
70:15
**basic** [1] - 78:11
**basis** [6] - 70:10,
71:5, 71:17, 75:4,
76:1, 79:1
**became** [2] -
31:11, 54:5
**BEFORE** [1] - 1:10
**beginning** [2] -
11:1, 38:23
**behalf** [3] - 2:11,
2:21, 79:4
**belief** [2] - 48:15,
66:13
**belong** [1] - 55:23
**below** [4] - 42:1,
50:7, 64:10, 64:11
**bench** [1] - 67:9
**benefit** [13] -
16:18, 16:19, 21:19,
41:2, 42:3, 42:19,
42:20, 49:13, 50:10,
59:18, 65:10, 65:19,
65:21
**benefits** [2] - 48:2,
58:2
**benefitting** [3] -
41:19, 42:8, 42:9
**best** [4] - 43:24,
63:4, 70:5, 81:11
**better** [1] - 66:15
**between** [13] - 6:9,
7:18, 8:17, 10:4,
12:9, 21:18, 54:1,
54:3, 66:3, 66:14,
66:15, 73:13, 78:9
**beyond** [1] - 54:25
**bidding** [1] - 17:13
**big** [3] - 22:5,
33:17, 55:2
**bit** [3] - 23:9,
23:12, 33:6
**black** [1] - 36:10
**blended** [1] - 63:23
**blending** [2] -
47:7, 47:8
**blow** [1] - 36:17
**board** [3] - 33:23,
54:19, 58:11
**body** [1] - 62:2
**bond** [1] - 60:10
**book** [1] - 45:13
**Booker** [2] - 59:24,
62:9
**BOP** [3] - 57:18,
58:7, 79:19
**Boris** [19] - 6:3,

6:8, 10:21, 14:24,
16:13, 18:8, 19:12,
31:8, 31:10, 31:11,
31:13, 31:21, 32:1,
32:9, 34:10, 34:14,
38:18, 55:13, 57:10
**borne** [2] - 8:5,
8:15
**bowed** [1] - 29:19
**brain** [2] - 7:6, 8:21
**brand** [1] - 53:16
**breaking** [1] -
56:22
**breathe** [1] - 78:12
**bribe** [1] - 27:11
**bribery** [4] - 15:9,
44:3, 69:6, 72:12
**bribes** [4] - 36:1,
47:21, 49:15, 49:16
**brief** [3] - 12:12,
37:19, 67:4
**briefed** [1] - 5:14
**briefing** [1] - 46:24
**bringing** [2] - 31:6,
37:6
**brought** [8] - 20:5,
20:6, 20:9, 37:1,
37:5, 41:6, 75:6
**brunt** [2] - 56:24,
57:9
**build** [1] - 72:1
**burden** [3] - 17:8,
31:18, 41:21
**Bureau** [4] - 50:23,
51:7, 52:7, 76:23
**bureaucratic** [1] -
51:5
**business** [7] -
41:16, 55:14, 55:16,
66:13, 68:15, 69:21,
76:1
**businesses** [1] -
72:13
**BY** [7] - 1:14, 1:14,
1:15, 1:17, 1:18,
1:21, 1:22

## C

**cake** [7] - 9:22,
9:24, 10:6, 26:7,
26:23, 27:1, 40:18
**calculated** [1] -
27:19
**calculations** [1] -
45:16
**Campbell** [16] -
8:22, 8:24, 9:1, 9:4,
11:16, 12:9, 21:3,
21:4, 21:5, 21:14,

21:19, 30:24, 30:25, 31:5, 31:6, 31:7
**cannot** [5] - 27:22, 28:2, 36:1, 71:6, 79:5
**cap** [2] - 65:11, 65:16
**cards** [1] - 73:14
**career** [1] - 54:7
**careful** [2] - 32:4, 33:1
**carefully** [1] - 8:2
**caring** [1] - 54:10
**carry** [2] - 43:23, 69:5
**Carter** [1] - 4:6
**case** [41] - 18:20, 23:19, 25:9, 28:1, 35:18, 35:20, 35:24, 36:9, 36:12, 36:16, 36:18, 36:19, 45:1, 45:13, 47:2, 48:17, 49:14, 50:19, 51:14, 52:5, 52:6, 52:14, 52:15, 58:24, 60:9, 61:15, 63:14, 65:17, 67:14, 70:18, 71:7, 71:10, 71:11, 72:3, 73:6, 73:11, 74:20, 75:25, 76:18, 78:6, 78:21
**cases** [15] - 7:3, 49:7, 52:16, 57:15, 60:17, 61:5, 61:6, 70:18, 71:2, 71:7, 72:1, 72:3, 73:8, 73:13, 73:23
**cash** [3] - 38:3, 38:24
**cast** [1] - 24:1
**catalog** [1] - 23:5
**category** [1] - 45:5
**caused** [2] - 15:13, 21:21
**Center** [2] - 59:21, 61:25
**centered** [1] - 62:2
**central** [3] - 8:8, 10:24, 13:10
**certain** [4] - 29:8, 29:9, 40:4, 52:9
**certainly** [21] - 7:13, 7:21, 10:18, 19:18, 19:22, 21:2, 21:19, 25:15, 28:9, 30:11, 35:21, 37:10, 40:4, 40:10, 41:17, 42:14, 43:10, 49:9, 51:3, 51:7, 52:5
**certify** [1] - 81:5

**CESTARO** [1] - 1:18
**Cestaro** [1] - 2:16
**chain** [1] - 18:4
**chance** [2] - 28:12, 37:21
**change** [4] - 4:10, 10:5, 61:21, 71:17
**changed** [2] - 61:21, 61:22
**changes** [1] - 4:8
**changing** [1] - 42:15
**chapter** [2] - 53:4, 54:6
**character** [2] - 54:19, 54:21
**characteristics** [4] - 61:13, 67:20, 69:10, 70:12
**charge** [3] - 21:8, 23:21, 55:10
**charged** [1] - 75:14
**Chase** [1] - 54:8
**checks** [1] - 73:14
**cherish** [1] - 78:13
**Cherrywood** [1] - 1:15
**Chevy** [1] - 54:8
**child** [4] - 7:6, 8:21, 70:20, 71:3
**children** [1] - 66:25
**children's** [1] - 78:13
**chin** [1] - 32:13
**choice** [6] - 14:22, 14:23, 15:7, 15:8, 15:15, 15:21
**choices** [1] - 44:23
**choose** [2] - 15:9, 18:24
**Chris** [1] - 2:16
**CHRISTOPHER** [1] - 1:18
**CHUANG** [1] - 1:10
**circuit** [1] - 79:19
**Circuit** [3] - 35:17, 36:18, 44:1
**circumstance** [5] - 30:1, 48:13, 48:23, 58:24, 76:5
**circumstances** [10] - 27:6, 50:18, 52:13, 63:5, 63:22, 67:19, 69:20, 70:25, 78:17, 78:19
**cited** [1] - 57:18
**cites** [1] - 35:16
**civilian** [2] - 47:9, 47:12

**claimed/ranked** [1] - 34:12
**class** [1] - 73:24
**classification** [2] - 74:11, 74:15
**classifications** [1] - 51:16
**classified** [1] - 50:23
**clear** [15] - 10:18, 17:15, 40:1, 42:17, 42:20, 42:22, 43:14, 44:10, 44:15, 44:18, 57:18, 61:6, 63:3, 74:24, 77:19
**clearly** [2] - 43:25, 68:25
**CLERK** [3] - 2:3, 3:3, 3:7
**clerk** [1] - 79:3
**client** [28] - 4:18, 5:25, 6:10, 6:15, 6:17, 8:23, 9:2, 9:16, 9:17, 11:12, 16:8, 30:25, 32:1, 32:2, 32:6, 33:12, 33:13, 33:18, 33:25, 38:24, 39:3, 54:10, 56:11, 62:17, 63:18, 65:23
**client's** [5] - 8:20, 14:1, 30:22, 31:20, 31:24
**close** [3] - 14:6, 59:3, 67:1
**closer** [1] - 21:21
**closing** [1] - 53:4
**club** [2] - 51:18, 57:24
**coconspirator** [1] - 23:20
**Coconspirator** [12] - 8:17, 18:7, 19:19, 25:1, 25:20, 26:8, 26:11, 30:6, 37:25, 38:6, 38:7
**coconspirators** [6] - 15:13, 23:19, 28:22, 42:14, 69:4, 70:8
**Code** [1] - 67:18
**collar** [3] - 71:25, 73:8, 74:18
**colleague** [1] - 2:22
**collect** [1] - 38:6
**coming** [2] - 49:15, 53:5
**commission** [4] - 7:17, 7:20, 41:14,

42:6
**Commission** [1] - 61:11
**Commission's** [1] - 61:17
**commissions** [1] - 32:19
**commit** [3] - 3:12, 65:2, 76:20
**commitment** [1] - 50:17
**commits** [1] - 71:14
**committed** [2] - 65:3, 65:5
**common** [1] - 78:11
**communicating** [1] - 15:22
**communications** [1] - 40:3
**community** [1] - 69:2
**companies** [5] - 42:11, 42:18, 42:19, 48:2, 49:16, 55:3, 66:14, 68:10, 69:5, 71:25
**Company** [2] - 31:19, 31:22
**company** [17] - 6:9, 7:20, 9:5, 9:18, 11:7, 17:25, 18:4, 22:14, 24:11, 26:14, 27:2, 28:8, 38:22, 53:1, 53:24, 70:3
**compelling** [2] - 69:22, 77:19
**competition** [1] - 72:16
**completely** [1] - 17:9
**complex** [1] - 54:24
**comply** [1] - 68:1
**component** [1] - 6:1
**compromise** [1] - 48:21
**compromised** [5] - 48:20, 48:25, 49:1, 49:2, 49:17
**COMPUTER** [1] - 1:25
**computer** [1] - 81:10
**COMPUTER-AIDED** [1] - 1:25
**computer-aided** [1] - 81:10

**concept** [1] - 44:14
**concern** [2] - 71:20, 72:11
**concerning** [1] - 67:10
**concluded** [1] - 80:4
**conclusion** [2] - 70:5, 73:2
**conclusions** [2] - 39:14, 73:5
**conclusory** [1] - 7:4
**concrete** [1] - 62:5
**conditions** [3] - 75:8, 75:23, 76:7
**Condrey** [28] - 6:3, 6:12, 9:10, 10:21, 14:9, 14:11, 14:12, 14:16, 14:18, 14:23, 15:19, 16:13, 19:16, 20:6, 22:11, 26:16, 28:24, 29:4, 29:22, 32:12, 34:16, 34:17, 34:18, 39:17, 42:7, 55:12, 57:11, 65:3
**condrey** [1] - 20:21
**conduct** [2] - 21:7, 21:9, 49:24
**conference** [1] - 67:10
**confinement** [1] - 75:8
**confirmation** [1] - 26:19
**conflicting** [1] - 7:13
**confuses** [1] - 35:14
**confusing** [2] - 24:13, 29:15
**Congress's** [1] - 67:24
**connection** [2] - 3:15, 8:17
**conscientious** [1] - 54:22
**consent** [2] - 3:23, 50:15
**consequences** [1] - 56:21
**consider** [10] - 25:16, 34:3, 38:19, 39:19, 44:12, 49:22, 52:19, 67:5, 73:1, 74:1
**considerate** [1] - 54:21
**consideration** [7] - 10:24, 25:25, 26:5,

59:20, 65:4, 65:22,
71:4
  **considerations** [1]
- 69:1
  **considered** [6] -
42:24, 42:25, 67:16,
67:17, 67:24, 68:3
  **considering** [2] -
4:3, 67:15
  **considers** [1] -
10:19
  **consistent** [1] - 8:2
  **consisting** [1] -
77:7
  **conspiracies** [2] -
13:21, 60:3
  **conspiracy** [19] -
3:12, 19:15, 19:19,
21:10, 21:12, 22:10,
23:2, 25:2, 31:10,
32:3, 37:6, 40:20,
41:6, 42:21, 50:11,
59:17, 60:2, 60:4,
76:20
  **Consulate** [1] -
58:14
  **consult** [1] - 37:7
  **consulting** [1] -
16:16
  **contact** [2] - 11:12,
11:13
  **contacts** [1] - 14:6
  **contention** [1] -
65:9
  **contents** [1] - 13:9
  **context** [1] - 42:25
  **continue** [1] -
26:17
  **continuing** [2] -
22:10, 26:20
  **contract** [2] - 6:13,
24:8
  **contractors** [1] -
68:22
  **contracts** [13] -
6:8, 8:12, 8:13,
8:14, 8:24, 9:9,
17:18, 24:4, 25:7,
42:10, 42:20, 48:2,
55:8
  **contradict** [1] -
54:12
  **contradictory** [1] -
21:24
  **contrary** [2] - 21:2,
55:25
  **control** [6] - 6:2,
34:19, 36:19, 39:24,
40:5, 40:12
  **controlling** [1] -

44:12
  **convicted** [3] -
74:12, 74:19, 76:15
  **conviction** [1] -
78:24
  **convictions** [1] -
69:12
  **convinced** [1] -
17:6
  **convincing** [2] -
22:20, 44:22
  **cooperating** [1] -
67:11
  **cooperation** [2] -
53:25, 78:9
  **coordinating** [1] -
47:19
  **copy** [1] - 9:19
  **corporate** [1] -
73:17
  **corporation** [3] -
25:4, 29:14, 30:2
  **Corporation** [15] -
20:16, 24:6, 24:17,
26:15, 27:1, 27:13,
27:14, 29:1, 29:13,
29:14, 29:15, 29:22,
30:3
  **correct** [8] - 4:24,
4:25, 38:22, 51:12,
54:23, 62:7, 64:1,
81:5
  **correction** [2] -
5:2, 61:19
  **correctly** [2] -
73:21, 81:9
  **corrupt** [6] - 29:25,
30:2, 47:20, 47:24,
49:4, 49:5
  **corrupted** [6] -
47:15, 47:17, 50:3,
50:4, 54:15, 69:6
  **corruption** [6] -
48:13, 55:21, 55:22,
68:20, 77:20
  **corrupts** [1] -
48:15
  **cost** [1] - 79:5
  **Counsel** [1] - 2:2
  **counsel** [9] - 2:8,
2:13, 46:9, 46:12,
46:15, 61:23, 79:6,
79:7, 81:12
  **Count** [1] - 76:20
  **country** [7] -
53:20, 56:8, 66:17,
66:19, 75:10, 76:7,
77:16
  **counts** [1] - 75:7
  **course** [5] - 21:7,

44:23, 47:14, 47:23,
70:22
  **Court** [47] - 2:4,
2:6, 7:2, 21:8,
21:24, 22:2, 22:12,
22:25, 27:24, 33:15,
37:14, 45:23, 46:25,
47:24, 49:10, 50:8,
52:18, 53:10, 54:2,
54:9, 56:13, 57:19,
59:23, 59:24, 61:2,
61:5, 61:8, 61:9,
61:15, 63:1, 63:3,
63:20, 63:24, 64:1,
64:13, 65:11, 65:14,
65:25, 66:8, 70:15,
71:5, 76:19, 76:21,
81:3, 81:4, 81:17
  **COURT** [69] - 1:1,
1:24, 2:1, 2:19,
2:25, 3:9, 4:9, 4:14,
4:17, 4:21, 5:8,
6:22, 6:24, 7:7,
7:10, 8:9, 9:23,
10:2, 12:1, 12:15,
12:24, 14:15, 15:3,
15:15, 17:2, 18:10,
18:22, 20:4, 20:22,
21:3, 21:10, 22:15,
23:3, 23:8, 24:10,
24:22, 25:10, 27:4,
27:16, 28:11, 29:7,
29:11, 30:4, 30:7,
30:14, 32:17, 35:16,
35:21, 35:24, 36:9,
36:23, 37:17, 37:20,
38:8, 38:11, 39:9,
46:4, 46:20, 50:20,
51:9, 52:21, 60:15,
66:6, 67:4, 67:12,
79:13, 79:21, 79:24,
80:2
  **court** [2] - 67:8,
79:6
  **courtroom** [2] -
66:21, 78:17
  **courts** [2] - 61:22,
62:3
  **Courts** [1] - 62:9
  **coworkers** [1] -
36:17
  **cranberry** [2] -
57:25, 58:1
  **create** [4] - 9:24,
10:6, 40:17, 73:25
  **created** [2] - 6:8,
6:14
  **credit** [1] - 73:14
  **credited** [1] - 77:9
  **crime** [16] - 52:2,

55:17, 55:19, 58:3,
68:8, 69:21, 70:6,
71:14, 71:25, 72:12,
72:19, 72:21, 73:8,
75:11, 75:15, 76:13
  **crimes** [4] - 62:25,
64:6, 69:7, 72:15
  **criminal** [5] - 2:4,
5:12, 45:5, 53:18,
71:12
  **CRIMINAL** [1] - 1:4
  **criminals** [2] -
72:7, 76:14
  **CRR** [2] - 1:24,
81:16
  **curious** [1] - 16:12
  **current** [1] - 21:7
  **customs** [1] - 56:3
  **cut** [1] - 6:10
  **cute** [1] - 16:25
  **cylinder** [3] - 6:9,
9:5, 9:18
  **Cylinder** [6] -
20:16, 26:25, 27:13,
29:13, 29:14, 30:2

# D

  **danger** [2] - 35:6,
35:7
  **dangerous** [1] -
68:24
  **dare** [1] - 9:2
  **Daren** [25] - 6:3,
6:12, 9:10, 10:21,
11:2, 11:9, 11:12,
14:9, 14:11, 14:12,
19:16, 22:11, 24:25,
26:16, 28:24, 29:4,
29:22, 30:5, 32:11,
34:16, 34:18, 55:12,
65:3
  **data** [3] - 59:23,
73:3, 73:9
  **date** [1] - 81:7
  **dated** [6] - 3:16,
3:18, 3:19, 3:22,
3:25, 25:21
  **DAVID** [1] - 1:14
  **David** [1] - 2:18
  **days** [2] - 19:25,
79:2
  **DC** [2] - 1:19, 1:23
  **deal** [3] - 33:18,
35:24, 65:20
  **dealing** [1] - 48:23
  **deals** [1] - 9:7
  **dealt** [1] - 13:10
  **Dear** [1] - 25:22
  **death** [2] - 31:11,

31:12
  **DECEMBER** [1] -
1:11
  **December** [6] -
3:18, 3:19, 3:22,
3:24, 3:25, 81:17
  **decide** [4] - 26:5,
61:22, 63:5, 63:17
  **deciding** [1] - 62:2
  **decision** [14] -
10:13, 10:14, 34:3,
34:4, 36:11, 39:23,
40:7, 40:12, 40:19,
43:15, 49:4, 52:7,
70:23
  **decision-making**
[10] - 10:14, 34:3,
34:4, 36:11, 39:23,
40:7, 40:12, 40:19,
43:15, 70:23
  **decisions** [3] -
11:19, 68:20, 68:25
  **decrease** [2] -
9:24, 40:17
  **dedicated** [2] -
53:18, 53:19
  **deemed** [1] - 44:3
  **defendant** [47] -
2:23, 5:11, 19:14,
19:23, 20:2, 20:20,
21:15, 21:22, 22:5,
22:10, 23:1, 23:21,
23:25, 24:1, 24:7,
25:8, 28:6, 28:20,
30:11, 37:12, 38:2,
43:4, 45:24, 46:9,
46:15, 47:2, 47:14,
48:6, 48:23, 49:6,
49:12, 49:24, 51:13,
57:8, 58:21, 61:13,
62:23, 67:10, 67:21,
69:3, 69:11, 70:18,
73:25, 74:18, 76:19,
76:24, 77:3
  **DEFENDANT** [2] -
1:20, 66:12
  **Defendant** [1] - 1:8
  **defendant's** [13] -
3:18, 3:20, 5:3,
19:21, 20:2, 29:24,
30:9, 38:4, 43:2,
48:18, 49:20, 71:18,
77:8
  **defendants** [13] -
14:20, 59:16, 60:1,
60:6, 60:7, 66:4,
67:23, 72:4, 72:9,
72:25, 74:2, 74:16,
76:15
  **defense** [14] -

2:19, 4:15, 4:23, 5:2, 18:14, 25:17, 40:6, 45:21, 46:11, 61:23, 72:24, 73:2, 73:3, 74:7
**defense's** [2] - 68:5, 74:23
**defer** [2] - 51:3, 51:7
**definitely** [1] - 35:11
**degree** [7] - 34:19, 39:24, 40:5, 40:11, 53:20, 53:21, 68:4
**Delmarva** [1] - 55:3
**deny** [1] - 44:25
**depart** [2] - 52:12, 73:23
**DEPARTMENT** [1] - 1:17
**Department** [2] - 2:11, 2:17
**departure** [1] - 62:13
**deportable** [4] - 50:22, 74:9, 74:14, 74:17
**deported** [2] - 45:25, 77:3
**DEPUTY** [3] - 2:3, 3:3, 3:7
**DeRiggi** [1] - 35:17, 44:1
**describe** [1] - 54:18
**described** [2] - 12:2, 64:14
**description** [1] - 77:23
**designated** [1] - 76:24
**designed** [1] - 43:3
**despite** [2] - 55:21, 56:25
**detail** [5] - 12:2, 23:23, 24:17, 53:3, 73:4
**details** [3] - 24:2, 24:3, 24:10
**detained** [1] - 75:3
**detainees** [1] - 75:9
**deterred** [1] - 72:10
**deterrence** [6] - 56:23, 64:3, 71:21, 71:25, 72:18, 76:12
**developed** [2] - 69:15, 71:1

**deviation** [1] - 62:13
**devoted** [1] - 54:11
**dictate** [1] - 7:4
**die** [2] - 18:7, 63:2
**died** [4] - 8:12, 11:15, 19:19, 38:7
**dies** [1] - 8:10
**different** [7] - 27:9, 34:6, 41:24, 60:9, 61:5, 62:21, 68:6
**differently** [3] - 50:23, 51:22, 76:2
**difficult** [2] - 70:21, 72:1
**direct** [4] - 5:25, 40:1, 58:21, 59:1
**directed** [19] - 6:16, 14:21, 14:25, 15:2, 15:11, 15:16, 16:9, 16:11, 16:23, 18:15, 22:19, 23:2, 24:7, 25:8, 27:14, 32:2, 41:1, 43:21, 47:22
**directing** [6] - 7:23, 16:15, 18:5, 23:21, 26:2, 43:19
**direction** [4] - 19:25, 29:25, 48:6, 67:24
**directly** [2] - 25:20, 29:25
**director** [2] - 18:1, 22:7
**directs** [1] - 43:22
**disability** [1] - 70:20
**disabled** [1] - 71:3
**disadvantaged** [1] - 72:14
**disagree** [1] - 35:22, 73:2
**disclose** [1] - 24:12
**disconnect** [1] - 23:9
**discovered** [1] - 14:3
**discuss** [4] - 5:9, 46:6, 68:2, 68:4
**discussed** [4] - 14:5, 28:4, 33:15, 63:19
**discussing** [1] - 54:10
**discussion** [8] - 8:5, 8:8, 13:8, 26:6, 26:24, 40:23, 48:8, 52:20

**discussions** [4] - 25:23, 40:16, 43:11, 68:12
**dismiss** [2] - 79:9, 79:12
**disparities** [4] - 64:16, 67:22, 72:25, 76:14
**disparity** [1] - 74:1
**dispositive** [2] - 19:7, 19:21
**disproportionately** [2] - 35:10, 51:21
**dispute** [2] - 31:5, 33:4
**disputing** [1] - 5:21
**distinctions** [1] - 35:22
**distinguishable** [1] - 44:19
**DISTRICT** [3] - 1:1, 1:2, 1:10
**District** [3] - 61:9, 81:4
**district** [2] - 73:20, 75:9
**divide** [1] - 73:12
**DIVISION** [1] - 1:3
**Docket** [1] - 79:12
**document** [8] - 20:7, 20:24, 21:1, 23:15, 23:17, 25:10, 25:11, 25:14
**documents** [1] - 3:15
**dollar** [3] - 32:6, 32:15, 33:12
**done** [2] - 47:25, 50:6
**doubt** [3] - 55:12, 56:20, 56:22
**Doug** [11] - 8:21, 8:24, 9:1, 9:4, 11:16, 30:24, 30:25, 31:4, 31:6
**down** [4] - 47:7, 47:8, 60:3, 69:25
**down-blending** [2] - 47:7, 47:8
**downward** [3] - 52:12, 60:17, 74:6
**draw** [1] - 73:5
**drug** [2] - 41:25, 43:22
**due** [1] - 53:13
**during** [2] - 60:21, 78:7

**E**

**early** [1] - 53:24
**earn** [1] - 50:6
**echoed** [1] - 68:12
**economic** [2] - 70:7, 72:16
**economics** [2] - 53:22, 69:1
**education** [2] - 57:20, 73:16
**effect** [4] - 40:24, 49:3, 57:13, 57:16
**effective** [1] - 63:6
**effectively** [2] - 50:21, 55:1
**either** [6] - 4:16, 12:16, 13:1, 18:12, 46:14, 70:16
**elaborate** [2] - 5:16, 68:9
**elderly** [3] - 53:10, 70:16, 71:2
**Electric** [1] - 55:3
**elements** [1] - 23:17
**eligible** [6] - 57:20, 57:22, 58:11, 74:18, 76:25
**email** [12] - 9:12, 9:15, 14:5, 25:21, 26:25, 28:15, 28:17, 28:19, 28:20, 29:17, 33:8, 40:14
**emails** [1] - 12:21
**employee** [1] - 47:3
**end** [4] - 8:25, 9:20, 64:22, 74:19
**ended** [1] - 27:23
**ends** [1] - 52:7
**endured** [1] - 75:24
**energy** [2] - 47:5, 54:18
**engage** [1] - 71:15
**engaged** [3] - 20:15, 41:3, 77:20
**engaging** [1] - 41:7
**enhancement** [10] - 5:11, 5:22, 16:13, 36:7, 36:8, 44:9, 44:20, 45:1, 45:3, 45:17
**ensure** [3] - 11:14, 40:3, 68:20
**entered** [3] - 75:25, 76:3, 76:4
**entire** [1] - 18:20

**entirely** [2] - 8:2, 24:6
**entities** [2] - 47:4, 47:21
**entity** [1] - 18:3
**entry** [1] - 79:3
**envelopes** [1] - 38:1
**Ephraim** [1] - 2:11
**EPHRAIM** [1] - 1:17
**equal** [5] - 5:23, 33:24, 43:13, 75:20, 78:4
**equally** [1] - 75:20
**equals** [1] - 17:17
**erodes** [1] - 48:14
**especially** [2] - 10:23, 72:1
**ESQUIRE** [7] - 1:14, 1:14, 1:15, 1:17, 1:18, 1:21, 1:22
**essentially** [3] - 26:13, 27:12, 47:19
**established** [1] - 61:6
**establishing** [1] - 41:21
**evaluating** [1] - 62:2
**event** [3] - 32:7, 33:25, 58:18
**events** [1] - 19:13
**evidence** [74] - 6:15, 7:1, 7:4, 7:5, 11:22, 11:24, 12:10, 13:3, 13:13, 15:10, 17:9, 17:10, 17:22, 17:24, 18:5, 18:10, 18:11, 18:16, 18:20, 19:5, 19:10, 19:15, 19:22, 20:3, 20:4, 20:8, 20:23, 21:2, 21:14, 21:24, 22:12, 22:15, 25:8, 27:24, 30:21, 31:2, 31:19, 31:23, 32:6, 32:14, 33:5, 33:11, 33:13, 33:16, 34:4, 34:8, 34:10, 34:13, 34:14, 34:19, 34:21, 37:3, 37:10, 38:13, 40:10, 40:24, 41:5, 41:10, 42:24, 43:4, 43:10, 44:10, 44:15, 44:22, 49:9, 54:15, 55:15, 55:24, 56:25, 57:2, 63:25, 70:4, 72:2
**Ewing** [4] - 1:24,

81:3, 81:15, 81:16
**exact** [2] - 13:15, 32:20
**exactly** [7] - 16:3, 16:4, 17:1, 41:6, 41:7, 51:15, 55:18
**example** [6] - 19:5, 21:4, 25:2, 63:13, 68:22, 71:23
**except** [1] - 58:14
**exception** [2] - 4:23, 78:18
**exceptions** [2] - 71:6, 71:9
**exchange** [1] - 6:11
**exculpatory** [1] - 13:3
**excuse** [4] - 25:1, 29:20, 30:5, 49:24
**executive** [2] - 69:21, 75:14
**Executive** [5] - 22:11, 25:4, 26:16, 29:10, 29:12
**Executives** [1] - 39:18
**executives** [12] - 17:14, 20:7, 42:10, 42:18, 43:17, 43:21, 48:1, 49:17, 72:1, 72:6, 73:18, 77:19
**exercise** [2] - 34:3, 68:15
**exercised** [2] - 34:20, 39:25
**exercises** [1] - 26:21
**exercising** [2] - 34:4, 41:18
**exhibit** [2] - 9:13, 11:21
**Exhibit** [9] - 9:12, 20:11, 24:21, 25:18, 28:14, 28:15, 28:16, 28:17
**Exhibits** [1] - 14:6
**exist** [2] - 12:13, 44:5
**existing** [1] - 8:13
**expectancy** [1] - 70:20
**expectation** [1] - 71:22
**experience** [1] - 73:12
**explain** [3] - 22:7, 22:10, 35:2
**explained** [1] - 77:16

**explains** [1] - 28:6
**explanation** [2] - 38:20, 39:7
**extended** [1] - 6:12
**extent** [1] - 68:6
**extortion** [1] - 15:8
**extraordinary** [3] - 58:23, 58:24, 59:13

## F

**facilitating** [1] - 40:8
**facilities** [2] - 51:7, 74:13
**facility** [1] - 76:25
**Fact** [1] - 22:16
**fact** [7] - 8:20, 22:6, 35:14, 54:16, 55:25, 70:17, 75:11
**factor** [1] - 36:5, 51:23, 61:1, 71:14, 72:18, 73:1, 74:3, 74:7, 74:22
**factors** [16] - 10:19, 32:9, 34:2, 39:19, 61:11, 63:16, 63:20, 63:22, 66:1, 67:18, 68:3, 68:4, 68:6, 72:8, 72:23, 76:11
**facts** [8] - 15:12, 17:13, 19:4, 36:20, 38:15, 44:7, 63:4, 73:4
**Facts** [16] - 6:7, 6:19, 8:16, 12:20, 12:23, 14:20, 15:1, 22:23, 22:25, 32:2, 34:18, 37:4, 41:1, 42:23, 55:11, 55:12
**factual** [1] - 35:22
**fair** [1] - 13:1
**fairly** [4] - 29:8, 66:3, 68:9, 75:20
**fairness** [1] - 72:17
**faith** [1] - 48:14
**fake** [1] - 16:17
**familiar** [1] - 48:9
**families** [1] - 70:24
**family** [8] - 49:25, 53:19, 54:11, 58:24, 62:24, 64:19, 65:24
**far** [1] - 13:13
**father** [4] - 50:1, 53:11, 59:3, 59:6
**father's** [3] - 5:3, 5:4, 59:5
**favor** [1] - 74:4
**FBI** [1] - 2:15

**FCI** [1] - 76:24
**FCPA** [4] - 55:17, 65:2, 65:3
**fed** [2] - 51:18, 57:24
**Federation** [1] - 48:19
**fee** [1] - 79:7
**few** [2] - 12:5, 30:16
**figure** [3] - 11:18, 21:11, 62:20
**figuring** [1] - 13:17
**file** [2] - 79:2, 79:4
**filing** [1] - 79:7
**filtering** [1] - 60:3
**final** [2] - 29:2, 30:8
**financial** [4] - 65:6, 69:22, 69:24, 74:15
**fine** [4] - 4:10, 45:12, 61:20, 77:4
**finish** [2] - 15:4, 28:11
**firm** [1] - 66:13
**first** [12] - 3:15, 5:9, 10:2, 17:25, 18:19, 20:11, 26:7, 30:20, 39:15, 41:23, 68:8, 73:22
**first-time** [1] - 73:22
**Fisk** [51] - 5:25, 6:4, 8:6, 8:9, 8:12, 8:14, 9:17, 9:19, 10:12, 10:21, 11:3, 11:5, 11:10, 11:15, 11:19, 12:8, 13:6, 13:17, 13:20, 14:1, 14:7, 14:12, 15:18, 15:20, 15:23, 15:25, 16:5, 16:7, 18:13, 20:9, 21:5, 22:6, 22:9, 25:1, 30:5, 31:1, 31:4, 31:6, 31:13, 33:20, 33:22, 34:15, 37:1, 38:22, 39:3, 39:4, 39:17, 40:9, 55:13
**Fisk's** [12] - 8:8, 9:15, 10:24, 12:2, 12:7, 12:11, 13:24, 13:25, 14:10, 17:12, 31:11, 31:12
**fit** [1] - 14:11
**five** [6] - 39:15, 45:7, 45:8, 50:10, 65:11, 65:16
**five-year** [4] - 45:7, 45:8, 65:11, 65:16

**flight** [1] - 75:4
**focus** [3] - 42:17, 61:1
**folks** [1] - 6:2
**follow** [1] - 45:13
**followed** [2] - 56:19, 59:5
**following** [2] - 3:14, 77:3
**follows** [1] - 76:19
**food** [1] - 18:4
**footsteps** [1] - 59:5
**FOR** [3] - 1:2, 1:12, 1:20
**foregoing** [1] - 81:5
**Foreign** [2] - 20:13, 53:22
**foreign** [4] - 20:17, 72:12, 76:6, 78:5
**forever** [1] - 37:22
**forfeiture** [9] - 3:23, 27:5, 32:8, 50:13, 50:15, 50:16, 56:24, 57:9, 77:6
**form** [4] - 7:2, 16:10, 38:16, 75:12
**former** [1] - 47:8
**forth** [7] - 19:16, 21:24, 23:25, 26:18, 43:23, 46:24, 64:9
**forward** [5] - 18:19, 25:25, 40:20, 43:12, 59:20
**fostered** [1] - 53:25
**four** [6] - 5:10, 5:13, 39:12, 45:2, 53:17, 77:11
**four-level** [4] - 5:10, 39:12, 45:2, 77:11
**frankly** [2] - 12:6, 52:14
**fraud** [6] - 51:13, 51:14, 73:13, 73:17, 73:22, 74:15
**free** [2] - 68:21, 72:16
**frequently** [1] - 47:16
**friends** [3] - 7:18, 7:24, 41:15
**fuel** [2] - 48:5, 48:24
**full** [5] - 3:4, 32:7, 32:14, 56:24, 57:9
**function** [2] - 6:18, 41:19

**fundamental** [1] - 72:16
**funds** [1] - 40:8
**furloughs** [1] - 58:10
**furtherance** [1] - 9:7
**futures** [1] - 78:13

## G

**Gadren** [2] - 12:4, 42:5
**Gadren's** [2] - 13:5, 31:2
**gain** [1] - 69:25
**gaining** [1] - 48:2
**game** [2] - 13:1, 36:3
**general** [6] - 56:11, 60:18, 60:19, 71:24, 72:18, 76:12
**General** [1] - 55:3
**generally** [4] - 52:11, 69:12, 73:8, 78:23
**generated** [1] - 59:23
**generic** [1] - 75:10
**gentleman** [1] - 11:17
**given** [11] - 4:3, 12:20, 25:22, 44:25, 48:19, 64:25, 71:4, 71:12, 72:8, 73:8, 73:21
**goals** [3] - 56:12, 56:18, 63:7
**government** [43] - 2:9, 4:13, 13:16, 13:23, 14:25, 17:3, 18:20, 18:23, 21:20, 21:21, 27:7, 27:18, 30:21, 32:16, 33:6, 33:8, 34:9, 35:12, 35:16, 38:14, 38:17, 38:22, 41:21, 44:21, 45:18, 46:1, 46:11, 46:17, 54:12, 55:8, 57:1, 57:15, 60:25, 63:9, 64:17, 65:15, 65:16, 68:11, 69:23, 79:9, 79:11, 79:18
**government's** [10] - 3:17, 3:20, 11:20, 24:21, 31:9, 46:21, 48:9, 65:1, 65:9, 79:20
**Government's** [1] - 9:12

**graft** [1] - 69:6
**grandson** [3] - 53:16, 59:9, 66:25
**grant** [2] - 45:1, 71:5
**grasps** [1] - 56:8
**great** [4] - 14:18, 47:11, 50:1, 65:2
**greater** [5] - 35:7, 63:6, 64:2, 67:25, 72:11
**greed** [3] - 49:8, 49:22, 70:6
**GREENBELT** [1] - 1:11
**Greenbelt** [1] - 1:16
**ground** [1] - 26:12
**grown** [2] - 6:4, 53:7
**grown-ups** [1] - 6:4
**guarantee** [1] - 31:17
**guess** [6] - 15:15, 32:9, 32:11, 33:19, 34:13, 51:16
**guidance** [1] - 73:10
**Guideline** [2] - 5:13, 77:1
**guideline** [12] - 4:10, 45:6, 45:9, 45:10, 45:12, 50:5, 50:7, 50:8, 50:12, 67:16, 73:19, 77:24
**guidelines** [13] - 35:3, 45:23, 46:5, 60:16, 60:24, 60:25, 61:8, 61:18, 62:5, 62:10, 64:8, 64:10, 71:20
**guilty** [5] - 3:11, 14:10, 23:14, 59:17, 67:9
**guy** [1] - 32:13
**guys** [1] - 16:16

## H

**half** [1] - 62:10
**halfway** [2] - 58:9, 74:19
**hand** [3] - 42:2, 43:19, 73:17
**handled** [2] - 54:24, 68:16
**hands** [1] - 42:15
**happy** [1] - 65:15
**hard** [1] - 53:1

**health** [2] - 70:12, 70:16
**hear** [3] - 5:15, 17:2, 46:10
**heard** [5] - 13:6, 28:10, 39:9, 67:5, 78:20
**hearing** [12] - 7:15, 13:2, 13:14, 14:6, 18:11, 19:13, 31:3, 33:20, 41:13, 60:22, 64:18
**hearings** [3] - 12:25, 14:16, 60:11
**heart** [3] - 64:15, 65:12, 66:1
**heartstrings** [2] - 58:22, 59:8
**hello** [1] - 28:23
**help** [2] - 38:24, 48:1
**helped** [1] - 29:18
**helpful** [2] - 13:19, 79:22
**helping** [1] - 38:23
**helps** [1] - 35:15
**hereby** [1] - 81:5
**Herrington** [1] - 2:21
**HERRINGTON** [1] - 1:21
**high** [2] - 73:17, 73:18
**high-level** [1] - 73:17
**higher** [4] - 51:25, 74:11, 74:14, 77:25
**highlighting** [1] - 23:18
**highlights** [1] - 73:9
**highly** [2] - 52:17, 69:5
**himself** [3] - 9:10, 28:2, 37:11
**history** [4] - 45:5, 53:18, 67:20, 69:10
**hit** [2] - 32:7, 32:11
**hold** [5] - 15:4, 32:22, 39:5, 64:21
**holiday** [1] - 56:7
**home** [4] - 48:18, 65:24, 66:24, 66:25
**homeland** [1] - 50:1
**honestly** [1] - 14:11
**Honor** [56] - 2:2, 2:10, 2:20, 4:5, 4:16, 4:20, 4:25,

5:17, 8:1, 8:11, 10:16, 17:21, 18:18, 19:11, 19:18, 20:25, 21:6, 22:24, 23:18, 24:18, 24:20, 25:12, 25:15, 26:9, 27:22, 28:5, 28:10, 28:13, 29:16, 30:16, 35:12, 35:19, 37:7, 37:13, 37:19, 37:24, 38:9, 45:19, 45:20, 46:19, 46:23, 46:25, 48:9, 50:11, 50:14, 51:4, 52:23, 52:24, 57:14, 62:16, 65:23, 66:5, 66:12, 79:11, 79:15, 80:1
**Honor's** [2] - 30:18, 51:8
**HONORABLE** [1] - 1:10
**hope** [3] - 9:2, 16:18, 66:25
**hoped** [1] - 34:12
**hopefully** [2] - 16:19, 77:22
**hopes** [3] - 32:25, 33:3, 55:13
**hoping** [1] - 63:1
**house** [1] - 74:19
**houses** [1] - 58:9

## I

**idea** [21] - 6:22, 6:24, 7:3, 7:5, 7:6, 7:8, 16:21, 17:16, 19:6, 19:8, 19:22, 30:20, 30:22, 31:20, 41:11, 48:13, 61:24, 64:15, 65:14, 65:15
**identified** [1] - 13:10
**identify** [1] - 23:4
**ill** [1] - 53:9
**illegal** [2] - 5:20, 39:22
**illegally** [1] - 76:3
**illness** [1] - 58:19
**illnesses** [1] - 53:12
**illustrates** [1] - 8:19
**immediate** [1] - 23:16
**immediately** [1] - 18:8
**immigration** [6] - 51:20, 52:1, 57:13, 57:14, 57:16, 75:24

**impact** [4] - 15:7, 58:21, 59:1
**implementation** [1] - 78:7
**implicit** [1] - 74:23
**implies** [1] - 10:13
**importance** [1] - 72:24
**important** [7] - 23:23, 24:3, 30:17, 64:17, 72:18, 73:1, 75:17
**impose** [5] - 45:23, 50:12, 76:16, 77:2, 77:4
**imposed** [4] - 67:25, 77:11, 77:16, 77:25
**impression** [1] - 7:21
**imprisonment** [1] - 76:22
**improper** [3] - 48:1, 55:14, 55:15
**IN** [1] - 1:1
**incarceration** [1] - 75:12
**include** [4] - 39:21, 67:9, 77:6, 79:16
**included** [1] - 26:25
**including** [4] - 20:15, 39:17, 67:19, 71:3
**inconveniences** [1] - 52:1
**increase** [2] - 39:12, 77:12
**increased** [1] - 6:13
**indicate** [4] - 36:10, 42:7, 69:7, 76:11
**indicated** [10] - 7:17, 12:6, 40:15, 42:23, 43:10, 45:10, 52:8, 69:23, 70:8, 77:15
**indicates** [5] - 6:19, 10:23, 40:18, 40:19, 44:2
**indicating** [2] - 41:1, 42:5
**indication** [4] - 43:24, 60:15, 68:18, 70:9
**indicia** [1] - 52:15
**indictment** [2] - 79:10, 79:12
**individual** [5] -

24:12, 43:2, 52:3, 61:13, 70:22
**individual's** [1] - 23:4
**individualized** [1] - 66:2
**individually** [1] - 63:16
**individuals** [7] - 10:25, 18:6, 19:23, 23:1, 23:11, 73:15
**industry** [2] - 54:16, 55:21
**ineligible** [1] - 51:19
**infirm** [1] - 53:14
**infirmity** [1] - 58:19
**influences** [1] - 68:21
**inform** [3] - 16:25, 22:18, 22:19
**informant** [1] - 14:4
**information** [5] - 6:20, 8:4, 33:19, 38:2, 39:11
**informed** [1] - 14:22
**informing** [1] - 16:15
**inhabit** [1] - 78:12
**input** [3] - 61:22, 61:23, 61:24
**insignificant** [1] - 24:2
**Institutions** [2] - 59:22, 61:25
**instruction** [1] - 61:7
**instrumental** [1] - 8:14
**instruments** [1] - 73:15
**integrity** [1] - 48:20
**interaction** [2] - 21:18, 21:20
**interested** [3] - 15:16, 46:15, 81:12
**interesting** [3] - 9:13, 47:6, 61:16
**intermediaries** [3] - 20:15, 41:3, 41:7
**intermediary** [2] - 6:17, 6:18
**interpret** [1] - 10:11
**interpretation** [1] - 17:13

interpretations [1] - 10:17
interpreter [5] - 2:23, 3:1, 32:24, 33:2, 57:4
INTERPRETER [3] - 3:2, 3:5, 3:8
interrupting [1] - 15:5
intimated [1] - 69:23
introduced [2] - 31:4, 31:13
introducing [1] - 10:25
investigating [1] - 64:18
investigation [3] - 18:21, 24:20, 61:20
investigators [1] - 7:15
invoices [3] - 6:14, 16:17, 25:7
involve [1] - 39:15
involved [24] - 5:19, 6:3, 7:22, 10:4, 10:8, 12:9, 13:20, 20:1, 21:5, 22:4, 24:15, 24:16, 25:3, 31:11, 31:12, 32:10, 41:11, 44:19, 47:6, 47:7, 47:19, 48:6, 68:13, 68:23
involvement [7] - 12:7, 12:11, 22:8, 23:4, 23:5, 23:19, 25:5
involves [2] - 41:4, 47:2
involving [5] - 5:12, 13:21, 68:9, 73:13, 73:14
isolated [1] - 58:13
issue [29] - 5:1, 5:15, 7:8, 13:3, 14:22, 17:9, 18:23, 22:22, 35:9, 35:11, 35:14, 35:15, 35:24, 36:3, 36:16, 38:11, 38:12, 39:11, 39:12, 46:5, 51:4, 52:17, 64:7, 66:8, 67:14, 69:9, 70:11, 70:17, 71:16
issues [8] - 35:8, 37:22, 49:21, 52:16, 54:11, 54:12, 54:24, 70:21
itself [1] - 55:17

**J**

Jacobson [2] - 2:22, 58:14
JACOBSON [1] - 1:22
jail [4] - 56:6, 56:7, 56:16, 62:24
jam [2] - 57:25, 58:1
January [2] - 9:14, 40:14
Jennifer [1] - 2:14
Jodel [1] - 28:18
joined [1] - 53:23
JONATHAN [1] - 1:21
Jonathan [1] - 2:20
JUDGE [1] - 1:10
judge [1] - 63:4
judges [1] - 73:20
judgment [7] - 27:16, 50:16, 55:6, 56:2, 77:6, 77:7, 79:3
Justice [3] - 2:11, 2:17, 78:3
JUSTICE [1] - 1:17
justice [3] - 71:13, 75:21, 78:4
justifiable [1] - 70:10
justify [1] - 69:20

**K**

keep [5] - 8:23, 9:11, 9:23, 37:22, 40:17
Kennedy [1] - 78:10
key [3] - 6:1, 22:5, 54:3
Kibler [1] - 2:15
kickback [7] - 24:24, 27:1, 27:11, 34:15, 34:17, 40:2, 41:1
kickbacks [6] - 6:25, 9:3, 26:24, 34:15, 47:21, 72:14
kicks [2] - 62:11
kids [2] - 53:8, 59:9
kin [1] - 81:12
kind [4] - 52:20, 53:5, 54:22, 71:13
kindly [1] - 28:23
kinds [1] - 72:15
knocking [1] -

27:18
knowledge [1] - 23:24
known [1] - 51:18
knows [3] - 46:14, 61:2, 62:10

**L**

lack [1] - 33:16
ladder [1] - 26:4
laid [3] - 6:6, 13:11, 13:12
Lane [1] - 1:15
language [4] - 14:25, 25:19, 25:20, 28:4
lapse [2] - 55:6, 56:2
large [1] - 15:9
largely [1] - 13:6
larger [1] - 34:12
last [7] - 25:21, 33:8, 34:18, 36:23, 53:5, 54:6, 65:8
laundering [15] - 3:12, 13:21, 19:15, 24:15, 42:16, 52:15, 52:16, 58:5, 59:17, 60:4, 60:5, 65:5, 68:9, 69:9, 76:21
law [7] - 5:20, 30:9, 48:16, 69:12, 72:22, 75:21, 78:4
law-abiding [1] - 69:12
laws [4] - 56:3, 56:21, 68:19, 77:21
laying [1] - 46:4
lead [2] - 71:11, 73:18
leader [24] - 5:12, 5:24, 8:9, 9:15, 10:20, 16:5, 16:22, 17:7, 17:11, 17:23, 18:14, 21:11, 22:13, 30:10, 30:12, 34:1, 35:25, 39:20, 40:9, 41:22, 41:25, 43:22, 43:25, 44:3
leader/organizer [1] - 77:12
leadership [1] - 44:4
least [7] - 7:21, 11:25, 44:15, 44:16, 63:24, 69:13, 71:5
leaving [2] - 26:14, 26:15
led [1] - 7:15

left [3] - 9:8, 26:15, 46:6
legal [2] - 33:9, 50:22, 75:1
legally [3] - 75:25, 76:4, 76:5
legitimate [1] - 72:13
Leibold [1] - 2:15
LEIBOLD [1] - 1:15
length [1] - 65:2
lengthy [2] - 48:8, 70:17
leniency [5] - 70:15, 72:19, 72:22, 73:7, 74:4
leniently [1] - 72:6
less [1] - 51:25
letter [1] - 3:25
letters [5] - 54:2, 54:9, 54:17, 55:2, 69:17
level [34] - 5:10, 39:12, 45:2, 45:5, 51:15, 51:25, 73:14, 73:17, 73:22, 74:13, 77:11
lie [1] - 11:19
life [8] - 52:25, 53:4, 53:6, 53:7, 56:4, 58:15, 69:12, 70:19
light [2] - 16:4, 68:5
Light [1] - 55:4
likelihood [1] - 59:1
likely [8] - 35:7, 45:24, 70:19, 71:23, 74:10, 74:14, 74:17, 77:3
limited [12] - 11:12, 12:21, 43:6, 51:1, 51:4, 69:14, 73:16, 74:6, 75:23, 76:9, 76:10, 76:15
limiting [1] - 12:24
line [2] - 59:15, 61:5
lines [2] - 26:17, 31:4
link [1] - 78:11
lion's [1] - 42:13
listed [1] - 20:7
live [4] - 22:21, 53:2, 67:2, 78:3
lived [3] - 19:19, 52:25, 69:12
living [1] - 38:25
LLP [1] - 1:21

loathe [1] - 70:24
location [3] - 6:20, 51:10, 52:8
locations [1] - 52:9
logistical [1] - 48:4
Look [1] - 26:13
look [23] - 7:11, 8:16, 9:11, 11:6, 11:20, 14:5, 15:1, 15:12, 16:13, 17:25, 19:9, 19:15, 20:18, 25:18, 32:25, 34:2, 55:11, 57:19, 60:12, 63:16, 63:20, 64:14, 65:19
looked [2] - 13:5, 78:21
looking [7] - 20:11, 22:1, 28:19, 33:10, 50:5, 50:9, 68:22
looks [3] - 32:12, 32:13, 57:11
LOPEZ [34] - 1:21, 2:20, 4:15, 4:20, 4:25, 5:17, 6:23, 7:1, 7:9, 7:25, 8:11, 10:1, 10:16, 12:13, 12:18, 13:14, 14:18, 15:4, 15:25, 28:10, 30:16, 32:22, 35:19, 35:23, 36:4, 36:12, 38:9, 38:12, 45:20, 46:19, 52:23, 60:20, 79:15, 79:22
Lopez [8] - 2:21, 4:17, 5:16, 17:6, 26:6, 30:14, 50:21, 52:22
Lopez's [1] - 30:13
loss [3] - 60:6, 60:12, 62:11
low [4] - 51:15, 64:22, 74:13
lower [5] - 51:11, 73:14, 73:22, 77:23, 78:2
lying [1] - 27:17

**M**

machine [1] - 81:9
main [2] - 14:3, 64:13
major [2] - 54:3, 62:12
majority [1] - 39:2
maker [1] - 10:15
man [8] - 50:1, 52:25, 53:6, 53:19, 54:10, 54:11, 55:15,

64:17
**man's** [2] - 55:23
**managed** [1] - 34:20
**mandatory** [1] - 45:7
**March** [1] - 25:21
**Mark** [1] - 11:2
**Martha** [1] - 57:25
**Marvin** [1] - 28:17
**MARYLAND** [2] - 1:2, 1:11
**Maryland** [6] - 1:16, 2:14, 2:16, 2:18, 54:8, 81:4
**master** [1] - 8:21
**Master's** [1] - 53:21
**material** [3] - 68:13, 68:23, 78:8
**materials** [3] - 4:2, 68:24, 69:19
**matter** [9] - 2:3, 2:4, 2:6, 22:18, 52:17, 59:14, 76:12, 81:7
**matters** [1] - 79:20
**maximum** [2] - 45:8, 50:9
**mean** [12] - 17:5, 20:23, 21:4, 22:17, 22:24, 24:3, 32:19, 32:20, 35:21, 61:8, 61:18
**meaningful** [1] - 73:5
**means** [3] - 45:4, 71:4, 75:25
**meet** [1] - 67:21
**Megan** [1] - 2:15
**MEGHAN** [1] - 1:15
**memo** [1] - 65:1
**memorandum** [6] - 3:17, 3:19, 3:21, 20:12, 24:21, 25:19
**memory** [1] - 60:1
**men** [1] - 26:12
**mention** [2] - 25:6, 59:9
**mentioned** [3] - 4:4, 37:24, 59:7
**mercy** [3] - 50:7, 63:1, 65:25
**merits** [1] - 68:25
**message** [3] - 56:10, 56:23, 64:24
**met** [3] - 41:21, 54:23, 72:3
**MICHAEL** [1] - 1:14

**Michael** [1] - 2:13
**middleman** [5] - 6:9, 24:25, 29:18, 29:23, 30:1
**might** [6] - 5:6, 38:18, 58:4, 58:10, 64:11, 79:18
**Mikerin** [55] - 2:5, 2:21, 3:10, 3:11, 5:19, 12:10, 14:14, 14:21, 15:13, 15:14, 15:18, 15:22, 16:21, 17:7, 17:15, 20:8, 20:14, 21:4, 21:5, 23:11, 26:3, 26:8, 27:7, 27:17, 28:2, 31:5, 31:7, 36:2, 37:1, 37:5, 39:17, 39:20, 40:1, 40:11, 41:1, 41:3, 41:14, 42:3, 42:12, 43:11, 43:18, 43:24, 46:12, 66:7, 67:16, 69:11, 70:6, 71:21, 74:9, 74:21, 75:18, 76:17, 76:18, 77:13, 78:23
**MIKERIN** [1] - 1:7
**Mikerin's** [3] - 23:14, 70:11, 74:24
**million** [8] - 27:4, 32:8, 47:24, 56:25, 60:13, 60:14, 62:11, 64:11
**mind** [1] - 8:21
**minimum** [2] - 43:13, 45:7
**ministerial** [3] - 10:3, 40:7, 41:18
**minor** [1] - 41:17
**minute** [1] - 60:24
**minutes** [1] - 67:6
**missing** [1] - 59:10
**mistaken** [1] - 27:17
**mitigating** [1] - 52:20
**modest** [1] - 4:8
**moment** [5] - 25:17, 26:7, 37:8, 37:16, 49:11
**monetary** [1] - 73:15
**money** [59] - 3:12, 6:11, 7:18, 7:19, 7:22, 13:21, 16:15, 19:14, 19:24, 19:25, 24:15, 24:16, 27:8, 27:16, 27:17, 27:20, 27:23, 28:1, 28:3, 28:6, 29:1, 32:5,

32:25, 33:4, 33:10, 34:13, 34:14, 34:25, 37:24, 37:25, 38:5, 38:13, 38:20, 38:21, 38:24, 39:5, 39:6, 39:7, 41:13, 42:6, 42:15, 49:8, 49:10, 52:14, 52:16, 55:13, 57:7, 58:5, 59:17, 60:4, 60:5, 65:5, 68:9, 69:8, 76:20, 77:7
**months** [14] - 45:6, 45:9, 50:6, 50:13, 60:11, 60:14, 62:6, 62:15, 62:22, 64:21, 66:3, 67:17, 75:16, 76:22
**morning** [5] - 2:1, 2:2, 2:10, 2:20, 4:6
**mortal** [1] - 78:14
**Moscow** [1] - 53:21
**most** [4] - 44:11, 63:5, 72:23, 78:11
**mother** [1] - 53:11
**motion** [4] - 12:3, 13:2, 15:8, 60:10
**motivated** [3] - 65:14, 65:16, 70:6
**motivation** [1] - 70:1
**motivations** [1] - 70:7
**motive** [1] - 69:24
**move** [3] - 40:20, 43:11, 54:7
**moved** [1] - 29:21
**moves** [1] - 18:8
**moving** [1] - 25:3
**MR** [67] - 2:10, 2:20, 4:5, 4:12, 4:15, 4:20, 4:25, 5:17, 6:23, 7:1, 7:9, 7:25, 8:11, 10:1, 10:16, 12:13, 12:18, 13:14, 14:18, 15:4, 15:25, 17:21, 18:18, 19:9, 20:11, 20:25, 21:6, 21:13, 22:24, 23:7, 23:16, 24:14, 24:23, 25:12, 27:10, 27:22, 28:10, 28:13, 29:8, 29:12, 30:5, 30:8, 30:16, 32:22, 35:19, 35:23, 36:4, 36:12, 37:7, 37:10, 37:18, 37:23, 38:9, 38:12, 45:18, 45:20, 46:17, 46:19, 46:23,

51:1, 52:4, 52:23, 60:20, 79:11, 79:15, 79:22, 80:1
**multiple** [4] - 13:20, 18:6, 22:1, 68:10
**must** [3] - 31:9, 36:25, 79:2
**mutual** [1] - 33:9

**N**

**name** [4] - 3:4, 24:11, 24:18, 38:4
**namely** [1] - 23:20
**names** [3] - 2:8, 51:16, 60:8
**National** [2] - 59:21, 61:25
**national** [4] - 56:2, 70:2, 76:6, 77:15
**nationals** [1] - 78:5
**nature** [8] - 34:6, 39:21, 39:22, 52:2, 67:19, 68:8, 71:8, 75:11
**near** [2] - 62:14, 62:24
**necessarily** [1] - 19:6
**necessary** [3] - 56:18, 63:6, 67:25
**need** [19] - 9:21, 9:24, 10:10, 10:13, 10:22, 17:19, 26:20, 29:2, 40:18, 42:24, 62:7, 64:3, 67:21, 67:22, 69:22, 71:24, 72:20, 77:19, 79:13
**needed** [2] - 23:22, 43:17, 47:12, 50:2, 68:14
**needs** [2] - 7:4, 54:23
**negotiate** [1] - 9:7
**negotiated** [1] - 35:1
**netted** [2] - 35:10, 58:8
**New** [1] - 1:18
**new** [11] - 8:11, 8:13, 8:24, 9:6, 9:7, 11:7, 24:6, 24:8, 25:3, 47:13, 53:16
**next** [1] - 59:6
**NO** [1] - 1:4
**nobody** [1] - 47:11
**non** [2] - 51:13, 73:13
**non-violent** [2]

51:13, 73:13
**none** [3] - 6:22, 6:24, 31:20
**nonprofit** [1] - 59:21
**notation** [1] - 79:17
**note** [3] - 24:5, 77:10, 77:13
**Note** [1] - 36:5
**Notes** [1] - 35:4
**NOTES** [1] - 1:25
**nothing** [15] - 4:12, 4:15, 9:6, 13:9, 16:8, 16:9, 22:8, 30:6, 30:22, 32:12, 36:4, 38:11, 39:8, 57:12, 61:17
**notice** [2] - 79:2, 79:4
**notion** [2] - 17:12, 18:13
**notoriety** [2] - 50:1, 59:4
**November** [1] - 3:16
**nowhere** [2] - 62:14, 62:24
**nuclear** [14] - 47:5, 47:7, 47:8, 47:11, 47:12, 48:5, 48:23, 48:24, 54:4, 54:16, 54:18, 68:13, 68:23, 78:8
**number** [7] - 19:2, 22:3, 26:10, 59:25, 60:2, 60:3, 75:15
**numbers** [2] - 10:7, 32:20
**numerous** [1] - 13:21
**NW** [2] - 1:18, 1:22

**O**

**O-L-S-K-Y** [1] - 3:6
**objection** [6] - 4:23, 5:9, 37:21, 45:1, 45:17, 79:24
**objections** [2] - 4:22, 45:16
**obtain** [1] - 48:1
**obtained** [1] - 27:6
**obviously** [12] - 7:8, 12:21, 18:19, 20:14, 39:9, 47:10, 47:12, 48:9, 49:7, 56:8, 60:25, 62:18
**occasions** [1] - 19:2

**occur** [1] - 36:1
**occurred** [1] - 75:2
**occurring** [1] - 44:3
**October** [1] - 56:5
**OF** [6] - 1:2, 1:4, 1:9, 1:13, 1:17, 1:25
**offend** [2] - 71:21, 71:23
**offender** [1] - 75:10
**offenders** [1] - 73:22
**offense** [13] - 19:12, 23:17, 31:23, 45:4, 45:8, 47:19, 63:23, 65:6, 67:20, 72:9, 74:12, 75:2, 77:18
**offenses** [1] - 71:8
**offer** [2] - 23:10, 44:24
**offered** [1] - 44:25
**office** [2] - 19:1, 19:2
**OFFICE** [1] - 1:13
**Official** [2] - 20:13, 81:3
**OFFICIAL** [1] - 1:24
**official** [5] - 44:2, 47:3, 48:19, 49:15, 81:17
**officials** [1] - 72:12
**offshore** [5] - 19:24, 27:15, 28:1, 47:21, 68:10
**often** [3] - 51:17, 52:8, 72:5
**old** [1] - 66:24
**once** [2] - 49:4, 78:10
**One** [4] - 20:14, 29:13, 29:14, 76:20
**one** [64] - 5:2, 5:20, 7:8, 8:15, 8:19, 9:14, 10:17, 11:21, 15:6, 17:13, 17:20, 24:5, 24:13, 25:2, 25:6, 25:17, 26:10, 26:12, 27:8, 28:21, 30:8, 30:10, 30:17, 31:13, 32:5, 32:6, 32:22, 33:4, 35:19, 36:13, 36:20, 36:21, 36:23, 36:25, 37:7, 39:1, 39:3, 39:16, 42:2, 43:19, 44:9, 45:11, 47:10, 48:11, 48:12, 49:7, 53:10,

54:19, 61:1, 63:21, 64:14, 65:8, 66:23, 68:19, 68:22, 70:11, 70:18, 71:3, 71:7, 72:23, 73:16, 74:6, 78:2, 79:15
**ones** [2] - 4:4, 27:8
**ongoing** [2] - 18:21, 24:19
**open** [1] - 72:16
**opened** [1] - 26:13
**opening** [1] - 47:16
**operation** [8] - 20:10, 36:1, 40:5, 41:25, 42:16, 43:2, 43:9, 44:11
**operations** [1] - 43:16
**opinion** [1] - 79:20
**opportunity** [5] - 4:18, 5:18, 41:15, 66:9, 66:11
**oppose** [1] - 51:2, 79:18
**opposed** [4] - 10:6, 20:8, 22:22, 37:5
**orchestrating** [1] - 47:20
**order** [8] - 3:23, 27:5, 28:25, 48:6, 50:15, 50:17, 77:6, 79:16
**ordered** [1] - 15:16
**orders** [2] - 10:12, 40:22
**organic** [1] - 61:18
**organization** [7] - 16:5, 35:25, 36:6, 44:2, 44:17, 44:18, 59:21
**organize** [2] - 5:25, 29:6
**organizer** [16] - 5:12, 10:20, 16:22, 17:7, 17:11, 17:23, 21:12, 22:13, 30:10, 30:12, 34:1, 39:20, 40:9, 41:22, 43:22, 44:4
**original** [1] - 79:10
**originally** [2] - 17:15, 27:21
**originated** [1] - 24:16
**Orrick** [1] - 2:21
**ORRICK** [1] - 1:21
**outcome** [1] - 81:13

**outliers** [1] - 62:19
**outlive** [1] - 70:19
**outside** [1] - 39:1
**outstanding** [1] - 5:1
**overcome** [1] - 22:6
**overseas** [2] - 33:11, 72:2
**owes** [1] - 27:19
**own** [7] - 5:23, 6:5, 6:15, 16:20, 17:17, 26:21, 43:2
**owned** [2] - 18:3, 47:4

**P**

**p.m** [1] - 80:4
**PACKARD** [1] - 1:14
**Packard** [1] - 2:13
**page** [6] - 4:7, 13:15, 25:14, 25:21, 26:7, 31:3
**paid** [2] - 8:13, 55:13
**pains** [2] - 22:5, 49:12
**Pan** [1] - 18:1
**papers** [3] - 5:6, 13:12, 59:12
**paperwork** [1] - 51:6
**paragraph** [6] - 4:11, 4:23, 5:10, 34:18, 45:10, 45:22
**parameters** [1] - 61:7
**parent** [2] - 24:5, 29:13
**Parent** [7] - 24:16, 27:14, 29:1, 29:14, 30:3, 31:19, 31:22
**parents** [11] - 53:9, 58:16, 59:2, 59:3, 63:1, 65:24, 66:24, 70:13, 70:16, 71:2
**part** [24] - 9:12, 10:13, 11:1, 16:2, 16:21, 19:14, 21:7, 24:19, 27:14, 27:25, 35:1, 36:11, 40:19, 41:15, 42:15, 43:11, 48:3, 49:1, 50:14, 50:16, 52:11, 55:7, 70:7, 76:10
**participants** [2] - 5:13, 39:16
**participate** [1] -

29:21
**participation** [3] - 34:6, 39:21, 44:6
**particular** [8] - 25:14, 30:20, 40:14, 41:9, 59:18, 73:11, 75:25, 77:17
**particularly** [2] - 48:22, 70:16
**parties** [3] - 5:14, 74:8, 81:8
**parties'** [1] - 4:22
**party** [2] - 18:12, 81:12
**pass** [1] - 65:25
**passed** [1] - 25:1
**past** [1] - 62:18
**Pause** [1] - 37:9
**pay** [8] - 9:8, 47:20, 48:5, 55:5, 55:9, 77:5, 79:5
**paying** [2] - 21:21, 29:25
**payment** [5] - 13:22, 24:24, 29:6, 33:19, 40:2
**payments** [27] - 6:21, 6:25, 8:13, 9:11, 11:14, 14:21, 14:23, 14:25, 16:23, 16:24, 17:18, 20:16, 23:25, 27:1, 27:11, 29:25, 30:2, 33:14, 33:17, 33:18, 40:4, 41:2, 47:20, 47:22, 47:24, 49:5
**penalty** [1] - 45:8
**pending** [1] - 2:3
**people** [22] - 6:2, 16:20, 26:15, 34:14, 36:20, 41:6, 41:8, 42:1, 47:20, 48:21, 48:25, 49:4, 49:23, 51:17, 54:17, 55:2, 55:6, 58:10, 63:10, 66:16, 66:19, 67:1
**peoples** [1] - 78:11
**per** [1] - 12:24
**percent** [1] - 33:22
**perfect** [1] - 40:16
**perhaps** [8] - 42:9, 42:14, 43:20, 51:10, 65:17, 65:18, 69:8, 76:3
**period** [1] - 60:8
**permanent** [1] - 75:1
**permanently** [2] - 53:2, 53:3
**perpetrated** [2] -

73:15, 73:17
**person** [7] - 11:13, 15:22, 26:2, 29:12, 36:17, 44:16, 70:22
**personal** [6] - 7:17, 40:16, 41:14, 42:6, 69:15, 74:25
**perspective** [1] - 79:23
**persuasive** [1] - 44:14
**phonetic** [1] - 4:1
**phrases** [1] - 32:1
**physically** [1] - 58:16
**piece** [2] - 11:22, 11:23
**piling** [1] - 63:13
**place** [3] - 24:9, 29:5, 63:4
**placed** [1] - 37:8
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 1:12
**plan** [2] - 26:18, 26:19
**planet** [1] - 78:12
**platform** [1] - 40:16
**play** [4] - 5:24, 48:5, 55:5, 55:9
**played** [2] - 6:17, 54:3
**player** [4] - 13:7, 24:6, 25:3, 41:18
**players** [3] - 20:1, 22:4, 33:24
**playing** [1] - 36:2
**plea** [13] - 14:16, 19:12, 19:16, 20:13, 20:19, 21:9, 21:25, 22:2, 24:14, 32:10, 57:10, 67:9, 78:25
**Plea** [2] - 22:15, 37:4
**plead** [1] - 23:14
**pleaded** [1] - 3:11
**pleadings** [1] - 18:21
**pled** [3] - 14:10, 55:18, 59:17
**plenty** [1] - 6:5
**pocket** [2] - 32:15, 57:1
**pockets** [2] - 27:21, 27:23
**point** [18] - 8:20, 13:8, 16:6, 18:22, 19:4, 24:20, 25:2, 25:13, 28:4, 28:14,

35:14, 37:18, 38:14, 40:14, 44:23, 47:1, 62:4, 76:9
**pointed** [1] - 26:6
**pointing** [1] - 18:16
**points** [3] - 9:14, 15:6, 25:20
**policy** [2] - 11:7, 67:8
**position** [5] - 41:20, 44:4, 48:10, 62:17, 70:23
**positions** [2] - 49:17, 77:20
**possibility** [1] - 58:21
**possible** [2] - 17:13, 66:23
**possibly** [1] - 49:2
**post** [6] - 47:16, 59:24, 62:9, 75:8, 75:13, 75:15
**post-trial** [1] - 75:8
**postdate** [1] - 15:20
**potential** [2] - 72:8, 72:24
**Power** [1] - 55:4
**pre** [1] - 57:5
**pre-arrest** [1] - 57:5
**prepare** [1] - 79:4
**prepared** [6] - 42:25, 43:1, 67:14, 74:5, 76:16, 79:9
**preponderance** [2] - 10:18, 43:8
**present** [1] - 2:24
**presentence** [4] - 3:16, 4:6, 4:19, 61:20
**preserved** [1] - 13:9
**President** [1] - 78:10
**president** [3] - 11:11, 18:2, 54:5
**presumably** [1] - 51:13
**presumptive** [1] - 64:9
**presumptively** [2] - 61:4, 61:9
**pretrial** [3] - 75:3, 75:8, 75:9
**pretty** [5] - 9:13, 53:1, 57:18, 61:6, 62:11
**previously** [1] -

81:7
**price** [1] - 6:13
**pricing** [1] - 10:5
**principle** [2] - 75:20, 78:4
**principles** [1] - 49:2
**Prisons** [4] - 50:23, 51:8, 52:7, 76:23
**private** [2] - 7:19, 32:18
**privileges** [1] - 51:25
**probation** [2] - 45:22, 50:18
**problem** [3] - 19:1, 57:21, 73:10
**problematic** [1] - 52:18
**proceed** [2] - 29:2, 40:23
**proceeding** [3] - 3:15, 44:24, 67:9
**PROCEEDINGS** [1] - 1:9
**proceedings** [3] - 19:10, 80:4, 81:6
**process** [11] - 10:14, 36:11, 40:19, 47:15, 47:17, 48:3, 48:7, 48:20, 49:1, 50:4, 69:4
**processes** [2] - 65:20, 72:17
**product** [1] - 68:12
**production** [1] - 54:23
**professional** [3] - 54:7, 69:15, 73:24
**proffer** [1] - 38:20
**proffering** [2] - 19:2, 38:17
**profit** [1] - 35:6
**program** [2] - 47:6
**programs** [1] - 57:20
**promise** [2] - 38:12, 47:25
**promote** [2] - 66:15, 72:21
**promoting** [1] - 65:6
**promotions** [1] - 53:25
**properly** [1] - 68:16
**prosecution** [1] - 75:6
**prosecutor's** [1] -

22:22
**prosecutors** [1] - 61:23
**protect** [1] - 64:6
**protecting** [1] - 69:2
**proven** [1] - 17:6
**provide** [5] - 8:4, 43:3, 48:4, 73:4, 76:1
**provided** [3] - 11:24, 38:2, 73:3
**provides** [2] - 5:10, 73:10
**provision** [1] - 4:10
**PSR** [2] - 5:5, 45:2
**public** [3] - 35:7, 56:12, 64:6
**publicly** [3] - 24:19, 56:19, 77:24
**pull** [1] - 59:7
**pulled** [1] - 59:8
**pulling** [1] - 58:22
**punished** [1] - 72:6
**punishment** [1] - 58:8
**purpose** [7] - 2:7, 23:3, 23:4, 23:15, 23:16, 59:7, 64:23
**purposefully** [2] - 58:22, 58:23
**purposes** [5] - 21:9, 47:9, 67:21, 68:1, 71:19
**pursuant** [1] - 77:1
**put** [11] - 18:19, 22:2, 29:5, 32:14, 59:19, 59:20, 62:17, 63:10, 63:11, 65:25
**putting** [3] - 49:17, 55:22, 63:7

## Q

**quality** [1] - 54:24
**questionable** [1] - 23:12
**questions** [3] - 17:3, 30:18, 79:19
**quick** [1] - 62:11
**quote** [3] - 9:1, 9:22, 13:15

## R

**radiation** [2] - 53:12, 53:13
**radiation-related**

[1] - 53:12
**raised** [7] - 70:12, 72:23, 73:3, 74:6, 74:8, 76:11, 78:19
**raising** [1] - 37:22
**ramifications** [1] - 15:10
**range** [13] - 4:10, 45:6, 45:9, 45:11, 45:12, 50:5, 50:12, 63:18, 64:8, 64:23, 67:17, 73:19, 77:24
**ranges** [1] - 73:10
**rather** [1] - 73:10
**re** [2] - 71:21, 71:23
**re-offend** [2] - 71:21, 71:23
**read** [6] - 4:18, 8:6, 44:15, 65:11, 65:12, 69:18
**reading** [1] - 51:12
**real** [2] - 16:6, 52:15
**reality** [1] - 70:14
**really** [14] - 10:11, 12:19, 13:10, 15:21, 30:17, 31:5, 49:13, 52:19, 61:12, 61:16, 64:15, 65:13, 71:12, 76:1
**reason** [7] - 14:13, 33:25, 49:23, 52:12, 54:13, 72:20
**reasonable** [2] - 61:4, 61:9
**reasons** [5] - 68:19, 74:6, 77:16, 77:23, 78:1
**rebuttal** [1] - 37:19
**receive** [3] - 4:9, 57:23, 59:18
**received** [7] - 3:14, 3:24, 6:10, 33:9, 50:10, 54:2, 54:9, 54:17, 56:10, 56:23, 57:1, 57:3, 59:19, 65:9, 65:10, 69:17
**receiving** [4] - 35:25, 42:19, 53:24, 55:14
**recently** [1] - 3:25
**recess** [1] - 67:5
**Recess** [1] - 67:7
**recidivate** [1] - 35:8
**recidivism** [2] - 35:11, 64:4
**recognize** [3] -

7:12, 21:8, 49:4
**recommend** [2] - 64:22, 76:23
**recommendation** [2] - 46:11, 79:17
**record** [22] - 2:9, 3:4, 12:10, 12:14, 12:19, 12:21, 14:5, 25:13, 25:15, 28:5, 31:15, 31:16, 37:8, 37:14, 37:15, 49:9, 50:14, 51:14, 57:2, 57:7, 70:25, 77:10
**recorded** [1] - 81:9
**recording** [1] - 7:15
**recruit** [1] - 36:15
**recruited** [7] - 20:20, 21:15, 22:9, 34:10, 36:12, 37:11, 42:22
**recruiting** [3] - 10:24, 36:17, 41:8
**recruitment** [7] - 20:5, 34:8, 39:23, 41:4, 43:7, 43:8
**red** [1] - 51:5
**redacted** [1] - 9:19
**reducing** [1] - 54:4
**reduction** [1] - 78:18
**refer** [1] - 29:8
**referred** [1] - 57:14
**referring** [4] - 11:16, 18:17, 24:13, 29:17
**reflect** [2] - 64:3, 72:21
**reflected** [3] - 54:1, 61:11, 69:16
**regarding** [4] - 12:3, 13:2, 44:24, 45:17
**regardless** [1] - 17:16
**regretful** [1] - 66:22
**regrettably** [1] - 66:20
**related** [5] - 53:12, 74:22, 78:7
**relates** [1] - 70:2
**relating** [1] - 72:12
**relations** [1] - 66:14
**relationships** [3] - 58:25, 66:15, 69:16
**relative** [5] - 35:5, 35:9, 42:14, 60:16, 69:7

relatively [3] -
41:5, 41:23, 51:14
relatives [2] - 67:1,
70:24
release [6] - 45:11,
45:21, 45:24, 46:3,
50:18, 77:2
relevant [1] - 21:9
rely [1] - 18:25
relying [1] - 26:11
remaining [1] - 9:8
remind [2] - 24:11,
27:5
Renee [4] - 1:24,
81:3, 81:15, 81:16
reply [1] - 2:2
report [5] - 3:16,
4:7, 4:19, 45:22,
61:20
reported [2] -
21:20, 81:6
Reporter [2] - 81:3,
81:17
REPORTER [1] -
1:24
reporting [1] - 26:4
represent [1] -
79:7
representations
[1] - 12:12
represented [1] -
78:8
representing [1] -
12:16
request [5] - 33:10,
51:2, 68:5, 79:3,
79:18
requests [1] -
70:15
require [2] - 30:10,
72:4
required [2] -
66:10, 77:4
requirements [1] -
39:16
requiring [1] -
44:15
resident [1] - 75:1
resistance [1] -
72:4
resolved [1] - 4:22
resources [3] -
64:20, 72:5, 73:24
respect [10] - 9:17,
9:22, 30:18, 30:19,
36:3, 45:20, 56:11,
69:13, 70:11, 72:22
respected [1] -
66:18
respond [2] -

28:12, 30:14
responding [1] -
25:16
response [3] -
3:20, 13:17, 63:23
responses [1] -
30:16
responsibility [4] -
34:20, 35:5, 35:9,
62:25
responsible [2] -
31:22, 47:4
result [1] - 29:2
results [2] - 6:6,
71:11
return [4] - 65:23,
65:24, 66:25, 71:22
returned [1] - 75:5
returns [1] - 33:9
review [2] - 4:18,
39:13
reviewed [2] -
3:14, 8:1
revised [2] - 3:16,
61:19
ring [1] - 18:13
risk [4] - 68:17,
68:19, 75:4, 75:5
Rita [1] - 61:15
RMR [2] - 1:24,
81:16
road [1] - 69:25
rod [1] - 39:3
Rod [37] - 5:25,
6:3, 8:5, 8:8, 8:9,
8:12, 8:14, 9:15,
9:17, 9:19, 10:21,
10:24, 11:3, 11:4,
11:10, 11:15, 11:19,
13:17, 13:20, 13:24,
13:25, 14:1, 14:7,
14:10, 14:12, 31:1,
31:11, 31:12, 31:13,
33:20, 33:22, 34:15,
38:22, 39:4, 55:13
role [47] - 4:25,
5:22, 5:23, 6:1,
6:17, 6:18, 8:3, 8:8,
8:16, 9:15, 10:19,
10:24, 11:8, 11:17,
12:2, 13:11, 13:24,
13:25, 14:1, 14:8,
14:10, 16:11, 16:12,
17:25, 23:11, 23:14,
31:23, 33:24, 35:4,
35:6, 35:12, 36:3,
36:7, 39:13, 40:6,
40:11, 43:2, 44:11,
45:3, 45:17, 47:18,
48:10, 48:19, 54:3,

55:22, 63:24
roles [1] - 42:1
ROMAN [1] - 3:2
Roman [1] - 3:5
ropes [2] - 29:1,
29:4
rose [1] - 53:24
rotate [1] - 20:1
rough [1] - 61:10
routine [1] - 54:24
RPR [2] - 1:24,
81:16
Rubizhevsky [28] -
6:3, 6:8, 10:21,
14:17, 14:19, 18:8,
18:9, 19:12, 20:5,
20:15, 24:14, 24:25,
29:18, 29:19, 29:20,
31:9, 31:10, 31:12,
31:21, 34:10, 34:15,
36:24, 37:5, 37:11,
38:18, 39:18, 42:7,
55:13
Rubizhevsky's [5]
- 15:20, 20:12, 22:8,
32:2, 57:10
rule [1] - 48:16
rules [1] - 58:7
run [1] - 29:22
Russia [19] -
38:25, 39:3, 47:15,
52:25, 53:6, 53:7,
53:8, 53:14, 54:1,
54:4, 56:4, 56:20,
56:21, 58:15, 59:4,
66:15, 71:22, 75:5,
78:9
Russian [11] -
18:3, 47:2, 48:18,
48:19, 49:14, 56:2,
66:14, 66:16, 70:2,
70:3, 77:15

## S

safe [5] - 13:9,
33:19, 37:25, 38:1
safely [1] - 68:14
safety [2] - 68:16,
69:1
SALEM [1] - 1:14
Salem [1] - 2:18
sample [1] - 73:4
saw [1] - 15:7
scale [1] - 42:16
scenario [1] - 44:7
Schamoler [1] -
3:25
scheme [13] - 18:6,
19:8, 22:7, 24:15,

27:15, 39:8, 42:3,
44:5, 48:10, 49:13,
49:20, 68:9, 69:3
schemes [4] -
13:22, 36:21, 57:8,
73:14
Schlyapa [1] - 14:3
scope [1] - 39:22
se [1] - 12:25
seal [1] - 38:5
sealed [1] - 38:4
seated [4] - 2:1,
2:13, 67:12, 78:22
Second [3] - 35:17,
36:18, 44:1
second [6] - 25:21,
32:22, 32:23, 33:7,
35:19, 39:1
second-to-the-
last [1] - 25:21
Section [3] - 3:13,
39:20, 67:18
sections [1] - 35:3
security [3] -
51:15, 51:25, 74:13
see [7] - 9:20, 16:4,
16:18, 59:2, 63:1,
65:24, 71:17
seed [2] - 38:21,
39:5
seek [2] - 52:11,
61:24
seeking [2] - 6:6,
16:19
seized [3] - 27:25,
34:23, 77:8
selecting [1] - 69:4
semantics [1] -
15:24
send [5] - 10:7,
16:15, 19:24, 19:25
sense [1] - 78:2
sensitive [3] -
47:10, 49:18, 69:5
sent [5] - 27:8,
51:3, 51:6, 54:13,
58:7
sentence [35] -
46:7, 50:7, 50:8,
50:12, 51:11, 51:24,
58:20, 58:25, 59:15,
60:18, 61:3, 63:6,
63:15, 63:18, 65:4,
67:14, 67:15, 67:24,
70:17, 71:18, 72:10,
72:20, 73:5, 73:11,
74:20, 75:13, 75:15,
76:16, 77:4, 77:11,
77:17, 77:23, 77:25,
78:19, 78:24

sentenced [2] -
60:1, 70:19
sentences [5] -
60:16, 73:19, 73:21,
76:19, 76:21
sentencing [26] -
2:7, 3:10, 3:17,
3:19, 3:21, 20:12,
25:19, 43:4, 46:22,
56:12, 56:18, 61:3,
61:8, 63:3, 64:3,
64:16, 66:9, 67:9,
67:21, 67:22, 68:1,
71:19, 72:25, 73:25,
76:14
SENTENCING [1] -
1:9
Sentencing [2] -
61:10, 77:1
sentencings [1] -
18:24
separate [1] -
70:24
serious [3] - 68:15,
69:8, 77:18
seriousness [1] -
72:21
serve [4] - 56:16,
74:10, 74:11, 75:15
served [3] - 56:6,
56:12, 75:13
serving [1] - 64:23
set [13] - 11:13,
19:16, 21:24, 23:25,
26:18, 26:19, 29:3,
36:20, 38:15, 38:23,
46:24, 64:9, 76:7
setting [3] - 8:15,
27:2, 58:3
settle [2] - 28:25,
37:15
settlement [1] -
35:1
several [1] - 10:17
severity [1] - 58:3
sham [5] - 6:8,
6:14, 16:16, 22:14,
25:7
shape [3] - 7:2,
16:10, 38:16
share [4] - 17:17,
34:12, 42:13, 50:24
sharing [1] - 28:7
short [1] - 79:18
shorthand [1] -
81:9
shoulders [2] -
55:23, 55:24
show [13] - 5:19,
19:4, 21:14, 22:3,

25:9, 30:22, 31:15, 31:17, 32:16, 39:4, 43:7, 55:25, 59:16
**showing** [5] - 11:23, 18:5, 19:13, 23:20, 29:3
**shows** [9] - 8:17, 9:15, 17:10, 17:23, 20:3, 31:2, 37:3, 62:9, 73:7
**shred** [1] - 32:6
**shy** [1] - 33:3
**sic** [4] - 24:25, 25:23, 59:22, 61:25
**side** [3] - 12:16, 13:1, 46:14
**sides** [5] - 5:15, 21:18, 39:10, 43:16, 65:21
**Sigma** [1] - 11:16
**signed** [4] - 3:24, 9:6, 38:4, 50:15
**significance** [2] - 56:9, 76:13
**significant** [12] - 36:10, 44:11, 71:6, 71:17, 71:24, 72:5, 72:10, 72:23, 73:7, 73:12, 73:21, 75:12
**signs** [1] - 22:23
**similar** [3] - 9:5, 77:20
**similarly** [3] - 51:22, 67:23, 74:1
**similarly-situated** [2] - 67:23, 74:1
**simple** [1] - 17:22
**simply** [10] - 10:3, 12:16, 15:23, 17:12, 26:9, 40:7, 40:21, 41:18, 51:5, 73:9
**sit** [1] - 33:21
**sitting** [1] - 52:24
**situated** [3] - 51:22, 67:23, 74:1
**situation** [12] - 16:17, 26:23, 41:24, 50:9, 50:25, 51:17, 63:10, 63:11, 63:12, 70:14, 75:18, 77:14
**situations** [1] - 71:10
**slash** [1] - 16:15
**slightly** [2] - 9:24, 40:17
**small** [3] - 71:4, 78:12, 78:18
**snowball** [1] - 49:3
**society** [1] - 73:16
**solicit** [1] - 49:5

**soliciting** [3] - 7:22, 49:15, 49:16
**someone** [10] - 10:6, 22:23, 37:1, 40:11, 40:22, 41:11, 41:19, 59:4, 71:13, 74:13
**sometimes** [1] - 79:20
**soon** [1] - 66:23
**sophisticated** [2] - 6:4, 16:20
**sorry** [2] - 15:5, 31:8
**sort** [1] - 70:1
**sounds** [2] - 10:2, 44:21
**SOUTHERN** [1] - 1:3
**Soviet** [1] - 47:9
**space** [1] - 52:9
**speaking** [1] - 46:16
**Special** [5] - 2:15, 12:4, 13:5, 42:5
**special** [6] - 19:4, 19:24, 41:5, 47:1, 71:20, 72:12
**specifically** [2] - 31:3, 43:9
**specified** [2] - 58:5, 65:7
**speculating** [1] - 69:25
**speculation** [1] - 52:11
**spell** [1] - 55:3
**spending** [1] - 64:20
**spent** [2] - 53:6, 62:23
**spirit** [1] - 78:8
**spoken** [1] - 41:12
**spread** [2] - 7:18, 41:15
**spreading** [1] - 7:24
**stable** [1] - 49:25
**stand** [3] - 12:14, 68:11, 76:17
**standard** [2] - 7:3, 41:24
**standing** [2] - 66:21, 73:16
**start** [8] - 2:25, 16:16, 18:19, 21:21, 38:21, 39:6, 46:8, 46:20

**starting** [1] - 2:9
**starts** [1] - 18:1
**state** [5] - 2:8, 3:3, 18:3, 47:4, 77:24
**state-owned** [2] - 18:3, 47:4
**statement** [6] - 8:1, 8:2, 8:4, 10:9, 25:17, 37:4
**Statement** [16] - 6:7, 6:19, 8:16, 12:20, 12:23, 14:20, 15:1, 15:12, 22:22, 22:25, 32:2, 34:17, 37:4, 40:25, 55:11, 55:12
**Statements** [2] - 22:16, 42:23
**statements** [13] - 7:5, 7:14, 14:15, 19:11, 23:10, 32:17, 32:23, 40:25, 42:4, 42:7, 57:3, 57:18, 81:8
**STATES** [5] - 1:1, 1:4, 1:10, 1:13, 1:17
**States** [20] - 2:5, 2:12, 3:10, 18:3, 26:12, 35:17, 44:1, 47:4, 48:3, 48:17, 49:15, 53:15, 54:4, 56:20, 67:18, 69:13, 69:14, 76:18, 78:9, 81:4
**statistical** [4] - 59:23, 60:12, 62:8, 64:9
**statistics** [2] - 59:16, 62:19
**stats** [1] - 60:15
**status** [11] - 50:22, 51:20, 52:2, 57:13, 57:14, 57:16, 73:24, 74:16, 75:19, 75:24, 76:6
**stay** [1] - 22:19
**stenographically** [1] - 81:6
**STENOTYPE** [1] - 1:25
**step** [2] - 8:19, 61:15
**Stewart** [1] - 57:25
**stiff** [1] - 72:3
**still** [2] - 53:9, 55:21
**stock** [1] - 14:25
**stood** [2] - 42:3, 42:20
**stooge** [1] - 33:23

**stopped** [1] - 49:20
**story** [1] - 26:23
**straightforward** [1] - 17:9
**strategy** [1] - 10:5
**street** [1] - 73:13
**Street** [1] - 1:22
**strenuously** [1] - 16:3
**stringing** [1] - 31:25
**strongest** [3] - 11:22, 11:23, 12:19
**strongly** [1] - 10:23
**struck** [1] - 65:21
**stuff** [2] - 17:4, 18:25
**subject** [3] - 27:5, 52:17, 78:24
**subjects** [1] - 48:20
**submit** [6] - 14:16, 16:24, 25:13, 63:7, 64:1, 65:13
**submitted** [4] - 18:12, 19:12, 53:10, 69:20
**subordinates** [1] - 36:13
**substance** [1] - 57:21
**substantial** [1] - 68:17
**substitute** [1] - 22:18
**suffer** [1] - 53:12
**sufficient** [2] - 43:7, 67:25
**sufficiently** [1] - 44:19
**suggested** [1] - 64:8
**suggestion** [1] - 21:17
**suggestions** [3] - 25:24, 26:1, 26:5
**Suite** [1] - 1:15
**supervised** [6] - 45:11, 45:21, 45:24, 46:3, 50:18, 77:2
**supervision** [1] - 81:10
**supplying** [1] - 6:19
**support** [5] - 44:5, 48:4, 69:17, 70:4, 72:22
**supports** [1] - 41:10

**supposed** [3] - 34:2, 45:13, 58:17
**supposedly** [1] - 14:8
**suppression** [2] - 13:1, 41:13
**Supreme** [3] - 61:5, 61:15, 63:3
**surprise** [1] - 57:5
**SUTCLIFFE** [1] - 1:21
**swearing** [1] - 2:25
**sworn** [1] - 22:25
**SWORN** [1] - 3:2
**sympathetic** [1] - 71:16
**synch** [1] - 28:24
**system** [4] - 48:15, 50:4, 65:6, 66:7, 71:1, 71:13
**System** [1] - 78:3

---

**T**

**table** [2] - 2:13, 62:11
**tainted** [1] - 65:6
**talks** [7] - 20:13, 33:18, 35:4, 35:5, 57:11, 63:9, 65:1
**tape** [1] - 51:5
**TDC-14-529** [1] - 2:4
**TDC-14-529-1** [1] - 1:4
**team** [1] - 31:14
**technically** [1] - 45:9
**technologies** [1] - 47:13
**technology** [1] - 48:24
**ten** [6] - 18:6, 47:14, 47:23, 60:7, 62:18, 67:6
**ten-year** [1] - 60:7
**TENAM** [7] - 18:2, 26:13, 36:13, 38:21, 39:6, 47:3, 54:5
**TENEX** [7] - 6:14, 18:2, 24:3, 36:13, 47:3, 48:2, 53:23
**term** [2] - 76:21, 77:2
**terms** [5] - 25:3, 35:5, 39:19, 51:24, 69:8
**testify** [1] - 13:20
**testimony** [8] - 12:3, 12:4, 13:6,

14:2, 22:21, 31:3, 81:8

**thankfully** [2] - 53:8, 57:22

**Thanksgivings** [1] - 56:7

**THE** [79] - 1:1, 1:2, 1:10, 1:12, 1:13, 1:20, 2:1, 2:3, 2:19, 2:25, 3:3, 3:5, 3:7, 3:8, 3:9, 4:9, 4:14, 4:17, 4:21, 5:8, 6:22, 6:24, 7:7, 7:10, 8:9, 9:23, 10:2, 12:1, 12:15, 12:24, 14:15, 15:3, 15:15, 17:2, 18:10, 18:22, 20:4, 20:22, 21:3, 21:10, 22:15, 23:3, 23:8, 24:10, 24:22, 25:10, 27:4, 27:16, 28:11, 29:7, 29:11, 30:4, 30:7, 30:14, 32:17, 35:16, 35:21, 35:24, 36:9, 36:23, 37:17, 37:20, 38:8, 38:11, 39:9, 46:4, 46:20, 50:20, 51:9, 52:21, 60:15, 66:6, 66:12, 67:4, 67:12, 79:13, 79:21, 79:24, 80:2

**themselves** [1] - 63:11

**THEODORE** [1] - 1:10

**theories** [1] - 7:13

**theory** [3] - 13:12, 43:25, 44:8

**thereafter** [1] - 81:10

**therefore** [1] - 51:20

**thereof** [1] - 81:13

**thin** [1] - 41:5

**thinks** [2] - 57:5, 61:11

**THOMAS** [1] - 1:14

**three** [5] - 15:12, 45:11, 53:16, 61:5, 61:6

**tied** [3] - 34:1, 34:24

**ties** [2] - 57:7, 76:6

**timeline** [1] - 31:8

**timing** [7] - 19:13, 19:17, 19:25, 22:4, 23:25, 24:23, 30:19

**TLI** [9] - 6:10, 6:12, 9:6, 11:8, 11:10,

11:11, 31:21, 34:16

**today** [11] - 12:14, 16:2, 33:21, 50:13, 52:24, 56:5, 56:6, 59:14, 67:15, 68:12, 79:14

**today's** [1] - 3:15

**together** [3] - 15:14, 31:25, 59:20

**tomorrow** [1] - 59:13

**took** [2] - 12:8, 34:25

**top** [8] - 18:4, 35:25, 36:6, 36:8, 44:2, 44:16, 44:17, 58:13

**total** [2] - 45:4, 59:25

**totality** [1] - 19:10

**touched** [1] - 34:21

**touches** [1] - 9:13

**towards** [2] - 74:19, 75:10

**track** [1] - 70:25

**Trade** [1] - 53:22

**traditional** [1] - 72:7

**traditions** [1] - 66:18

**transaction** [1] - 5:23

**transactions** [4] - 5:20, 12:9, 41:9, 68:13

**transcribed** [1] - 81:10

**transcript** [5] - 7:10, 8:7, 25:14, 41:13, 81:6

**TRANSCRIPT** [1] - 1:9

**transcription** [1] - 81:11

**TRANSCRIPTION** [1] - 1:25

**transcripts** [2] - 12:25, 18:11

**transfer** [2] - 20:16, 40:8

**transfers** [1] - 34:22

**transportation** [4] - 26:14, 29:24, 47:5, 68:23

**Transportation** [2] - 27:12, 29:21

**transported** [1] - 68:14

**transporting** [1] -

48:4

**treat** [2] - 66:2, 76:2

**treated** [6] - 51:21, 51:22, 66:4, 75:20, 78:16, 78:17

**treaty** [1] - 33:10

**trial** [2] - 2:17, 75:8

**tried** [2] - 7:11, 54:13

**trip** [1] - 58:17

**troubling** [7] - 48:14, 48:22, 49:21, 52:14, 52:15, 69:6, 70:13

**true** [9] - 13:23, 30:9, 31:11, 32:25, 62:7, 63:15, 74:9, 74:10, 81:5

**trying** [6] - 11:18, 16:25, 21:11, 23:6, 54:20, 55:20

**TUESDAY** [1] - 1:11

**turn** [1] - 29:5

**turning** [2] - 5:5, 53:11

**turns** [1] - 18:2

**two** [17] - 5:5, 5:7, 15:6, 21:18, 22:25, 23:11, 26:10, 30:13, 32:7, 37:18, 38:1, 53:7, 56:6, 56:25, 59:6, 64:13, 78:10

**type** [5] - 72:9, 73:13, 76:4, 76:13, 77:21

**types** [4] - 68:21, 69:8, 71:9, 72:14

**typically** [1] - 49:8

## U

**U.S** [14] - 2:14, 2:16, 2:18, 5:20, 49:16, 53:2, 53:5, 54:1, 54:6, 55:7, 56:3, 56:21, 61:15

**U.S.C** [1] - 3:13

**ultimate** [1] - 43:14

**ultimately** [5] - 26:6, 29:18, 54:5, 58:20, 60:5

**unable** [1] - 58:17

**unacceptable** [1] - 73:25

**unclear** [3] - 42:4, 43:21, 72:8

**under** [18] - 5:13, 5:20, 39:20, 44:1,

45:12, 45:22, 50:11, 50:18, 52:13, 66:7, 70:24, 75:20, 75:21, 77:21, 78:3, 78:4, 78:17, 81:10

**underling** [1] - 43:13

**underlings** [1] - 43:22

**understood** [1] - 78:21

**undisputed** [1] - 69:11

**unfamiliar** [1] - 56:3

**unfortunate** [1] - 70:13

**unfortunately** [1] - 71:8

**uninterpreted** [1] - 57:4

**Union** [1] - 47:9

**unique** [1] - 41:23

**UNITED** [5] - 1:1, 1:4, 1:10, 1:13, 1:17

**United** [20] - 2:5, 2:12, 3:10, 18:3, 26:12, 35:16, 44:1, 47:3, 48:3, 48:17, 49:15, 53:15, 54:4, 56:19, 67:18, 69:13, 69:14, 76:18, 78:9, 81:4

**University** [1] - 53:21

**unlawful** [2] - 58:5, 65:7

**unquote** [1] - 9:22

**unusual** [1] - 70:14

**unwarranted** [2] - 64:15, 67:22

**up** [21] - 8:15, 9:6, 11:13, 14:24, 26:4, 26:13, 26:20, 27:2, 27:23, 29:3, 31:16, 34:9, 38:21, 38:23, 39:4, 39:6, 47:16, 49:7, 52:7, 59:25, 62:11

**ups** [1] - 6:4

**utter** [1] - 52:19

## V

**Vadim** [10] - 2:5, 2:21, 11:18, 14:14, 14:21, 16:21, 20:14, 25:22, 56:11, 64:14

**VADIM** [1] - 1:7

**values** [2] - 72:15,

77:21

**variance** [6] - 62:12, 68:5, 71:6, 74:6, 75:23, 76:9

**variances** [1] - 60:17

**various** [5] - 10:11, 10:19, 42:1, 53:13, 69:17

**version** [1] - 23:12

**versus** [3] - 15:8, 15:16, 15:18

**Victor** [1] - 3:6

**view** [5] - 12:8, 18:15, 50:20, 72:5, 79:19

**viewed** [1] - 72:6

**violation** [4] - 3:12, 65:3, 65:5

**violent** [2] - 51:13, 73:13

**virtue** [1] - 44:4

**Visa** [1] - 76:1

**visit** [1] - 58:16

**visiting** [1] - 47:16

**vocational** [1] - 57:20

**voice** [1] - 20:17

**VOLSKY** [1] - 3:2

**Volsky** [1] - 3:5

**voluntarily** [1] - 6:5

**vs** [5] - 2:5, 3:10, 35:17, 44:1, 76:18

## W

**waiting** [1] - 67:13

**waive** [1] - 79:6

**wants** [4] - 34:9, 47:11, 49:8, 60:25

**warrant** [1] - 44:20

**Washington** [2] - 1:19, 1:23

**ways** [3] - 10:11, 49:3, 59:5

**weapons** [3] - 47:7, 47:8, 47:11

**week** [2] - 33:8, 59:6

**weeks** [3] - 5:5, 5:7, 59:6

**weigh** [2] - 52:10, 74:3

**weighs** [1] - 72:19

**weight** [1] - 63:14

**welcome** [1] - 3:8

**Wernick** [6] - 2:11, 17:5, 28:12, 36:24, 46:21, 79:25

**WERNICK** [35] - 1:17, 2:10, 4:5, 4:12, 17:21, 18:18, 19:9, 20:11, 20:25, 21:6, 21:13, 22:24, 23:7, 23:16, 24:14, 24:23, 25:12, 27:10, 27:22, 28:13, 29:8, 29:12, 30:5, 30:8, 37:7, 37:10, 37:18, 37:23, 45:18, 46:17, 46:23, 51:1, 52:4, 79:11, 80:1
**Westerman** [2] - 9:18, 31:21
**whatsoever** [2] - 31:19, 34:11
**whim** [1] - 20:2
**whistle** [1] - 36:18
**white** [4] - 36:10, 71:25, 73:8, 74:18
**whole** [11] - 19:8, 36:1, 39:1, 52:25, 53:6, 53:7, 54:16, 55:22, 56:4, 58:15, 62:1
**wholly** [1] - 23:24
**wife** [1] - 54:7
**William** [1] - 2:22
**WILLIAM** [1] - 1:22
**willing** [1] - 29:21
**wire** [1] - 34:21
**wish** [1] - 79:1
**withdrew** [2] - 28:2, 33:12
**witnesses** [3] - 46:18, 65:18, 81:8
**wondered** [1] - 14:9
**word** [7] - 14:22, 14:23, 15:7, 15:15, 15:21, 16:24
**words** [4] - 22:17, 26:2, 26:3, 31:25
**world** [3] - 63:14, 75:19, 78:5
**worth** [2] - 42:11, 65:13
**writes** [1] - 9:17
**writing** [2] - 9:20, 28:21
**written** [1] - 22:22

## Y

**year** [7] - 45:7, 45:8, 56:6, 60:7, 62:23, 65:11, 65:16
**years** [12] - 11:10, 14:4, 18:6, 45:11,

47:14, 47:23, 50:10, 53:14, 62:18, 66:12, 66:17, 66:20
**yesterday** [1] - 25:24
**York** [1] - 1:18

## Z

**zero** [5] - 31:20, 33:13, 34:8, 34:19
**zilch** [1] - 31:20